**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

January 16, 2026

*VIA E-MAIL*: Kenneth.Genalo@ice.dhs.gov & Jonathan.j.quizhpi@ice.dhs.gov

Kenneth Genalo, ICE Field Director
Jonathan J. Quizhpi, Deportation Officer
U.S. Immigration and Customs Enforcement (ICE)
Field Office Location
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE:    Urgent Request for Humanitarian Parole – INA § 212(d)(5)(A)**
**Respondent: LiXiang JIANG a/k/a Chang Chaun Lee**
**Alien Number: 071 824 207 and 070 904 073**

Dear Director Genalo and Officer Quizhpi,

Please find attached our letter and the supporting documents for your review. A brief description of each attachment is included below for your convenience. Please let us know if you have any questions or need anything further.

Attachments:
- e-Filed G-28 Form
- 2024 IRS Tax Transcript
- Translated Birth Certificate.
- Form I-864: Affidavit of Support.
- Form I-797: Notice of Action
- Letter from Treating Doctor, Dr. Thomas E. Catalado, for Binjing Chen.
- Marriage Certificate
- U.S. Birth Certificate of Steven Jiang
- Medical Report of Binjing Chen

Thank you for your time and consideration.

Sincerely,

s/ Michael A. Pizzi, Jr.
Michael Pizzi, Esquire

**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

January 16, 2026

*VIA E-MAIL*: Kenneth.Genalo@ice.dhs.gov & Jonathan.j.quizhpi@ice.dhs.gov

Kenneth Genalo, ICE Field Director
Jonathan J. Quizhpi, Deportation Officer
U.S. Immigration and Customs Enforcement (ICE)
Field Office Location
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE:    Urgent Request for Humanitarian Parole – INA § 212(d)(5)(A)**
**Respondent: LiXiang JIANG a/k/a Chang Chaun Lee**
**Alien Number: 071 824 207 and 070 904 073**

Dear Director Genalo and Officer Quizhpi,

The undersigned hereby represents LiXiang JIANG (also known as Chang Chaun Lee, A# 071 824 207 and 070 904 073) and respectfully petitions for the grant of humanitarian parole from ICE custody on behalf of Mr. Jiang, in light of his wife's diagnosis with life-threatening stage 4 colon cancer.

Mr. LiXiang Jiang was detained on December 16, 2025, at his ICE check-in appointment which he attended at earlier date than his ICE scheduled appointment, which was set in February 2026. He attended earlier at this former attorney's request.

Mr. Jiang's wife, Binjing Chen, has been diagnosed with stage 4 colon cancer. On December 22, 2025, Mrs. Chen underwent surgery for metastatic colon cancer, and the pathology results that the cancer was malignant.  Mrs. Chen is presently recuperating from surgery and will begin chemotherapy treatment on or about January 16, 2026.

Mrs. Chen's condition is critical, and she requires constant emotional, physical, and logistical support.  Her husband, Mr. Jiang is her primary caregiver, and his absence is causing her enormous hardship during this already devastating time. Currently, her daughter is the only caregiver available, however she is required to return to work next week. Without Mr. Jiang's presence, his wife will not be able to manage her treatment schedule, transportation to medical appointments, and basic daily living activities. Furthermore, due to the devastating diagnosis, it is imperative that Mr. Jiang be present throughout her treatment to offer the essential support that only a spouse is able to provide.

1

Please note that Mr. Jiang is a long-time resident of Staten Island, NY. He continues to reside at 111 Perry Avenue, State Island, NY 10314.

Mr. Jiang's son, Steven Jiang, a US citizen living at 5 Danforth Avenue, Woburn, MA 01801, has filed an I-130 Petition and Affidavit of Support for his father's I-485 Application. His daughter, Hefi Jiang, also a US citizen, resides at 5 Danforth Avenue, Woburn, MA 01801. Mr. Jiang's sister, DanQing Jiang, a US citizen, and his mother, ShuJiao Zhu, a Legal Permanent Resident, both live at 53-25 72nd Street, 2F Maspeth, NY 11378.

In addition to close relatives, Mr. Jiang has long-lasting ties to the Staten Island, which include his home ownership and employment ties.

Please know that Mr. Jiang has is ready and willing to comply with any and all conditions imposed by the Immigration and Customs Enforcement, including electronic monitoring and additional reporting requirements.

I have attached the following supporting documents in connection with this request:

- Mr. Jiang's birth certificate and translation.

- Medical records and physician's letter confirming Stage 4 cancer diagnosis and treatment plan

- Marriage certificate

- I-130 Approval Notice and Mrs. Jiang's US citizen son's birth certificate.

- Mr. Jiang's Son's affidavit of support and copy of his tax return.

Given the urgent and compassionate nature of this request, I respectfully ask the Immigration and Custom Enforcement to grant Mr. Jiang's release under **humanitarian parole** as authorized by INA § 212(d)(5)(A). Again, I affirm that Mr. Jiang is continually committed to attending all immigration hearings and complying fully with any conditions of release.

Thank you for your time, understanding, and consideration during this critical moment for his family.

Sincerely,

s/ Michael A. Pizzi, Jr.
Michael Pizzi, Esquire



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [ ]

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)

**2.b.** Given Name (First Name)

**2.c.** Middle Name

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State [ ]  **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number

**5.** Mobile Telephone Number (if any)

**6.** Email Address (if any)

**7.** Fax Number (if any)

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority

**1.b.** Bar Number (if applicable)

**1.c.** I (select **only one** box) ☐ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

[ ] , the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☐ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A-

## Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.

**13.c.** City or Town

**13.d.** State          **13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity
➡ [ ]

**2.b.** Date of Signature (mm/dd/yyyy) [ ]

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a** Signature of Attorney or Accredited Representative

[ ]

**1.b.** Date of Signature (mm/dd/yyyy) [ ]

**2.a.** Signature of Law Student or Law Graduate

[ ]

**2.b.** Date of Signature (mm/dd/yyyy) [ ]

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)

**1.b.** Given Name
(First Name)

**1.c.** Middle Name

**2.a.** Page Number     **2.b.** Part Number     **2.c.** Item Number

**2.d.**

**3.a.** Page Number     **3.b.** Part Number     **3.c.** Item Number

**3.d.**

**4.a.** Page Number     **4.b.** Part Number     **4.c.** Item Number

**4.d.**

**5.a.** Page Number     **5.b.** Part Number     **5.c.** Item Number

**5.d.**

**6.a.** Page Number     **6.b.** Part Number     **6.c.** Item Number

**6.d.**

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06 26 2025
Response Date: 06-26-2025
Tracking Number: 108308772831

SSN Provided:  XXX-XX-6665
Tax Period Requested:  December, 2024

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX8500
 RAYT
 PO BOX

Employee:
 Employee's Social Security Number:XXX-XX-6665
 STEV JIAN
 5 DANF

Submission Type:............................................................Original document
Wages, Tips and Other Compensation:.............................................$14,193.00
Federal Income Tax Withheld:......................................................$1,553.00
Social Security Wages:...........................................................$14,193.00
Social Security Tax Withheld:.......................................................$880.00
Medicare Wages and Tips:.........................................................$14,193.00
Medicare Tax Withheld:..............................................................$205.00
Social Security Tips:.................................................................$0.00
Allocated Tips:......................................................................$0.00
Dependent Care Benefits:.............................................................$0.00
Deferred Compensation:...............................................................$0.00
Code "Q" Nontaxable Combat Pay:......................................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:................................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:................................................................................$0.00
Code "R" Employer's Contribution to MSA:.............................................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:...$721.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:.................$1,924.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:................................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:...........................................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:................................................................$0.00
Code "II" Medicaid waiver payments excluded from gross income:..........$0.00

Third Party Sick Pay Indicator:.......................................Unanswered
Retirement Plan Indicator:...............................Yes - retirement plan
Statutory Employee:.................................Not Statutory Employee
W2 Submission Type:.........................................Original
W2 WHC SSN Validation Code:......................................Correct SSN


Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):XXXXX1558
  THE
  500 RO

Employee:
  Employee's Social Security Number:XXX-XX-6665
  STEV JIAN
  5 DANF

Submission Type:.......................................Original document
Wages, Tips and Other Compensation:..............................$39,572.00
Federal Income Tax Withheld:.....................................$3,657.00
Social Security Wages:...........................................$39,572.00
Social Security Tax Withheld:....................................$2,453.00
Medicare Wages and Tips:.........................................$39,572.00
Medicare Tax Withheld:...........................................$573.00
Social Security Tips:............................................$0.00
Allocated Tips:.................................................$0.00
Dependent Care Benefits:........................................$0.00
Deferred Compensation:..........................................$0.00
Code "Q" Nontaxable Combat Pay:.................................$0.00
Code "W" Employer Contributions to a Health Savings Account:............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:..........................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:..........................................................$0.00
Code "R" Employer's Contribution to MSA:........................$0.00
Code "S" Employer's Contribution to Simple Account:.....................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.....................$0.00
Code "V" Income from exercise of non-statutory stock options:...........$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.$2,657.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:..........................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:......................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:...........................................$0.00
Code "II" Medicaid waiver payments excluded from gross income:...........$0.00
Third Party Sick Pay Indicator:...............................Unanswered
Retirement Plan Indicator:...............................Yes - retirement plan
Statutory Employee:.................................Not Statutory Employee
W2 Submission Type:.........................................Original
W2 WHC SSN Validation Code:......................................Correct SSN


Form 1099-DIV

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX3567
 NATI
 499 WA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K
```

Submission Type:....................................................Original document
Account Number (Optional):.............................................XXXXXX8373
Tax Withheld:..............................................................$0.00
Capital Gains:.............................................................$0.00
Non-Dividend Distribution:.................................................$0.00
Cash Liquidation Distribution:.............................................$0.00
Non-Cash Liquidation Distribution:.........................................$0.00
Investment Expense:........................................................$0.00
Ordinary Dividend:........................................................$18.00
Collectibles (28%) Gain:...................................................$0.00
Unrecaptured Section 1250 Gain:............................................$0.00
Section 1202 Gain:.........................................................$0.00
Foreign Tax Paid:..........................................................$0.00
Qualified Dividends:......................................................$16.00
Section 199A REIT Dividends:...............................................$0.00
Second Notice Indicator:.........................................No Second Notice
FATCA Filing Requirement:...............Box not checked no Filing Requirement
Exempt Interest Dividends:.................................................$0.00
Specified Private Activity Bond Interest Dividend:.........................$0.00
Section 897 Ordinary Dividends:............................................$0.00
Section 897 Capital Gain:..................................................$0.00


Form 1099-INT

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX1598
 GOLD
 PO BOX

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K
```

Submission Type:...................................................Original document
Account Number (Optional):..........................................XXXXXXXX8437
Interest:................................................................$72.00
Tax Withheld:............................................................$17.00
Savings Bonds:...........................................................$0.00
Investment Expense:......................................................$0.00
Interest Forfeiture:.....................................................$0.00
Foreign Tax Paid:........................................................$0.00
Tax-Exempt Interest:.....................................................$0.00
Specified Private Activity Bond Interest:................................$0.00
Market Discount:.........................................................$0.00
Bond Premium:............................................................$0.00
Bond Premium on Tax Exempt Bond:.........................................$0.00
Bond Premium on Treasury Obligations:....................................$0.00
Second Notice Indicator:.......................................No Second Notice

Foreign Country or US Possession:.............................................
CUSIP Number:.........................................................
FATCA Filing Requirement:...............Box not checked no Filing Requirement

Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX7207
 NEAL
 261 HA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:.............................................Original document
Account Number (Optional):.....................................XXXX5TG4
Interest:...............................................................$504.00
Tax Withheld:.............................................................$0.00
Savings Bonds:............................................................$0.00
Investment Expense:.......................................................$0.00
Interest Forfeiture:......................................................$0.00
Foreign Tax Paid:.........................................................$0.00
Tax-Exempt Interest:......................................................$0.00
Specified Private Activity Bond Interest:.................................$0.00
Market Discount:..........................................................$0.00
Bond Premium:.............................................................$0.00
Bond Premium on Tax Exempt Bond:..........................................$0.00
Bond Premium on Treasury Obligations:.....................................$0.00
Second Notice Indicator:.........................................No Second Notice
Foreign Country or US Possession:............................................
CUSIP Number:.........................................................
FATCA Filing Requirement:...............Box not checked no Filing Requirement

Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

 Payer:
 Payer's Federal Identification Number (FIN):XXXXX3567
 NATI
 499 WA

 Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:.............................................Original document
Account Number (Optional):.............................XXXXXXXXX5001
Distribution Code Value:...................Early distribution from a Roth IRA
Distribution Code:...........................................................J
Distribution Code Value:......................................Not significant
Distribution Code:.......................................................Blank
Tax Amount Undetermined Code:........................Tax amount not determined
Total Distribution Code:.........................................Not checked
First Year Roth Contribution:...........................................0000
SEP Indicator:...........................IRA/SEP/SIMP box not checked

```
FATCA Indicator:...............................................................not FATCA
Date of Payment for Reportable Death Benefits under Section 6050Y:..00-00-0000
Tax Withheld:..................................................................$0.00
Total Employee Contributions:.................................................$0.00
Unrealized Appreciation:......................................................$0.00
Other Income:.................................................................$0.00
Gross Distribution:.........................................................$800.00
Taxable Amount:...............................................................$0.00
Eligible Capital Gains:.......................................................$0.00
Amount to IRR:................................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

# 出 生 证 明 书

## （93）闽证字第1669号

兹证明江檠祥（男）于一九七三年四月十二日在福建省福州市出生。江檠祥的父亲是江敬星，江檠祥的母亲是朱淑娇。



中华人民共和国福建省公证处

公 证 员：

一九九〇年三月〇二日



ORIGINAL SEEN & RETURNED

ASYLUM OFFICER ZNK _____ 44

DATE: _____ 2/1/97

022932

77

# NOTARIAL    CERTIFICATE

## (Translation)

(93)Min Zi, No.1669

This is to certify that Jiang Lixiang, male, was born on Apr.12, 1973, at Fuzhou City, Fujian Province. His father's name is Jiang Jingxing and his mother's name is Zhu Shujiao.

Notary: Bao Minsheng

Fujian Province Notary Public

Office

The People's Republic of China

Mar.12, 1993

022933

78

# Affidavit of Support Under Section 213A of the INA

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-864**
OMB No. 1615-0075
Expires 10/31/2027

| For USCIS Use Only | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| | ☐ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | ☐ MEETS requirements   ☐ DOES NOT MEET requirements<br><br>Reviewed By:_____<br>Office:_____<br>Date (mm/dd/yyyy):_____ | ☐ 1      ☐ 2<br><br>Remarks |

| To be completed by an Attorney or Accredited Representative (if any). | ☒ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable)<br>1938539 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

► **START HERE** - Type or print in black ink.

## Part 1. Basis For Filing Affidavit of Support

I am the sponsor submitting this affidavit of support because (Select **only one** box).

**1.a.** ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my [_____]

**1.c.** ☐ I have an ownership interest of at least 5 percent in [_____]
which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my [_____]
[_____]

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's [_____]

**NOTE:** As a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About You (Sponsor)

1. Sponsor's Full Legal Name (**Do not provide a nickname**)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| JIANG | STEVEN | |

## Part 2. Information About You (Sponsor) (continued)

2. Sponsor's Current Mailing Address

In Care Of Name (if any)

Street Number and Name | Apt. Ste. Flr. Number
5 DANFORTH AVE ☐ ☐ ☐

City or Town | State | ZIP Code
WOBURN | MA | 01801

Province | Postal Code | Country
| | USA

3. Is your current mailing address the same as your physical address?  ☒ Yes  ☐ No

If you answered "No" to **Item Number 3.**, provide your physical address in **Item Number 4.**

4. Sponsor's Physical Address (if different from the address above)

Street Number and Name | Apt. Ste. Flr. Number
| ☐ ☐ ☐

City or Town | State | ZIP Code

Province | Postal Code | Country

Other Information

5. Country of Domicile
USA

6. Date of Birth (mm/dd/yyyy)
11/29/2000

7. Country of Birth
USA

8. U.S. Social Security Number (Required)
▶ 4 7 0 3 9 6 6 6 5

9. Immigration Status

☒ I am a U.S. citizen.

☐ I am a U.S. national.

☐ I am a lawful permanent resident.

10. Sponsor's A-Number (if any)
▶ A-

11. USCIS Online Account Number (if any)
▶

Military Service (To be completed by petitioner sponsors only.)

12. I am currently on **active duty** in the United States Armed Forces or U.S. Coast Guard.  ☐ Yes  ☒ No

## Part 3. Information About the Principal Immigrant

1. Principal Immigrant's Full Legal Name (**Do not** provide a nickname)

   Family Name (Last Name)
   JIANG

   Given Name (First Name)
   LIXIANG

   Middle Name (if applicable)

2. Current Mailing Address

   In Care Of Name (if any)
   JOHN CHANG ESQ

   Street Number and Name
   401 BROADWAY

   Apt. Ste. Flr.  Number
   ☐ ☒ ☐   905

   City or Town
   NEW YORK

   State
   NY

   ZIP Code
   10013

   Province

   Postal Code

   Country
   USA

Other Information

3. Country of Citizenship or Nationality
   CHINA

4. Date of Birth (mm/dd/yyyy)
   04/12/1973

5. Alien Registration Number (A-Number) (if any)
   ▶ A- 0 7 1 8 2 4 2 0 7

6. USCIS Online Account Number (if any)
   ▶

7. Daytime Telephone Number

## Part 4. Information About the Immigrants You Are Sponsoring

1. I am sponsoring the principal immigrant named in **Part 3.**

   ☒ Yes  ☐ No, I am sponsoring family members in **Part 4.** as the second joint sponsor or I am sponsoring family members who are immigrating more than six months after the principal immigrant.

2. ☐ I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 3.** (List family members in **Item Numbers 4. - 7.** Do not include any relative listed on a separate visa petition.)

3. ☐ I am sponsoring the following family members who are immigrating more than six months after the principal immigrant. (List family members in **Item Numbers 4. - 7.**)

4. **Family Member 1**

   Family Name (Last Name)

   Given Name (First Name)

   Middle Name (if applicable)

   Relationship to Principal Immigrant

   Date of Birth (mm/dd/yyyy)   Alien Registration Number (A-Number, if any)
   ▶

   USCIS Online Account Number (if any)
   ▶

| Part 4. Information About the Immigrants You Are Sponsoring (continued) |
|---|

5. **Family Member 2**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
▶

USCIS Online Account Number (if any)
▶

6. **Family Member 3**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
▶

USCIS Online Account Number (if any)
▶

7. **Family Member 4**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
▶

USCIS Online Account Number (if any)
▶

If you need additional space, use the space provided in **Part 11. Additional Information.**

| For USCIS Use Only | |
|---|---|

## Part 5. Sponsor's Household Size

**NOTE: Do not count any member of your household more than once.**

Persons you are sponsoring in this affidavit:

1. Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in **Part 3.**, any immigrants listed in **Part 4., Item Numbers 4. - 7.** and, any additional sponsored immigrants you listed in **Part 11. Additional Information.** Do not count the principal immigrant if you are only sponsoring family members entering more than six months after the principal immigrant. `1`

**Persons NOT sponsored in this affidavit:**

2. Yourself. `1`

3. If you are currently married, enter "1" for your spouse. (**NOTE:** Enter "0" if you already counted your spouse in **Item Number 1.**)

4. If you have dependent children, enter the number here. (**NOTE:** Enter "0" if you already counted your dependent children in **Item Number 1.**)

5. If you have any other dependents, enter the number here. (**NOTE:** Enter "0" if you already counted your other dependents in **Item Number 1.**)

6. If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents and you are still obligated to support, enter the number here. (**NOTE:** Enter "0" if you already counted these persons in **Item Number 1.**)

7. If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here. (**NOTE:** Enter "0" if you already counted these persons in **Item Number 1.**)

8. Add together **Part 5., Item Numbers 1. - 7.** and enter the number here.

**Household Size:** `2`

## Part 6. Sponsor's Employment and Income

I am currently:

1. ☒ Employed as a/an — FINANCIAL ANALYST

2. Name of Employer 1 — RAYTHEON

3. Name of Employer 2 (if applicable) —

4. ☐ Self-Employed as a/an (Occupation) —

5. ☐ Retired Since (mm/dd/yyyy)

6. ☐ Unemployed Since (mm/dd/yyyy)

7. My current individual annual income is: $ 54,000.00

Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant. (See Form I-864 Instructions.) Please indicate name, relationship, and income.

Form I-864  Edition  10/17/24          Page 5 of 12

| For USCIS Use Only | |
|---|---|

## Part 6. Sponsor's Employment and Income (continued)

8.  **Person 1**

    Name _____  Relationship _____

    Current Income  $ _____

9.  **Person 2**

    Name _____  Relationship _____

    Current Income  $ _____

10. **Person 3**

    Name _____  Relationship _____

    Current Income  $ _____

11. **Person 4**

    Name _____  Relationship _____

    Current Income  $ _____

    If you need additional space, use the space provided in **Part 11. Additional Information**

### Remarks

12. **My Current Annual Household Income** (Total all lines from **Part 6. Item Numbers 7. - 11.**; the total will be compared to Federal Poverty Guidelines on Form I-864P.)  $ | 54,000.00 |

13. ☐ The people listed in **Item Numbers 8. - 11.** have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.

14. ☐ One or more of the people listed in **Item Numbers 8. - 11.** do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents. _____

### Federal Tax Return Information

15. Have you filed a Federal income tax return for each of the three most recent tax years?   ☒ Yes   ☐ No

**NOTE:** You **MUST** attach a photocopy or transcript of your Federal income tax return for only the most recent tax year and complete **Item Number 16.a.** If you believe additional returns may help you to establish your ability to maintain sufficient income, you may submit transcripts or photocopies of your Federal individual income tax returns for the three most recent years and complete **Item Numbers 16.a. - 16.c.**

Type or print the most recent tax year and your total income for that most recent tax year. If the amount was zero, type or print "zero" or if you were not required to file a Federal income tax return type or print "N/A" for not applicable. Type or print "N/A" for not applicable for **Item Numbers 16.b. - 16.c.** if you do are not submitting any additional tax returns.

| For USCIS Use Only | |
|---|---|

## Part 6. Sponsor's Employment and Income (continued)

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal income tax returns for the most recent year was:

| | Tax Year | Total Income |
|---|---|---|
| 16.a. Most Recent | 2024 | $ 34,778 |
| 16.b. 2nd Most Recent | | $ |
| 16.c. 3rd Most Recent | | $ |

17. ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

| For USCIS Use Only | Household Size | | | Poverty Guideline | Sponsor's Household Income *(Page 5, Line 10)* | Remarks |
|---|---|---|---|---|---|---|
| | ☐ 1 | ☐ 2 | ☐ 3 | Year: 2 0 ___ | $ _____ | |
| | ☐ 4 | ☐ 5 | ☐ 6 | Poverty Line: | *The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USCs, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* | |
| | ☐ 7 | ☐ 8 | ☐ 9 | $ _____ | | |
| | ☐ Other ___ | | | | | |

## Part 7. Use of Assets to Supplement Income (if Applicable)

If your income, or the total income for you and your household, from **Part 6., Item Numbers 12.** or **16.** exceeds the Federal Poverty Guidelines for your household size, **YOU ARE NOT REQUIRED** to complete this **Part 7.** Skip to **Part 8.**

**Your Assets (if applicable)**

1. Enter the balance of all cash, savings, and checking accounts.   $ [____]

2. Enter the net cash value of real-estate holdings. (Net value means assessed value minus mortgage debt.) $   $ [____]

3. Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in **Item Number 1.** or **Item Number 2.**   $ [____]

4. Add together **Item Numbers 1. - 3.** and enter the number here.   $ [____]

**Assets of your household members (if applicable)**

Your household members who are combining their income with yours, report their assets on Form I-864A **Part 4.**, in **Item Number 6.**

5. Add together the household members' assets reported on all the Form I-864A **Part 4., Item Number 6.** and enter the number here.   **TOTAL:** $ [____]

## Part 7. Use of Assets to Supplement Income (if Applicable) (continued)

**Assets of the principal sponsored immigrant** (if applicable).

The principal sponsored immigrant is the person listed in **Part 3., Item Number 1.** Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

6.  Enter the balance of the principal immigrant's savings and checking accounts.   $ _____

7.  Enter the net cash value of all the principal immigrant's real estate holdings. (Net value means investment value minus mortgage debt.)   $ _____

8.  Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**   $ _____

9.  Add together **Item Numbers 6. - 8.** and enter the number here.   $ _____

**Total Value of Assets**

10.  Add together **Item Numbers 4., 5.,** and **9.** and enter the number here.   **TOTAL:** $ _____

## Part 8. Sponsor's Contract, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-864 Instructions before completing this part.

*Sponsor's Contract*

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

**What is the Legal Effect of My Signing Form I-864?**

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

**What If I Choose Not to Sign Form I-864?**

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

**What Does Signing Form I-864 Require Me To Do?**

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

A.  Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

B.  Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

**Part 8. Sponsor's Contract, Contact Information, Certification, and Signature** (continued)

**What Other Consequences Are There?**

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

**What If I Do Not Fulfill My Obligations?**

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

    A.    Becomes a U.S. citizen;

    B.    Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

    C.    No longer has lawful permanent resident status and has departed the United States;

    D.    Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

    E.    Dies.

**NOTE:** Divorce **does not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

---

**Part 8. Sponsor's Contract, Contact Information, Certification, and Signature** (continued)

### Sponsor's Statement

1. Sponsor's Statement Regarding the Interpreter

   A. ☒ I can read and understand English, and I have read and understand every question and instruction on this affidavit and my answer to every question.

   B. ☐ The interpreter named in **Part 9.** read to me every question and instruction on this affidavit and my answer to every question in [                    ], a language in which I am fluent, and I understood everything.

2. ☒ At my request, the preparer named in **Part 10.,** [JOHN CHANG], prepared this affidavit for me based only upon information I provided or authorized.

### Sponsor's Contact Information

3. Sponsor's Daytime Telephone Number

   2123431138

4. Sponsor's Mobile Telephone Number (if any)

5. Sponsor's Email Address (if any)

   LAWOFFICE.2001@YAHOO.COM

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS or DOS may need to determine my eligibility for the immigration benefit I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit, and that all of this information is complete, true, and correct.

   A. I know the contents of this affidavit of support that I signed;

   B. I have read and I understand each of the obligations described in **Part 8.**, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrant indicated in **Part 3.** to become a lawful permanent resident of the United States;

   C. I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864EZ;

   D. Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

   E. I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864EZ; and

   F. I authorize the Social Security Administration to release information about me in its records to the USCIS and DOS.

### Sponsor's Signature

6. Sponsor's Signature

   ➔ X _____

   Date of Signature (mm/dd/yyyy)

   7/10/2025

**NOTE TO ALL SPONSORS:** If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your request.

---

Form I-864  Edition 10/17/24                                                     Page 10 of 12

## Part 9. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Full Name

1. Interpreter's Family Name (Last Name)

   Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name

### Interpreter's Contact Information

3. Interpreter's Daytime Telephone Number

4. Interpreter's Mobile Telephone Number (if any)

5. Interpreter's Email Address (if any)

### Interpreter's Certification and Signature

I certify, under penalty of perjury, that: that I am fluent in English and _____, and I have interpreted every question on the affidavit and Instructions and interpreted the sponsor's answers to the questions in that language, and the sponsor informed me that they understood every instruction, question, and answer on the affidavit.

6. Interpreter's Signature

   ➡

   Date of Signature (mm/dd/yyyy)

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

### Preparer's Full Name

1. Preparer's Family Name (Last Name)

   CHANG

   Preparer's Given Name (First Name)

   JOHN

2. Preparer's Business or Organization Name

   THE LAW OFFICES OF JOHN CHANG

### Preparer's Contact Information

3. Preparer's Daytime Telephone Number

   2123431138

4. Preparer's Mobile Telephone Number (if any)

5. Preparer's Email Address (if any)

   LAWOFFICE.2001@YAHOO.COM

### Preparer's Certification and Signature

I certify, under penalty of perjury, that I prepared this affidavit for the sponsor at their request and with express consent and that all of the responses and information contained in and submitted with the affidavit are complete, true, and correct and reflects only information provided by the sponsor. The sponsor reviewed the responses and information and informed me that they understand the responses and information in or submitted with the affidavit.

6. Preparer's Signature

   ➡

   Date of Signature (mm/dd/yyyy)

   7/10/2025

Form I-864  Edition  10/17/24

Page 11 of 12

## Part 11. Additional Information

If you need extra space to provide any additional information within this contract, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this contract or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1. Family Name (Last Name)          Given Name (First Name)          Middle Name (if applicable)

   JIANG          STEVEN

2. A-Number (if any) ▶ A-

3. Page Number     Part Number     Item Number

4. Page Number     Part Number     Item Number

5. Page Number     Part Number     Item Number

6. Page Number     Part Number     Item Number

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| IOE0932967831 | | I130 - PETITION FOR ALIEN RELATIVE |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 07/14/2025 | 07/14/2025 | JIANG, STEVEN |

| Notice Date | Page | Beneficiary   A071 824 207 |
|---|---|---|
| 11/01/2025 | 1 of 1 | JIANG, LIXIANG |

JIANG, STEVEN
c/o JOHN CHANG ESQ
401 BROADWAY STE 905
NEW YORK  NY  10013

**Notice Type:** Approval Notice
Section: Parent of U.S Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the beneficiary wishes to apply for adjustment of status to that of a lawful permanent resident. They should submit a copy of this notice, along with a Form I-485, Application to Register Permanent Residence or Adjust Status. The beneficiary can obtain Form I-485 from the USCIS website at www.uscis.gov, by contacting the USCIS Contact Center at 1-800-375-5283, or by visiting the local USCIS field office. Filing address information can be found on the USCIS website at www.uscis.gov.

If the beneficiary decides to apply for an immigrant visa through consular processing outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition with fee, to ask USCIS to send the petition to the U.S. Department of State National Visa Center (NVC) for consular processing. Please refer to the Form I-824 filing instructions at uscis.gov.

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

### THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**



FORM I-797 [REV. 08/01/16]

Case 1:26-cv-02402-AMD    Document 1-2    Filed 04/21/26    Page 28 of 198 PageID #: 44

Name: Binjing Chen | DOB: 11/19/1978 | MRN: 6472049 | PCP: Provider Unknown, MD | Legal Name: Binjing Chen



BIDMC EAST OR
330 BROOKLINE AVENUE, 3RD FLOOR
BOSTON MA 02215
Dept Phone: 617-667-7000
Dept Fax: 555-555-5555

12/22/25

Patient: Binjing Chen

Date of Birth: 11/19/1978

To Whom It May Concern:

Binjing Chen underwent surgery today for metastatic colon cancer.
She is going to be recovering from surgery for more than the next 2 weeks.  She also is going to be started on chemotherapy within the next few weeks.  She is going to need significant additional help at home by her daughter and other family members.

Her daughter is going to need to be away from work for at least 2 weeks if not longer caring for her mother.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Thomas E. Cataldo, MD

CC: No Recipients

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

# Certificate of Marriage

116-00030673

1003-1565

State of Minnesota    County of _Hennepin_

I hereby certify, that on _April_ _12_, 20_10_, at _Government Center_

in said County, I the undersigned a _Judge_ did join in marriage

LI XIANG JIANG

of the County of   HENNEPIN     State of     MINNESOTA

and

BIN JING CHEN

of the County of   HENNEPIN     State of     MINNESOTA

The names of the parties after marriage shall be:

LI XIANG JIANG

and

BIN JING CHEN

_____
(Signature of witness)

_Xing Zhao_
(Type or print witness name)

_____
(Signature of witness)

_Zhaokun Tong_
(Type or print witness name)

_____
(Signature of Officiant)

_Tony N. Leung_
(Type or print name)

_300 South Sixth Street_
(P.O. Address)

_Mpls, MN 55487_
(City, State, Zip)

*** SOUVENIR COPY, NOT FOR CERTIFIED RECORDING ***



**STATE OF MINNESOTA**
**CERTIFICATION OF VITAL RECORD**

# BIRTH CERTIFICATE

FULL NAME

STEVEN JIANG

| | | |
|---|---|---|
| SEX | DATE OF BIRTH | TIME OF BIRTH |
| MALE | NOVEMBER 29, 2000 | 08:08 PM |

| | |
|---|---|
| CITY OR TOWNSHIP OF BIRTH | COUNTY |
| MINNEAPOLIS | HENNEPIN |

| | |
|---|---|
| PARENT(S) | PARENT(S)' BIRTHPLACE |
| BINJING CHEN  (CHN) | CHINA |
| LI XIANG JIANG | CHINA |

S22-000109481

THIS IS A TRUE AND OFFICIAL RECORD OF THE BIRTH REGISTERED IN THE
OFFICE OF THE STATE REGISTRAR. DATE FILED: JANUARY 12, 2001



PLACE ISSUED: HENNEPIN

DATE ISSUED:   JANUARY 22, 2001

*Barbara A. Bednarek*
STATE REGISTRAR

Name: Binjing Chen | DOB: 11/19/1978 | MRN: 6472049 | PCP: Provider Unknown, MD | Legal Name: Binjing Chen

# Office Visit - Dec 03, 2025

with Thomas E. Cataldo, MD at BIDMC Rectal Cancer Clinic (Surgical Specialties)

## Notes from Care Team

### Daily Progress Notes

Darian Hoagland, MD at 12/3/2025  2:30 PM

Attestation signed by Thomas E. Cataldo, MD at 12/8/2025  9:30 AM

I saw and evaluated the patient.  Plan of care reviewed with the resident(s).  I agree with the findings and the plan of care as documented in the resident(s) note.

From a colorectal surgical point of view she has a fairly straightforward sigmoid colon cancer.  We reviewed with her the indications risk benefits and potential outcomes of the laparoscopic sigmoid resection and she has agreed to proceed.  She will be given detailed perioperative instructions.

We plan for her to have a transbronchial biopsy of the thoracic mass prior to surgery.  However, looking at the images I think it is highly unlikely that this represents metastatic disease to the chest.  If it were then this might change her operative plan.

I will keep you updated as to any progress or changes from my point of view.  Thank you for allowing me to participate in your patient's care

Yours sincerely,
Thomas E Cataldo, MD FACS FASCRS
This note was written using voice recognition software
please excuse any typographical, or language errors.

https://www.bidmc.org/centers-and-departments/colon-and-rectal-surgery
330 Brookline Avenue, 3rd Floor
Boston, MA 02215
CRS@bidmc.harvard.edu
Phone: 617-667-4159
Fax: 617-667-2978

**Colon and Rectal Surgery Clinic H&P**

**Date of Service:** 12/3/2025

**Patient:** Binjing Chen
**DOB:** 11/19/1978
**MRN#:** 6472049

**HPI - History of Present Illness:**
Binjing Chen is a 47 y.o. female found to have descending colon cancer on screening colonoscopy here to establish care.

On 11/21/25, she underwent EGD for dyspepsia eval and screening colonoscopy, at which time a mass was seen 30cm from anal verge (tattooed distally) and a 10mm sigmoid polyp was resected. Pathology of the descending colon mass revealed invasive moderately differentiated adenocarcinoma with LVI. Staging workup revealed small pulmonary nodules consistent with prior granulomatous disease and 3.5cm LUL intrabronchial soft tissue mass for which she is scheduled to see Interventional Pulmonology for evaluation. CT also with 7mm mesenteric lymph node adjacent to the likely area of mass but otherwise no signs of metastatic disease.

History obtained with assistance of telephone Mandarin interpreter.Today, she is here with her husband and reports she is here to understand her diagnosis and next steps. Reports she underwent EGD due to bloating for about one month and had one episode of upper abdominal pain in this time. Had some low appetite briefly but this has improved, and also had some weight loss at that time that she has recovered. Has had trouble sleeping as well. Regarding BM, denies hematochezia or melena; endorses constipation (daily BM but requires straining).

**HISTORY:**
**Problem List**
There is no problem list on file for this patient.
Thyroid nodule, cervical lymph node

**Past Surgical History**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • LYMPH NODE BIOPSY | | 1/8/2021 |
| *US BIOPSY SUPERFICIAL LYMPH NODE W1 BIDMC HISTORICAL ENC* | | |
| • EGD | | 11/21/2025 |
| *EGD Judy Nee, MD BIDMC ST3 ENDOSCOPY* | | |
| • COLONOSCOPY | | 11/21/2025 |
| *COLONOSCOPY 11/21/2025 Judy Nee, MD BIDMC ST3 ENDOSCOPY* | | |

Denies abdominal surgery

**Family History**
No family history on file.
Denies FH of colorectal or other cancers.

**Social History**
Social History
Socioeconomic History
• Marital status:     Married
Tobacco Use
• Smoking status:     Never
• Smokeless tobacco:   Never
Substance and Sexual Activity

- Alcohol use:           Never
- Drug use:              Never

Lives with her husband and 25yo son. Does not work outside of the home. Denies tobacco, etoh, drugs.

## PHYSICAL EXAM:

**Current Vitals:**
Temp: 98.1 °F (36.7 °C)
Heart Rate: 90
BP: 94/62
SpO2: 99 %

General: no acute distress, awake and alert
CV: RRR
Resp: unlabored breathing on room air
Abd: soft, nondistended, nontender to palpation, no rebound or guarding, no surgical scars
Extremities: WWP, no edema bilaterally

**IMAGING**
CT chest 11/28/25
IMPRESSION:
There is an intrabronchial lobular soft tissue mass within the proximal aspect of the lingular bronchus of the left upper lobe bronchus measuring at least 3.5 cm x  2.2 cm, extending into the lingular branch of the left upper lobe bronchus and resulting in partial atelectasis of the lateral aspect of the lingula.
Two solid pulmonary nodules measuring up to 3 mm in the right lower lobe.
Numerous calcified nodules measuring up to 4 mm in the left lung apex and several nonenlarged calcified mediastinal and right hilar lymph nodes, findings compatible with prior granulomatous disease.

CT A/P 11/28/25
IMPRESSION:
*Focal circumferential wall thickening of the distal descending colon likely corresponding to the lesion found on recent colonoscopy.  An adjacent 7 mm mesenteric lymph node medial to the lesion.  No additional lymphadenopathy
*No other findings to suggest metastasis in the abdomen or pelvis.
*The uterus is mildly enlarged and lobulated, likely reflecting a fibroid uterus.
*Incidental note made of a 2 mm nonobstructing stone in the lower pole of the right kidney.

Colonoscopy 11/21/25
Impression
- Single mass in the descending colon 30 cm from the anal verge; bleeding occurred after intervention; performed cold forceps biopsy with partial removal and retrieved specimen; tattooed distal to the finding
- One 10 mm polyp in the sigmoid colon; performed hot snare removal
- Normal.

Component
Final Diagnosis

    Gastrointestinal mucosal samples, four:

A. Duodenum, biopsy: Within normal limits.

B. Stomach, biopsy:
- Corpus mucosa (confirmed by absent gastrin (+) cells on immunohistochemistry) showing chronic mildly active gastritis with virtual complete loss of oxyntic glands, consistent with chronic active atrophic gastritis; immunohistochemical stain for chromogranin showing patchy linear hyperplasia of enterochromaffin-like cells .
- Antral mucosa (confirmed by presence of gastrin (+) cells on immunohistochemistry) showing mild chronic inactive gastritis.
- Immunohistochemical stain for H. pylori negative for organisms with satisfactory control.

C. Descending colon mass at 30 cm, biopsy: Superficial fragments of invasive moderately differentiated adenocarcinoma with focus suspicious for lymphatic vascular invasion (LVI); additional levels examined. See note.

Immunohistochemistry for DNA mismatch repair proteins shows intact staining for MLH1, MSH2, MSH6, and PMS2 in the tumor cells; internal controls are adequate
D. Sigmoid colon, polypectomy: Tubular adenoma; evaluated cauterized tissue edge free of adenoma


**Assessment/Plan:**
Binjing Chen is a 47 y.o. female with newly diagnosed sigmoid colon adenocarcinoma, MMR intact. No hepatic mets seen, but peribronchial mass (though atypical in appearance for CRC met) needs evaluation to rule out lung metastasis. Otherwise will plan for operation resection once staging workup is complete.

We had an extensive discussion with the patient and her husband regarding her diagnosis, the remaining workup, and the treatment plan. We discussed that surgical resection is the main treatment for non-metastatic colon cancer. We discussed the risks of the operation and their questions were answered to their satisfaction.

[] Interventional Pulmonology referral for evaluation and possible biopsy of peribronchial mass to rule out malignancy
[] Plan for laparoscopic sigmoid colectomy after results of IP biopsy
[] CEA prior to operation

Darian L. Hoagland MD
General Surgery Resident PGY4


MyChart® licensed from Epic Systems Corporation© 1999 - 2025

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

Date:          01/19/2026
In Reference to:  A # 071 824 207 and 070 904 073
Name:          JIANG, Li Xiang  AKA: CHANG, Chaun Lee

### INTERIM NOTICE DECLINING PAROLE

This letter is to inform you that U.S. Immigration and Customs Enforcement (ICE) has decided not to parole you from custody at this time.  The decision to authorize parole is discretionary.  As part of its parole determination, ICE reviewed immigration records and any supplemental documentation that you provided.  After reviewing all available information, ICE has determined that parole is not appropriate in your case at this time based on the following reason(s):

☐  You have not established your identity to the satisfaction of ICE.

■  You have not established to ICE's satisfaction that you are not a flight risk.

☐  You have not established to ICE's satisfaction that you are not a security risk or a danger to the community.

■  You have failed to demonstrate that you are:  (1) an alien who has a serious medical condition such that continued detention would not be appropriate; (2) an individual who has been medically certified as pregnant; (3) an alien juvenile; (4) an alien who will be a witness in proceedings being, or to be, conducted by judicial, administrative, or legislative bodies in the United States; or (5) an alien whose continued detention is not in the public interest.

■  Other: _____ You are subject to a final order of removal and your removal is considered to be imminent; . _____

---

Re-Determination

You may request re-determination of this decision in writing, based upon changed circumstances in your case.  Such changed circumstances or documentation should relate to the reason(s) indicated above why ICE is not paroling you from custody at this time.  If there are multiple grounds checked above, you should try to provide further evidence addressing each of them.

If you request re-determination of this decision, please direct your written request to your designated ERO officer.  Such a re-determination request should include a copy of this letter and any other ICE written decision declining to authorize parole, and clearly explain what changed circumstances and relevant documents you would like considered.

☐  ICE previously provided you with a written decision declining to authorize parole, and you have failed to provide additional documentation or to demonstrate any significant changed circumstances which would alter ICE's previous determination.

Sincerely,

WILLIAM P JOYCE   Digitally signed by WILLIAM P JOYCE
Date: 2026.01.19 14:51:17 -05'00'

Kenneth Genalo
Field Office Director

**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

January 30, 2026

*VIA E-MAIL*: Kenneth.Genalo@ice.dhs.gov & Jonathan.j.quizhpi@ice.dhs.gov

Kenneth Genalo, ICE Field Director
Jonathan J. Quizhpi, Deportation Officer
U.S. Immigration and Customs Enforcement (ICE)
Field Office Location
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE:    Urgent Amended Request for Humanitarian Parole – INA § 212(d)(5)(A)**
**Respondent: LiXiang JIANG a/k/a Chang Chaun Lee**
**Alien Number: 071 824 207 and 070 904 073**

Dear Director Genalo and Officer Quizhpi,

The undersigned hereby represents LiXiang JIANG (also known as Chang Chaun Lee, A# 071 824 207 and 070 904 073) and respectfully petitions for the grant of humanitarian parole from ICE custody on behalf of Mr. Jiang, in light of his wife's diagnosis with life-threatening stage 4 colon cancer.

This Amended Petition responds to any concerns that have been raised and establishes that <u>he is not a risk of flight,</u> and that keeping this man with such substantial family ties and with a wife who is in her last days does not serve the public interest.

We ask you to consider the following:

1. The Petitioner's wife is suffering from a terminal illness and tragically may not have much time left. There is a very limited amount of time in which the Petitioner will be able to see his wife alive; Attached as Exhibit "A" are his wife's medical records.
2. The Petitioner was detained because he followed his attorney's advice and appeared voluntarily.
3. He has no prior record, has strong family and community ties and has been here for many years working and obeying the law.
4. We are attaching documents that reflect the Petitioner is a long-time resident with substantial family ties, which include his son Steven's letter.

Among other things, his son Steven states in Exhibit "B" as follows:

1

"My father has always been a hardworking man who provided a roof over our heads and food on our table. My sister and I firmly believe that he is the foundation of who we are today. He supported us through college without causing any financial burden, allowing us to focus on building our careers in the financial field without significant obstacles. I believe that my father's detention was a mistake. I have filed an immigration petition on his behalf, and the application (Form I-130) was approved by USCIS earlier this year. This approval indicates that my father is currently in the process of applying for lawful permanent residency, and that his green card application will eventually be approved whether he is inside or outside of the United States. Under these circumstances, detaining him is a waste of resources, time, and space.

My father has lived quietly in the United States for more than 25 years, has no prior criminal record, and has worked diligently to support our family, as described above. I truly believe that the wrong person has been detained, and I respectfully request his immediate release."

## BACKGROUND

Mr. LiXiang Jiang was detained on December 16, 2025, at his ICE check-in appointment which he attended at earlier date than his ICE scheduled appointment, which was set in February 2026. He attended earlier at this former attorney's request.

Mr. Jiang's wife, Binjing Chen, has been diagnosed with stage 4 colon cancer. On December 22, 2025, Mrs. Chen underwent surgery for metastatic colon cancer, and the pathology results that the cancer was malignant. Mrs. Chen is presently recuperating from surgery and will begin chemotherapy treatment on or about January 16, 2025.

Mrs. Chen's condition is critical, and she requires constant emotional, physical, and logistical support. Her husband, Mr. Jiang is her primary caregiver, and his absence is causing her enormous hardship during this already devastating time. Currently, her daughter is the only caregiver available, however she is required to return to work next week. Without Mr. Jiang's presence, his wife will not be able to manage her treatment schedule, transportation to medical appointments, and basic daily living activities. Furthermore, due to the devastating diagnosis, it is imperative that Mr. Jiang be present throughout her treatment to offer the essential support that only a spouse is able to provide.

Please note that Mr. Jiang is a long-time resident of Staten Island, NY. He continues to reside at 111 Perry Avenue, State Island, NY 10314. He has consistently complied with all legal and immigration requirements. Accordingly, he does not present any risk of flight and has never done so.

Mr. Jiang's son, Steven Jiang, a US citizen living at 5 Danforth Avenue, Woburn, MA 01801, has filed an I-130 Petition and Affidavit of Support for his father's I-485 Application. His daughter, Hefi Jiang, also a US citizen, resides at 5 Danforth Avenue, Woburn, MA 01801. Mr. Jiang's sister, DanQing Jiang, a US citizen, and his mother, ShuJiao Zhu, a Legal Permanent Resident, both live at 53-25 72nd Street, 2F Maspeth, NY 11378.

2

In addition to close relatives, Mr. Jiang has long-lasting ties to the Staten Island, which include his home ownership and employment ties.

Please know that Mr. Jiang has is ready and willing to comply with any and all conditions imposed by the Immigration and Customs Enforcement, including electronic monitoring and additional reporting requirements.

I have attached the following supporting documents in connection with this request. Please note that the documents identified in bold are new and are being submitted for the first time with this amended letter:

- Mr. Jiang's birth certificate and translation.

- Medical records and physician's letter confirming Stage 4 cancer diagnosis and treatment plan

- Marriage certificate

- I-130 Approval Notice and Mrs. Jiang's US citizen son's birth certificate.

- Mr. Jiang's Son's affidavit of support and copy of his tax return.

- **Mr. Jiang's Son W-2 Wage and Tax Statement for years 2023 and 2024**

- **Images of Mr. Jiang's Son Passport and College Graduation Photo**

Given the urgent and compassionate nature of this request, I respectfully ask the Immigration and Custom Enforcement to reconsider and grant Mr. Jiang's release under **humanitarian parole** as authorized by INA § 212(d)(5)(A). Again, I affirm that Mr. Jiang is continually committed to attending all immigration hearings and complying fully with any conditions of release.

Thank you for your time, understanding, and consideration during this critical moment for his family.


Sincerely,

s/ Michael A. Pizzi, Jr.
Michael Pizzi, Esquire

3



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1.  Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

*Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name) [                    ]

**2.b.** Given Name (First Name) [                    ]

**2.c.** Middle Name [                    ]

*Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name [                    ]

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr. [                    ]

**3.c.** City or Town [                    ]

**3.d.** State [      ]  **3.e.** ZIP Code [          ]

**3.f.** Province [                    ]

**3.g.** Postal Code [                    ]

**3.h.** Country

[                    ]

*Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number

[                    ]

**5.** Mobile Telephone Number (if any)

[                    ]

**6.** Email Address (if any)

[                    ]

**7.** Fax Number (if any)

[                    ]

### Part 2.  Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority

[                    ]

**1.b.** Bar Number (if applicable)

[                    ]

**1.c.** I (select **only one** box) ☐ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law.  If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

[                    ]

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

[                    ]

**2.c.** Date of Accreditation (mm/dd/yyyy)

[                    ]

**3.** ☐ I am associated with

[                    ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

[                    ]

---

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☐ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ **A-**

## Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

## Mailing Address of Client

**NOTE:**  Provide the client's mailing address.  **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.

**13.c.** City or Town

**13.d.** State         **13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [ ]

**2.b.** Date of Signature (mm/dd/yyyy) [ ]

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a** Signature of Attorney or Accredited Representative

[ ]

**1.b.** Date of Signature (mm/dd/yyyy) [ ]

**2.a.** Signature of Law Student or Law Graduate

[ ]

**2.b.** Date of Signature (mm/dd/yyyy) [ ]

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

# EXHIBIT A



| | | |
|---|---|---|
| **PATIENT**<br>Chen, Binjing | **TUMOR TYPE**<br>Colon adenocarcinoma (CRC) | **REPORT DATE**<br>16 Jan 2026 |
| **COUNTRY CODE**<br>US | | **ORDERED TEST #**<br>ORD-2261621-01 |

*Interpretive content in the Professional Services sections is provided as a laboratory professional service, and has not been reviewed or approved by the FDA. The FDA-approved pages immediately follow the Professional Services Summary, and the remainder of the Professional Services content follows the FDA-approved section.*

**ABOUT THE TEST** FoundationOne®CDx is the first and only FDA-Approved comprehensive companion diagnostic for all solid tumors.

**PATIENT**
**DISEASE** Colon adenocarcinoma (CRC)
**NAME** Chen, Binjing
**DATE OF BIRTH** 19 November 1978
**SEX** Female
**MEDICAL RECORD #** 6472049

**PHYSICIAN**
**ORDERING PHYSICIAN** Whooley, Peter
**MEDICAL FACILITY** Beth Israel Deaconess Medical Center
**ADDITIONAL RECIPIENT** None
**MEDICAL FACILITY ID** 200828
**PATHOLOGIST** Vanderlaan, Paul

**SPECIMEN**
**SPECIMEN SITE** Lung
**SPECIMEN ID** SD25-59043 A1
**SPECIMEN TYPE** Block
**DATE OF COLLECTION** 18 December 2025
**SPECIMEN RECEIVED** 09 January 2026

## Biomarker Findings
**Microsatellite status** - MS-Stable
**HRD signature** - HRDsig Negative
**Tumor Mutational Burden** - 1 Muts/Mb

## Genomic Findings
*For a complete list of the genes assayed, please refer to the Appendix.*

**KRAS** G12D
**NRAS** wildtype
**APC** R216*, E1322*
**TP53** R342*

**3 Disease relevant genes with no reportable alterations:** *BRAF, ERBB2, NRAS*

## Report Highlights
- Targeted therapies with **potential resistance** based on this patient's genomic findings: ❌ Cetuximab (p. 6), Panitumumab (p. 7)
- Variants that may inform **nontargeted treatment approaches** (e.g., chemotherapy) in this tumor type: *KRAS* G12D (p. 3)
- **Clinical trial options** based on this patient's genomic findings: (p. 8)

| BIOMARKER FINDINGS | THERAPIES WITH CLINICAL RELEVANCE (IN PATIENT'S TUMOR TYPE) | THERAPIES WITH CLINICAL RELEVANCE (IN OTHER TUMOR TYPE) |
|---|---|---|
| **Microsatellite status -** MS-Stable<br>10 Trials  see p. 8 | none | none |
| **HRD signature -** HRDsig Negative | No therapies or clinical trials. See Biomarker Findings section | |
| **Tumor Mutational Burden -** 1 Muts/Mb | No therapies or clinical trials. See Biomarker Findings section | |

| GENOMIC FINDINGS | THERAPIES WITH CLINICAL RELEVANCE (IN PATIENT'S TUMOR TYPE) | THERAPIES WITH CLINICAL RELEVANCE (IN OTHER TUMOR TYPE) |
|---|---|---|
| **KRAS -** G12D<br>10 Trials  see p. 11 | *Cetuximab* ❌<br>*Panitumumab* ❌ | none |
| **NRAS -** wildtype<br>1 Trial  see p. 13 | *Cetuximab* ❌<br>*Panitumumab* ❌ | none |
| **APC -** R216*, E1322*<br>2 Trials  see p. 10 | none | none |

❌ *Extensive evidence showing variant(s) in this sample may confer resistance to this therapy*

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



| | | |
|---|---|---|
| **PATIENT**<br>Chen, Binjing | **TUMOR TYPE**<br>Colon adenocarcinoma (CRC) | **REPORT DATE**<br>16 Jan 2026 |
| **COUNTRY CODE**<br>US | | **ORDERED TEST #**<br>ORD-2261621-01 |

## GENOMIC FINDINGS WITH NO REPORTABLE THERAPEUTIC OR CLINICAL TRIAL OPTIONS

*For more information regarding biological and clinical significance, including prognostic, diagnostic, germline, and potential chemosensitivity implications, see the Genomic Findings section.*

*TP53 -* R342* ........................................................................................................................................... p. 5

**NOTE** Genomic alterations detected may be associated with activity of certain FDA-approved drugs; however, the agents listed in this report may have varied clinical evidence in the patient's tumor type.

Neither the therapeutic agents nor the trials identified are ranked in order of potential or predicted efficacy for this patient, nor are they ranked in order of level of evidence for this patient's tumor type.

Copy number alterations include reportable focal amplifications and losses (homozygous deletions).

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| | | |
|---|---|---|
| PATIENT | TUMOR TYPE | REPORT DATE |
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |
| | | ORDERED TEST # |
| | | ORD-2261621-01 |

**PATIENT**

DISEASE  Colon adenocarcinoma (CRC)
NAME  Chen, Binjing
DATE OF BIRTH  19 November 1978
SEX  Female
MEDICAL RECORD #  6472049

**PHYSICIAN**

ORDERING PHYSICIAN  Whooley, Peter
MEDICAL FACILITY  Beth Israel Deaconess Medical Center
ADDITIONAL RECIPIENT  None
MEDICAL FACILITY ID  200828
PATHOLOGIST  Vanderlaan, Paul

**SPECIMEN**

SPECIMEN SITE  Lung
SPECIMEN ID  SD25-59043 A1
SPECIMEN TYPE  Block
DATE OF COLLECTION  18 December 2025
SPECIMEN RECEIVED  09 January 2026

**FDA-Approved Content**

## Companion Diagnostic (CDx) Findings

A companion diagnostic provides essential information for the safe and effective use of a corresponding drug or biological product. This table contains therapies associated with FoundationOne®CDx's FDA-approved companion diagnostic indications.

| GENOMIC FINDINGS | CDx-INDICATED THERAPIES |
|---|---|
| No Companion Diagnostic (CDx) alterations for FoundationOne®CDx were detected. | |

## Tumor Profiling Results

FoundationOne®CDx is FDA-approved to provide tumor mutation profiling results for oncology patients with solid tumors.

**GENOMIC FINDINGS & BIOMARKERS IDENTIFIED**

Results reported in this section are not prescriptive or conclusive for labeled use of any specific therapeutic product. See *professional services* section for additional information.

| | |
|---|---|
| *Microsatellite status*  MS-Stable [§] | *APC*  E1322* |
| *Tumor Mutational Burden*  1 Muts/Mb [§] | *KRAS*  G12D [δ] |
| *APC*  R216* | *TP53*  R342* |

δ Erbitux® (Cetuximab) and Vectibix® (Panitumumab) are indicated for patients with absence of mutation in KRAS or NRAS exons 2, 3, and 4.

§ Refer to appendix for limitation statements related to detection of any copy number alterations, gene rearrangements, BRCA1/2 alterations, MSI, or TMB results in this section.

*Please refer to appendix for Explanation of Clinical Significance Classification and for variants of unknown significance (VUS).*

© 2026 Foundation Medicine, Inc. All rights reserved.

**ABOUT THE TEST** FoundationOne®CDx is the first FDA-approved broad companion diagnostic for solid tumors.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**BIOMARKER FINDINGS**

## BIOMARKER
# Microsatellite status

**RESULT**
MS-Stable

### POTENTIAL TREATMENT STRATEGIES

— **Targeted Therapies** —

On the basis of clinical evidence, MSS tumors are significantly less likely than MSI-H tumors to respond to anti-PD-1 immune checkpoint inhibitors[1-3], including approved therapies nivolumab and pembrolizumab[4-5]. In a retrospective analysis of 361 patients with solid tumors treated with pembrolizumab, 3% were MSI-H and experienced a significantly higher ORR compared with non-MSI-H cases (70% vs. 12%, p=0.001)[6]. For patients with chemotherapy-refractory microsatellite-stable (MSS) metastatic CRC, a Phase 3 trial reported no OS advantage from the combination of the PD-L1 inhibitor atezolizumab plus cobimetinib relative to regorafenib (8.9 vs. 8.5 months, HR=1.00); atezolizumab monotherapy similarly did not prolong OS (7.1 vs. 8.5 months, HR=1.19)[7]. For patients with MSS CRC, a Phase 2 study combining ipilimumab and nivolumab reported an overall DCR of 25% (10/40)[8]. Two Phase 1 studies for patients with MSS CRC treated with regorafenib and nivolumab reported PFSs of 7.9 months[9] and 5.7 months[10], and a patient with MSS CRC refractory to chemotherapy treated with the PD-1 inhibitor sintilimab and regorafenib reported a CR[11]. Phase 1 and 2 trials of anti-CTLA4 antibody botensilimab plus anti-PD1 antibody balstilimab for patients with MSS CRC reported ORRs of 8-19% and DCRs of 54-61%[12-13]; in the neoadjuvant setting, botensilimab plus balstilimab elicited pathological responses for 67% (6/9)[14].

— **Nontargeted Approaches** —

MSI has not been found to be a predictive biomarker for combination chemotherapy regimens, including FOLFOX[15-16] and FOLFIRI[17-18]. Patients with MSS CRC are more likely to benefit from postsurgical fluorouracil (FU)-based adjuvant therapy[19-20] but less likely to benefit from irinotecan chemotherapy[21].

### FREQUENCY & PROGNOSIS

MSS colorectal cancers (CRCs) make up 70-85% of CRC cases[1,22-26]. MSS colorectal cancers are molecularly heterogeneous, driven by diverse mechanisms such as extensive DNA methylation, oncogenic mutations in KRAS or BRAF, or chromosomal instability[25]. Multiple studies have shown that MSS CRCs have a worse prognosis than MSI-high tumors[24,27-33].

### FINDING SUMMARY

Microsatellite instability (MSI) is a condition of genetic hypermutability that generates excessive amounts of short insertion/deletion mutations in the genome; it generally occurs at microsatellite DNA sequences and is caused by a deficiency in DNA MMR in the tumor[22]. Defective MMR and consequent MSI occur as a result of genetic or epigenetic inactivation of one of the MMR pathway proteins, primarily MLH1, MSH2, MSH6, or PMS2[22,34-35]. This sample is microsatellite-stable (MSS), equivalent to the clinical definition of an MSS tumor: one with mutations in none of the tested microsatellite markers[23,36-37]. MSS status indicates MMR proficiency and typically correlates with intact expression of all MMR family proteins[22-23,35,37].

## BIOMARKER
# HRD signature

**RESULT**
HRDsig Negative

**SCORE**
0.02

### POTENTIAL TREATMENT STRATEGIES

— **Targeted Therapies** —

On the basis of clinical data from real-world clinicogenomic database analyses, HRDsig positive status is associated with sensitivity to PARP inhibitors. Multiple studies of patients with either metastatic castration-resistant prostate cancer or metastatic breast cancer treated with PARP inhibitors observed more favorable OS, PFS, and time to treatment discontinuation for patients with HRDsig positive status compared with patients with HRDsig negative status[38-40]. Patients with HRDsig positive platinum-sensitive advanced ovarian cancer who received PARP inhibitor maintenance therapy had more favorable PFS than patients who received no maintenance therapy or patients with HRDsig Negative status[41]. Additionally, in a real-world dataset, HRDsig positive status was associated with improved outcomes on a platinum chemotherapy-containing regimen in pancreatic cancer[42].

### FREQUENCY & PROGNOSIS

HRD signature (HRDsig) Positive status has been identified in multiple solid tumor types, including ovarian (39%), breast (21%), prostate (15%), and pancreas (9%)[39-40,42-43]. A pan-cancer analysis of a large real-world dataset found a strong association between HRDsig positive status and biallelic inactivation of BRCA1/2 in ovarian, prostate, and pancreatic cancers[40]. Published data investigating the prognostic implications of HRDsig Positive status in solid tumors are limited (PubMed, Jan 2026).

### FINDING SUMMARY

Homologous recombination deficiency (HRD) produces characteristic genome-wide changes that accumulate as genomic scars because of incorrect DNA double-strand break repair. HRD signature (HRDsig) is a biomarker developed and validated to classify HRD status in pan-cancer samples using hundreds of copy number (CN) features to capture these genomic changes. HRDsig identifies both genomic and non-genomic mechanisms of HRD and has high sensitivity to detect samples with biallelic genomic alterations in homologous recombination repair (HRR) genes such as BRCA1/2. This sample has a status of HRD signature (HRDsig) Negative, defined as a model score of <0.7.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

REPORT DATE
16 Jan 2026

ORDERED TEST # ORD-2261621-01

**BIOMARKER FINDINGS**

BIOMARKER

# Tumor Mutational Burden

**RESULT**
1 Muts/Mb

## POTENTIAL TREATMENT STRATEGIES

### — Targeted Therapies —

On the basis of clinical evidence in solid tumors, increased TMB may be associated with greater sensitivity to immunotherapeutic agents, including anti-PD-L1[44-47], anti-PD-1 therapies[45-49], and combination nivolumab and ipilimumab[50-58]. In CRC, a retrospective analysis of ICPI efficacy reported significantly improved OS for patients with tumors harboring TMB ≥9.8 Muts/Mb compared with those with tumors with TMB <9.8 Muts/Mb (~equivalency <12 Muts/Mb as measured by this assay)[45]. Another retrospective study reported that a TMB ≥12 Muts/Mb cutoff identifies >99% of MSI-High CRC cases but only 3% of MS-Stable cases, indicating the utility of this cutoff for identification of patients with CRC likely to benefit from treatment with ICPIs[59]. An analysis of real-world evidence across tumor types reported that TMB of ≥10 Muts/Mb was associated with longer survival outcomes; patients with CRC with TMB ≥10 Muts/Mb experienced a significantly longer real-world OS compared with patients with

TMB <10 Muts/Mb (HR= 0.37)[60].

## FREQUENCY & PROGNOSIS

Elevated tumor mutational burden (TMB) has been reported in 8-25% of colorectal cancer (CRC) samples[26,61-64]. Multiple studies have reported that up to 90% of hypermutated CRC cases exhibit high levels of microsatellite instability (MSI-H) and MMR deficiency[26,63]. Increased TMB is significantly associated with MSI-H and MMR deficiency, with studies reporting that 100% of MSI-H CRCs harbor elevated TMB and conversely that 100% of tumors with low TMB harbor intact MMR[61-63]. A subset of CRCs that harbor increased TMB but not MSI-H are driven by mutations in POLE, which leads to an "ultramutated" phenotype with especially high TMB[26,63]. Tumors with increased TMB harbor BRAF V600E mutations more frequently than those with low TMB[26,63], whereas TMB-low tumors more frequently harbor mutations in TP53 and APC[26]. The prognostic value of tumor mutational burden (TMB) in colorectal cancer (CRC) is context- and therapy-dependent. A study of tissue TMB (tTMB) in 145 CRC samples showed longer OS in TMB-high samples compared with TMB-low ones[65]. Similarly, for patients with metastatic CRC treated with first-line chemotherapy combined with bevacizumab or cetuximab, high tissue TMB (tTMB-H) was associated with longer OS[66]. For patients treated with adjuvant chemotherapy, tTMB-H was associated with better 5-year relapse-free survival[67]. However, for patients with EGFR/

BRAF-inhibitor-treated, BRAF-mutated microsatellite stable (MSS) metastatic CRC, intermediate tTMB was associated with significantly poorer PFS and OS compared with TMB-low status; patients with primary resistance to EGFR/BRAF blockage had higher TMB than those sensitive to these therapies[68]. In a study for 61 patients with metastatic, MSS CRC treated with best standard of care, plasma TMB scores ≥28 Muts/Mb (approximately 14 Muts/Mb as measured by this assay) were associated with reduced OS compared with plasma TMB scores <28 Muts/Mb (3.0 vs. 5.3 months, HR=0.76, p=0.007), whereas tTMB was not found to be prognostic in this population[69-70].

## FINDING SUMMARY

Tumor mutational burden (TMB, also known as mutation load) is a measure of the number of somatic protein-coding base substitutions and insertion/deletion mutations occurring in a tumor specimen. TMB is affected by a variety of causes, including exposure to mutagens such as ultraviolet light in melanoma[71-72] and cigarette smoke in lung cancer[73-74], treatment with temozolomide-based chemotherapy in glioma[75-76], mutations in the proofreading domains of DNA polymerases encoded by the POLE and POLD1 genes[26,77-80], and microsatellite instability[26,77,80]. This sample harbors a TMB below levels that would be predicted to be associated with sensitivity to PD-1- or PD-L1-targeting immune checkpoint inhibitors, alone or in combination with other agents[45,59,81].

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

**GENOMIC FINDINGS**

ORDERED TEST #   ORD-2261621-01

## GENE
# KRAS

**ALTERATION**
G12D

**HGVS VARIANT**
NM_004985.3:c.35G>A (p.G12D)

**VARIANT CHROMOSOMAL POSITION**
chr12:25398284

**VARIANT ALLELE FREQUENCY (% VAF)**
15.6%

### POTENTIAL TREATMENT STRATEGIES
— **Targeted Therapies** —

RAS tricomplex inhibitors, such as daraxonrasib and zoldonrasib that target both mutated and wildtype KRAS, NRAS, and HRAS, have shown activity in G12-mutated tumors[82-86]. Clinical data from early-stage studies suggest that solid tumors with KRAS mutations at codon 12 or 13 may benefit from RAS-targeted peptide vaccines[87-92]. The combination of nivolumab, ipilimumab, and pooled synthetic long peptide vaccines targeting KRAS codon 12 (G12D, G12R, G12V, G12A, and G12C) and G13D mutations has also shown clinical benefit[93-94]. Patients with KRAS G12D-mutated solid tumors may benefit from selective G12D protein degraders, such as setidegrasib[95-96] or KRAS G12D small-molecule inhibitors, such as HRS4642[97-98], zoldonrasib[99-100], GFH375[101-102], and INCB161734[103]. Solid tumors with KRAS mutations, such as G12D and G12V, may benefit

from adoptive cell therapy targeting these specific KRAS mutations[104-108]. Multiple studies of MEK inhibitors have reported low response rates for patients with KRAS-mutated solid tumors[109-115]; however, limited clinical data support investigational approaches targeting MEK in KRAS-mutated solid tumors, including the combination of the MEK inhibitor mirdametinib or binimetinib and the CDK4/6 inhibitor palbociclib[116-117], the dual MEK-pan-RAF inhibitors avutometinib or IK-595[118-119], and avutometinib in combination with the FAK inhibitor defactinib[120-123]. Additional approaches to treat RAS-addicted solid tumors include targeting SOS1 (BI-3406, MRTX0902, BI-1701963, and BAY-293)[124-135] or SHP2 (ERAS-601, RMC-4630, TNO155) either alone or in combination with other targeted therapies[136-142]. A Phase 2 study of the PLK1 inhibitor onvansertib in combination with FOLFIRI and bevacizumab reported a 26% (14/53) ORR and 11.7 month median DOR for patients with KRAS-mutated metastatic CRC previously treated with chemotherapy with or without bevacizumab; higher activity (77% [10/13]) was reported for patients who had not received prior bevacizumab[143]. In a Phase 1 trial of the G12D small-molecule inhibitor INCB161734, 2 patients with KRAS G12D-mutated CRC exhibited PRs[103]. KRAS G12D-targeted adoptive cell therapy has yielded PRs for pretreated patients with metastatic CRC[106]. Phase 1 studies or RAS-targeted peptide vaccines showed biomarker responses for patients with KRAS-mutated (G12D or G12R) resected CRC[87,91], and reported a 42% (5/12) DCR, 3.7-month mPFS, and 24.9-month OS for patients with

pMMR/microsatellite-stable disease[94].

— **Potential Resistance** —
Activating mutations in KRAS or NRAS are associated with lack of clinical benefit from cetuximab[144-147] or panitumumab[148-150] for patients with CRC. Therefore, activating mutations in either gene indicate against the use of cetuximab and panitumumab (NCCN Colon Cancer Guidelines, v1.2024, NCCN Rectal Cancer Guidelines, v1.2024).

— **Nontargeted Approaches** —
Patients with metastatic CRC and mutations in the KRAS G12 codon may not derive significant benefit from the chemotherapy trifluridine/tipiracil over placebo based on a retrospective real-world evidence study[151].

### FREQUENCY & PROGNOSIS
Mutations in KRAS have been reported in approximately 35-50% of colorectal cancers (CRCs)[152-160]. Numerous studies have reported that KRAS mutations are associated with increased metastasis, adverse clinicopathological features, and shorter survival of patients with CRC[154-157,161-162].

### FINDING SUMMARY
KRAS encodes a member of the RAS family of small GTPases. Activating mutations in RAS genes can cause uncontrolled cell proliferation and tumor formation[163-164]. One or more alterations seen here are pathogenic[163,165-187].

## GENE
# NRAS

**ALTERATION**
wildtype

### POTENTIAL TREATMENT STRATEGIES
— **Targeted Therapies** —
Lack of mutations in KRAS or NRAS is associated with clinical benefit of treatment with EGFR-

targeting antibodies cetuximab[144-147] or panitumumab[148-150] for patients with CRC. Therefore, these agents are indicated to treat patients with CRC lacking such mutations (NCCN Colon Cancer Guidelines, v1.2024, Rectal Cancer Guidelines, v1.2024).

### FREQUENCY & PROGNOSIS
The majority of colorectal cancers (CRCs) (91-98%) have been reported to lack NRAS mutations[26,160,188-193]. NRAS wild-type status has been reported to be associated with decreased

frequency of metastasis[160] and longer survival[193-194] of patients with CRC.

### FINDING SUMMARY
NRAS encodes a member of the RAS family of small GTPases that mediate transduction of growth signals. Activation of RAS signaling causes cell growth, differentiation, and survival by activating the RAF-MAPK-ERK, PI3K, and other pathways[163]. No alterations in NRAS were identified in this case.

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

REPORT DATE
16 Jan 2026

GENOMIC FINDINGS

ORDERED TEST #   ORD-2261621-01

GENE
## *APC*

**ALTERATION**
R216*, E1322*

**HGVS VARIANT**
NM_000038.4:c.646C>T (p.R216*),
NM_000038.4:c.3964G>T (p.E1322*)

**VARIANT CHROMOSOMAL POSITION**
chr5:112128143, chr5:112175255

**VARIANT ALLELE FREQUENCY (% VAF)**
12.5%, 16.2%

### POTENTIAL TREATMENT STRATEGIES

— Targeted Therapies —

There are no approved drugs targeting APC inactivation in cancer. Loss of APC function leads to the accumulation of beta-catenin and upregulation of WNT pathway transcription programs[195], and potential therapeutic approaches to target this pathway include antagonists that interfere with the ability of beta-catenin to interact with transcriptional co-activator CBP[196-197]. In a Phase 1 trial of the CBP/beta-catenin antagonist E7386, 1 patient with APC-mutated small bowel adenocarcinoma achieved a PR with tumor shrinkage of 69% and response duration of 165 days[198]; preclinical data support sensitivity of APC-deficient gastric or colorectal cancer (CRC) models to E7386[199-200]. Clinical studies have also demonstrated significant responses for patients with APC-mutated desmoid tumors following treatment with the gamma-secretase inhibitors (GSI) nirogacestat and AL101[201-203], suggesting APC mutations may be sensitive to GSIs for this patient population. Mutations in APC have been associated with improved prognosis for patients treated with bevacizumab plus FOLFIRI compared with patients with wild-type APC treated with the same combination (HR=0.59, p=0.01)[204].

### FREQUENCY & PROGNOSIS

APC mutations were observed in 74% of colorectal cancers examined in 1 study[205]. In 1 study, loss of heterozygosity (LOH) of APC was observed in 32% of colorectal cancer (CRC) samples[206]. For patients with non-hypermutated CRC, APC mutations were associated with longer OS (HR=0.61, p<0.01) and recurrence-free survival (RFS) (HR=0.68, p=0.02)[205]. Similarly, patients with microsatellite stable (MSS) CRC and wildtype APC had worse median OS (22.6 vs. 45.6 months; p<0.0001) compared with patients with APC-mutated CRC[207].

### FINDING SUMMARY

APC (adenomatous polyposis coli) encodes a tumor suppressor with critical roles in regulating cell division and adhesion. APC interacts with beta-catenin and controls signaling in the WNT pathway, which regulates embryonic development and cell differentiation[208]. Alterations such as seen here may disrupt APC function or expression[209-213].

### POTENTIAL GERMLINE IMPLICATIONS

One or more of the APC variants observed here has been described in the ClinVar database as a likely pathogenic or pathogenic germline mutation (by an expert panel or multiple submitters)[214]. Follow-up germline testing would be needed to distinguish whether the finding in this patient is somatic or germline. Germline mutations in APC are found in more than 90% of patients with familial adenomatous polyposis (FAP)[215-217]. The prevalence for FAP in the general population is estimated to be 1:8,300 from birth[218], and in the appropriate clinical context germline testing of APC is recommended.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | |
|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) |
| REPORT DATE<br>16 Jan 2026 | |

ORDERED TEST #   ORD-2261621-01

## GENE
# *TP53*

**ALTERATION**
R342*

**HGVS VARIANT**
NM_000546.4:c.1024C>T (p.R342*)

**VARIANT CHROMOSOMAL POSITION**
chr17:7574003

**VARIANT ALLELE FREQUENCY (% VAF)**
32.5%

### POTENTIAL TREATMENT STRATEGIES
#### — Targeted Therapies —

There are no approved therapies to address TP53 mutation or loss. However, tumors with TP53 loss of function alterations may be sensitive to the WEE1 inhibitor adavosertib[219-222] or p53 gene therapy such as SGT53[223-228]. In a Phase 1 study, adavosertib in combination with gemcitabine, cisplatin, or carboplatin elicited PRs in 9.7% and SDs in 53% of patients with solid tumors; the response rate was 21% (4/19) for patients with TP53 mutations versus 12% (4/33) for patients who were TP53 wildtype[229]. Phase 2 studies of adavosertib in combination with chemotherapy reported ORRs of 32% (30/94) and 41% (12/29) for patients with platinum-refractory TP53-mutated ovarian, Fallopian tube, or peritoneal cancer[230-231]. For patients with platinum-sensitive TP53-mutated ovarian cancer, the combination of adavosertib with paclitaxel and carboplatin significantly increased PFS compared with paclitaxel and carboplatin alone (9.9 vs. 8.0 months)[232]. In the Phase 2 VIKTORY trial, patients with TP53-mutated metastatic and/or recurrent gastric cancer experienced a 24% (6/25) ORR with adavosertib combined with paclitaxel[233]. A Phase 1 trial of neoadjuvant adavosertib in combination with cisplatin and docetaxel for head and neck

squamous cell carcinoma (HNSCC) elicited a 71% (5/7) response rate for patients with TP53 alterations[234]. The Phase 2 FOCUS4-C trial for patients with TP53- and RAS-mutated colorectal cancer reported improvement in PFS (3.61 vs. 1.87 months, HR=0.35, p=0.0022), but not OS (14.0 vs 12.8 months, p=0.93), following adavosertib treatment compared with active monitoring[235]. In a Phase 1b clinical trial of SGT-53 in combination with docetaxel for patients with solid tumors, 75% (9/12) of evaluable patients experienced clinical benefit, including 2 confirmed and 1 unconfirmed PRs and 2 instances of SD with significant tumor shrinkage[228]. Missense mutations leading to TP53 inactivation may be sensitive to therapies that reactivate mutated p53 such as eprenetapopt. In a Phase 1b trial for patients with p53-positive high-grade serous ovarian cancer, eprenetapopt combined with carboplatin and pegylated liposomal doxorubicin achieved a 52% (11/21) response rate and 100% DCR[236]. A Phase 1 trial of eprenetapopt with pembrolizumab for patients with solid tumors reported an ORR of 10% (3/29)[237].

### FREQUENCY & PROGNOSIS

TP53 mutations have been reported in up to 75% of colorectal cancer cases[26,238-244]. A study reported p53 expression in 49% of analyzed colorectal cancer cases[245]. TP53 mutation has not been consistently demonstrated to be a significant independent prognostic marker in the context of CRC[238,246].

### FINDING SUMMARY

TP53 encodes the tumor suppressor p53, a transcription factor that responds to cellular stresses such as DNA damage or oncogene activation by inducing cell cycle arrest and apoptosis[247]. Alterations such as seen here may disrupt TP53 function or expression[248-252]. Functional loss of p53 is common in aggressive

advanced cancers[247].

### POTENTIAL GERMLINE IMPLICATIONS

One or more of the TP53 variants observed here has been described in the ClinVar database as a likely pathogenic or pathogenic germline mutation (by an expert panel or multiple submitters)[214]. Follow-up germline testing would be needed to distinguish whether the finding in this patient is somatic or germline. Germline mutations in TP53 are associated with the very rare autosomal dominant disorder Li-Fraumeni syndrome and the early onset of many cancers[253-255], including sarcomas[256-257]. Estimates for the prevalence of germline TP53 mutations in the general population range from 1:5,000[258] to 1:20,000[257]. For pathogenic TP53 mutations identified during tumor sequencing, the rate of germline mutations was 1% in the overall population and 6% in tumors arising before age 30[259]. In the appropriate clinical context, germline testing of TP53 is recommended.

### POTENTIAL CLONAL HEMATOPOIESIS IMPLICATIONS

Variants seen in this gene have been reported to occur in clonal hematopoiesis (CH), an age-related process in which hematopoietic stem cells acquire somatic mutations that allow for clonal expansion[260-265]. CH in this gene has been associated with increased mortality, risk of coronary heart disease, risk of ischemic stroke, and risk of secondary hematologic malignancy[260-261]. Clinical management of patients with CH in this gene may include monitoring for hematologic changes and reduction of controllable risk factors for cardiovascular disease[266]. Comprehensive genomic profiling of solid tumors detects nontumor alterations that are due to CH[264,267-268]. Patient-matched peripheral blood mononuclear cell sequencing is required to conclusively determine if this alteration is present in tumor or is secondary to CH.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

THERAPIES ASSOCIATED WITH RESISTANCE    IN PATIENT'S TUMOR TYPE

# *Cetuximab*

❌ Resistance of variant(s) to associated therapy is likely

........................................

*Assay findings association*

**KRAS**
G12D

**NRAS**
wildtype

### AREAS OF THERAPEUTIC USE

Cetuximab is a mAB that targets EGFR. It is FDA approved to treat head and neck squamous cell carcinoma (HNSCC) and KRAS-wildtype, EGFR-expressing metastatic colorectal cancer (CRC). Please see the drug label for full prescribing information.

### GENE ASSOCIATION

Therapies targeting EGFR, including cetuximab, have been shown to have significant clinical activity for patients with CRC[144-147,269-270] ; wild-type KRAS and NRAS are predictive biomarkers for the efficacy of cetuximab in metastatic CRC (NCCN Colon Cancer Guidelines, v1.2024, NCCN Rectal Cancer Guidelines, v1.2024). Activating mutations in either KRAS[144-147] or NRAS[191,242] , which function downstream of EGFR, are associated with lack of benefit of cetuximab for patients with CRC and indicate against the use of cetuximab (NCCN Colon Cancer Guidelines v1.2024).

### SUPPORTING DATA

Cetuximab has been shown to improve OS, PFS, and response rate for patients with KRAS-wildtype colorectal cancer (CRC), both in combination with FOLFIRI, FOLFOX4, or irinotecan[144-145,269-271] and as monotherapy for chemotherapy-refractory patients[147,272] . The Phase 3 study STRATEGIC-1 reported a similar duration of disease control (DDC) for patients with unresectable metastatic CRC (mCRC) and KRAS-, NRAS-, and BRAF-wildtype status treated with mFOLFOX-bevacizumab alternated with a cetuximab regimen in first or second line, respectively (overall DDC 22.5 vs. 23.5 months); in addition, the study reported similar OS (37.8 vs. 34.4 months) and higher numerical ORR for patients treated with cetuximab in the first line followed by mFOLFOX-

bevacizumab compared with those receiving EGFR-directed antibodies in the second or third line[273]. A prospective study of cetuximab monotherapy for patients with KRAS-, NRAS-, and BRAF-wildtype mCRC reported 11% (2/19) PRs and 58% (11/19) SDs[274]. The Phase 2 AVETUX trial of cetuximab combined with avelumab and mFOLFOX6 for patients with RAS- and BRAF-wildtype mCRC resulted in an ORR of 81% (4 CR and 27 PRs, n=37) and a DCR of 89%[275]. A study of cetuximab in combination with mFOLFOX6 in the second line for patients with RAS-, NRAS-, and BRAF-wildtype mCRC reported a DCR of 83% (30/36; 24 PR) and median OS and PFS of 32.4 months and 11.1 months, respectively[276]. In the Phase 3 ASPECCT study, panitumumab was found to be non-inferior to cetuximab with respect to median OS (10.4 vs. 10.0 months, HR=0.97) for patients with previously treated KRAS exon 2 wildtype metastatic colorectal cancer; median PFS was also similar between the two treatment groups (4.4 vs. 4.1 months, HR=1.00)[277]. In a similar patient population, a Phase 2 study of combination panitumumab and irinotecan versus combination cetuximab and irinotecan also demonstrated non-inferiority with respect to median PFS (5.4 vs. 4.3 months, HR = 0.64) and median OS (14.9 vs. 11.5 months, HR=0.66)[278]. Patients who have previously received cetuximab or panitumumab may derive clinical benefit from a rechallenge. Pooled analysis of 4 Phase 2 rechallenge studies reported an 18% ORR (20/114, 1 CR, 19 PR, 65 SD), a 4-month PFS, and a 13.1-month OS among patients who had KRAS-, NRAS-, and BRAF-wildtype status by ctDNA analysis prior to therapeutic rechallenge; regimens included panitumumab with or without chemotherapy, cetuximab with chemotherapy, or cetuximab plus avelumab[279].

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

| THERAPIES ASSOCIATED WITH RESISTANCE | IN PATIENT'S TUMOR TYPE |
|---|---|

## *Panitumumab*

 Resistance of variant(s) to associated therapy is likely

---

*Assay findings association*

**KRAS**
G12D

**NRAS**
wildtype

### AREAS OF THERAPEUTIC USE

Panitumumab is a monoclonal antibody that targets EGFR. It is FDA approved to treat KRAS wild-type and NRAS wild-type metastatic colorectal cancer (CRC) combined with chemotherapy or as monotherapy for patients who have progressed on prior chemotherapy. Please see the drug label for full prescribing information.

### GENE ASSOCIATION

Therapies targeting EGFR, including panitumumab, have been shown to have significant clinical activity for patients with CRC[148,277,280] ; wild-type KRAS and NRAS are predictive biomarkers for the efficacy of panitumumab in metastatic CRC (NCCN Colon Cancer Guidelines v1.2024)(NCCN Rectal Cancers Guidelines, v1.2024). Activating mutations in either KRAS[148-150] or NRAS[149,240] , which function downstream of EGFR, are associated with lack of benefit of panitumumab for patients with CRC and indicate against the use of panitumumab (NCCN Colon Cancer Guidelines v1.2024, NCCN Rectal Cancer Guidelines v1.2024).

### SUPPORTING DATA

Panitumumab has been shown to improve OS, PFS, and ORR for patients with KRAS-wildtype colorectal cancer (CRC), both in combination with FOLFOX4, FOLFIRI, irinotecan, or best supportive care[148,281-284] , and as monotherapy for chemotherapy-refractory patients[240,277,280] . The Phase 3 PARADIGM trial comparing panitumumab plus mFOLFOX6 versus bevacizumab plus mFOLFOX6 as first-line treatment for patients with RAS-wildtype left-sided metastatic CRC demonstrated that treatment with panitumumab significantly improved median OS (mOS; 36.2 months vs. 31.3 months, HR=0.84) compared with bevacizumab[285]. A Phase 2 trial reported that, for patients with unresectable RAS-wildtype colorectal adenocarcinoma treated with panitumumab plus FOLFOX4, maintenance with a combination of panitumumab plus fluorouracil and leucovorin was superior to panitumumab monotherapy (10-month PFS OF 59% vs. 49%)[286]. A Phase 2 trial for patients with RAS-wildtype mCRC treated with panitumumab plus FOLFOX6 reported that the addition of panitumumab to maintenance fluorouracil and folinic acid significantly improved PFS (8.8 months vs 5.8 months, HR=0.73) and numerically improved OS (29.9 months vs 24.7 months, HR=0.85) compared to fluorouracil and folinic acid alone[287]. In the Phase 3 ASPECCT study, panitumumab was found to be non-inferior to cetuximab with respect to median OS (10.4 vs. 10.0 months, HR=0.97) for patients with previously treated KRAS exon 2 wildtype metastatic colorectal cancer; median PFS was also similar between the two treatment groups (4.4 vs. 4.1 months, HR=1.00)[277]. In a similar patient population, a Phase 2 study of combination panitumumab and irinotecan versus combination cetuximab and irinotecan also demonstrated non-inferiority with respect to median PFS (5.4 vs. 4.3 months, HR = 0.64) and median OS (14.9 vs. 11.5 months, HR=0.66)[278]. Patients who have previously received cetuximab or panitumumab may derive clinical benefit from a rechallenge. Pooled analysis of 4 Phase 2 rechallenge studies reported an 18% ORR (20/114, 1 CR, 19 PR, 65 SD), a 4-month PFS, and a 13.1-month OS among patients who had KRAS-, NRAS-, and BRAF-wildtype status by ctDNA analysis prior to therapeutic rechallenge; regimens included panitumumab with or without chemotherapy, cetuximab with chemotherapy, or cetuximab plus avelumab[279].

---

**NOTE** Genomic alterations detected may be associated with activity of certain FDA approved drugs, however, the agents listed in this report may have varied evidence in the patient's tumor type.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

 **FOUNDATIONONE®CDx**

| | PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|---|
| | Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**CLINICAL TRIALS**

---

**NOTE** Clinical trials are ordered by gene and prioritized by: age range inclusion criteria for pediatric patients, proximity to ordering medical facility, later trial phase, and verification of trial information within the last two months. While every effort is made to ensure the accuracy of the information contained below, the information available in the public domain is continually updated and should be investigated by the physician or research staff. This is not a comprehensive list of all available clinical trials. Foundation Medicine displays a subset of trial options and ranks them in this order of descending priority: Qualification for pediatric trial → Geographical proximity → Later trial phase. Clinical trials listed here may have additional enrollment criteria that may require medical screening to determine final eligibility. For additional information about listed clinical trials or to conduct a search for additional trials, please see clinicaltrials.gov. Or, visit https://www.foundationmedicine.com/genomic-testing#support-services.

---

**BIOMARKER**
# Microsatellite status

**RESULT**
MS-Stable

**RATIONALE**
The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

| **NCT05584670** | **PHASE 1/2** |
|---|---|
| A First-in-human, Dose Escalation and Dose Expansion Study of SAR445877 in Adult Participants With Advanced Solid Tumors | **TARGETS** EGFR, PD-L1 |

**LOCATIONS:** Rhode Island, New Jersey, New York, Delaware, Michigan, Iowa, Kansas, Texas, Washington, Madrid (Spain)

| **NCT05669430** | **PHASE 1/2** |
|---|---|
| A Study of GV20-0251 in Patients With Solid Tumor Malignancies | **TARGETS** IGSF8, PD-1 |

**LOCATIONS:** Massachusetts, Connecticut, New York, Virginia, Michigan, Indiana, Texas, Oregon, California

| **NCT06697197** | **PHASE 1/2** |
|---|---|
| A Study of BMS-986482 Alone or as Combination Therapy in Participants With Advanced Solid Tumors | **TARGETS** TYK2, VEGFA |

**LOCATIONS:** New York, New Jersey, North Carolina, Washington, California, Madrid (Spain), Pamplona (Spain), Villejuif (France), Ghent (Belgium)

| **NCT06589440** | **PHASE 2** |
|---|---|
| Phase 2 Study of SR-8541A in Combination with Botensilimab and Balstilimab in Subjects with Refractory Metastatic Microsatellite Stable Colorectal Cancer (MSS-CRC) | **TARGETS** CTLA-4, PD-1, ENPP1 |

**LOCATIONS:** New Jersey, Texas, Washington

| **NCT06300463** | **PHASE 2** |
|---|---|
| Platform Study of Immunotherapy Combinations in Colorectal Cancer Liver Metastases | **TARGETS** PD-1, CD73, TGF-beta, CTLA-4 |

**LOCATIONS:** New York

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | | |
|---|---|---|
| **PATIENT**<br>Chen, Binjing | **TUMOR TYPE**<br>Colon adenocarcinoma (CRC) | **REPORT DATE**<br>16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**CLINICAL TRIALS**

---

## NCT06792695
**PHASE 2**

A Study of Novel Study Interventions and Combinations in Participants With Colorectal Cancer

**TARGETS**
VEGFA, CTLA-4, PD-1

**LOCATIONS:** Montreal (Canada), New York, Maryland, Toronto (Canada), Barrie (Canada), Minnesota, Texas, Maastricht (Netherlands), Arizona, Victoria (Canada)

## NCT06699836
**PHASE 2**

A Phase 2 Study of Leronlimab in Combination With TAS-102 + Bevacizumab in Previously Treated Participants With mCRC

**TARGETS**
CCR5, VEGFA

**LOCATIONS:** Pennsylvania, Kentucky, Nebraska, Washington, California

## NCT06603818
**PHASE 2**

Immunotherapies in Combination With Stereotactic Body Radiation Radiotherapy in Microsatellite Stable (MSS) Metastatic Colorectal Cancer (mCRC)

**TARGETS**
TIGIT, PD-L1

**LOCATIONS:** Maryland

## NCT06544655
**PHASE 1**

A Study of BMS-986484 Alone and Combination Therapy in Participants With Advanced Solid Tumors

**TARGETS**
PD-1

**LOCATIONS:** Montreal (Canada), Toronto (Canada), Michigan, South Dakota, Texas, Arizona, California, Darlinghurst (Australia), Elizabeth Vale (Australia)

## NCT07079631
**PHASE 1/2**

A Clinical Study to Test if an Investigational Treatment Called BNT314 When Used in Combination With Another Investigational Treatment BNT327 and Chemotherapy, is Beneficial and Safe for Patients With Advanced Colorectal Cancer

**TARGETS**
PD-L1, VEGFA, EpCAM, 41BB

**LOCATIONS:** Ohio, Michigan, Texas, Sutton (United Kingdom), London (United Kingdom), Madrid (Spain), Barcelona (Spain)

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

© 2026 Foundation Medicine, Inc. All rights reserved.

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



| | PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|---|
| | Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**CLINICAL TRIALS**

## GENE
### APC

**ALTERATION**
R216*, E1322*

**RATIONALE**
Based on preclinical and limited clinical data, APC inactivation may be associated with sensitivity to CBP/beta-catenin interaction inhibitors. The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

### NCT05919264

**PHASE 1/2**

FOG-001 in Locally Advanced or Metastatic Solid Tumors

**TARGETS**
TCF, Beta-catenin

**LOCATIONS:** Massachusetts, Connecticut, New York, Maryland, District of Columbia, Pennsylvania, Virginia, Ohio, Tennessee, Wisconsin

### NCT04008797

**PHASE 1/2**

A Study of E7386 in Combination With Other Anticancer Drug in Participants With Solid Tumor

**TARGETS**
CBP, Beta-catenin, FGFRs, RET, PDGFRA, VEGFRs, KIT

**LOCATIONS:** New York, Montreal (Canada), Toronto (Canada), Ohio, South Carolina, Tennessee, Florida

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*    © 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**CLINICAL TRIALS**

---

GENE
## KRAS

ALTERATION
G12D

**RATIONALE**

Preclinical and clinical evidence suggests that KRAS activating mutations may predict sensitivity to KRAS-targeted adoptive cell therapies, KRAS-targeted peptide vaccines, PLK1 inhibitors, as well as inhibitors of MAPK pathway components, including SOS1 inhibitors, SHP2 inhibitors, MEK inhibitors, and MEK-pan-RAF dual inhibitors. In addition, patients with KRAS G12 alterations may be sensitive to small-molecule inhibitors that target the G12 codon or specific G12 mutations. KRAS amplification may predict sensitivity to MEK and SHP2 inhibitors. The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

### NCT06447662 | PHASE 1

A Study to Learn About the Study Medicine PF-07934040 When Given Alone or With Other Anti-cancer Therapies in People With Advanced Solid Tumors That Have a Genetic Mutation.

**TARGETS**
KRAS, EGFR, VEGFA, PD-1

LOCATIONS: Rhode Island, Ohio, North Carolina, Michigan, Missouri

### NCT05538130 | PHASE 1

A Study to Learn About the Study Medicine Called PF-07799544 in People With Advanced Solid Tumors

**TARGETS**
MEK, MAPK1, MAPK3, BRAF

LOCATIONS: Massachusetts, New York, New Jersey, Montreal (Canada), Ottawa (Canada)

### NCT06835569 | PHASE 1

A Study to Learn About Study Medicine ALTA3263 in Adults With Advanced Solid Tumors With KRAS Mutations

**TARGETS**
KRAS

LOCATIONS: Massachusetts, New York, Virginia, Tennessee, Florida, Texas

### NCT05379985 | PHASE 1/2

Study of RMC-6236 in Patients With Advanced Solid Tumors Harboring Specific Mutations in RAS

**TARGETS**
KRAS

LOCATIONS: Massachusetts, New York, Maryland, Virginia, Ohio, Tennessee, Florida, Texas

### NCT06179160 | PHASE 1

A Study to Evaluate INCB161734 in Participants With Advanced or Metastatic Solid Tumors With KRAS G12D Mutation

**TARGETS**
EGFR, KRAS G12D, PD-1

LOCATIONS: Massachusetts, New York, New Jersey, Ottawa (Canada), Maryland, Toronto (Canada), Tennessee, Texas, Colorado, Arizona

### NCT06586515 | PHASE 1

MOONRAY-01, A Study of LY3962673 in Participants With KRAS G12D-Mutant Solid Tumors

**TARGETS**
KRAS, EGFR

LOCATIONS: Massachusetts, New York, Ottawa (Canada), District of Columbia, Toronto (Canada), Pennsylvania, Ohio, North Carolina, Michigan

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

 **FOUNDATIONONE®CDx**

| | PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|---|
| | Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**CLINICAL TRIALS**

---

## NCT06607185 — PHASE 1

A Study of the Pan-KRAS Inhibitor LY4066434 in Participants With KRAS Mutant Solid Tumors

**TARGETS**
KRAS, PD-1, EGFR

**LOCATIONS:** Massachusetts, Connecticut, New York, Virginia, Pennsylvania, Ohio, North Carolina, Michigan, Indiana

---

## NCT06619587 — PHASE 1

A Study to Evaluate Safety, Pharmacokinetics, and Activity of GDC-7035 as a Single Agent and in Combination in Patients With Advanced Solid Tumors

**TARGETS**
KRAS

**LOCATIONS:** Massachusetts, Connecticut, New York, Pennsylvania, Montreal (Canada), Toronto (Canada), Michigan, Illinois, Tennessee, Florida

---

## NCT06625775 — PHASE 1

Open-Label Study of BBO-10203 in Subjects With Advanced Solid Tumors

**TARGETS**
PI3K-alpha, ERBB2, CDK6, CDK4, ER

**LOCATIONS:** Massachusetts, New York, Indiana, Tennessee, Wisconsin, Missouri, Florida, Texas

---

## NCT07204340 — PHASE 1

TLN-372 in Advanced KRAS Mutant Solid Tumors

**TARGETS**
PD-1, KRAS, EGFR

**LOCATIONS:** Massachusetts, New York, Michigan, Tennessee, Perth (Australia)

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| | | |
|---|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) | REPORT DATE<br>16 Jan 2026 |

**CLINICAL TRIALS**

ORDERED TEST #   ORD-2261621-01

---

**GENE**
## *NRAS*
**ALTERATION**
wildtype

**RATIONALE**
The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

| **NCT06490536** | **PHASE 3** |
|---|---|
| The Sagittarius Trial | **TARGETS**<br>PD-1, CTLA-4, ERBB2, EGFR |

**LOCATIONS:** Santiago de Compostela (Spain), Santander (Spain), Madrid (Spain), Córdoba (Spain), Pamplona (Spain), Zaragoza (Spain), Valencia (Spain), Barcelona (Spain), Candiolo (Italy), Biella (Italy)

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



ORDERED TEST # ORD-2261621-01

**APPENDIX**   Information Provided as a Professional Service

**NOTE** One or more variants of unknown significance (VUS) were detected in this patient's tumor. These variants may not have been adequately characterized in the scientific literature at the time this report was issued, and/or the genomic context of these alterations makes their significance unclear. We choose to include them here in the event that they become clinically meaningful in the future.

**ATRX**
NM_000489.3: c.4134T>G
(p.D1378E)
chrX:76912130
49.5% VAF

**IGF1R**
NM_000875.3: c.1741G>A
(p.V581I)
chr15:99456424
52.5% VAF

**TET2**
NM_001127208.2: c.507T>G
(p.H169Q)
chr4:106155606
16.9% VAF

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**APPENDIX**   About FoundationOne®CDx

### INTENDED USE

FoundationOne®CDx (F1CDx) is a qualitative next generation sequencing based in vitro diagnostic test that uses targeted high throughput hybridization-based capture technology for detection of substitutions, insertion and deletion alterations (indels), and copy number alterations (CNAs) in 324 genes and select gene rearrangements, as well as genomic signatures including microsatellite instability (MSI) and tumor mutational burden (TMB) using DNA isolated from formalin-fixed, paraffin embedded (FFPE) tumor tissue specimens. The test is intended as a companion diagnostic to identify patients who may benefit from treatment with the targeted therapies listed in Table 1 in accordance with the approved therapeutic product labeling. Additionally, F1CDx is intended to provide tumor mutation profiling to be used by qualified health care professionals in accordance with professional guidelines in oncology for patients with solid malignant neoplasms. Genomic findings other than those listed in Table 1 are not prescriptive or conclusive for labeled use of any specific therapeutic product.

The F1CDx assay is performed at Foundation Medicine, Inc. sites located in Cambridge, MA and Morrisville, NC.

**TABLE 1: COMPANION DIAGNOSTIC INDICATIONS**

| TUMOR TYPE | BIOMARKER(S) DETECTED | THERAPY |
|---|---|---|
| Breast cancer | *AKT1* E17K;<br><br>*PIK3CA* R88Q, N345K, C420R, E542K, E545A, E545D, E545Q, E545K, E545G, Q546E, Q546K, Q546R, Q546P, M1043V, M1043I, H1047Y, H1047R, H1047L and G1049R;<br><br>and *PTEN* alterations | TRUQAP™ (capivasertib) in combination with FASLODEX® (fulvestrant) |
|  | *ERBB2* (HER2) amplification | HERCEPTIN® (trastuzumab) |
|  |  | KADCYLA® (ado-trastuzumab emtansine) |
|  |  | PERJETA® (pertuzumab) |
|  | *PIK3CA* C420R, E542K, E545A, E545D [1635G>T only], E545G, E545K, Q546E, Q546R, H1047L, H1047R, and H1047Y alterations | PIQRAY® (alpelisib) |
| Cholangiocarcinoma | *FGFR2* fusions and select rearrangements | PEMAZYRE® (pemigatinib) |
| Colorectal cancer | *KRAS* wild-type (absence of mutations in codons 12 and 13) | ERBITUX® (cetuximab) |
|  | *KRAS* wild-type (absence of mutations in exons 2, 3, and 4) and *NRAS* wild-type (absence of mutations in exons 2, 3, and 4) | VECTIBIX® (panitumumab) |
| Melanoma | *BRAF* V600 mutation-positive | TECENTRIQ® (atezolizumab) in combination with COTELLIC® (cobimetinib) and ZELBORAF® (vemurafenib) |
|  | *BRAF* V600E | BRAF Inhibitor Approved by FDA* |
|  | *BRAF* V600E and V600K | BRAF/MEK Inhibitor Combinations Approved by FDA* |
|  |  | MEKINIST® (trametinib) |
| Non-small cell lung cancer (NSCLC) | *ALK* rearrangements | ALECENSA® (alectinib) |
|  |  | ALUNBRIG® (brigatinib) |
|  |  | XALKORI® (crizotinib) |
|  |  | ZYKADIA® (ceritinib) |
|  | *BRAF* V600E | BRAFTOVI® (encorafenib) in combination with MEKTOVI® (binimetinib) |
|  |  | TAFINLAR® (dabrafenib) in combination with MEKINIST® (trametinib) |
|  | *EGFR* exon 19 deletions and *EGFR* exon 21 L858R alterations | EGFR Tyrosine Kinase Inhibitors (TKI) Approved by FDA* |
|  | *EGFR* exon 20 T790M alterations | TAGRISSO® (osimertinib) |
|  | *MET* single nucleotide variants (SNVs) and indels that lead to *MET* exon 14 skipping | TABRECTA® (capmatinib) |
|  | *ROS1* fusions | ROZLYTREK® (entrectinib) |
| Ovarian cancer | *BRCA1*, *BRCA2* alterations | LYNPARZA® (olaparib) |

**TABLE CONTINUED ON NEXT PAGE**

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

| APPENDIX | About FoundationOne®CDx |
|---|---|

ORDERED TEST #   ORD-2261621-01

**TABLE 1: COMPANION DIAGNOSTIC INDICATIONS CONTINUED**

| TUMOR TYPE | BIOMARKER(S) DETECTED | THERAPY |
|---|---|---|
| Pediatric low-grade glioma | *BRAF* V600 mutation-positive and *BRAF* fusions | OJEMDA™ (tovorafenib) |
| Prostate cancer | *BRCA1*, *BRCA2* alterations | AKEEGA® (niraparib + abiraterone acetate) |
| | | LYNPARZA® (olaparib) in combination with abiraterone |
| | Homologous Recombination Repair (*HRR*) gene (*BRCA1, BRCA2, ATM, BARD1, BRIP1, CDK12, CHEK1, CHEK2, FANCL, PALB2, RAD51B, RAD51C, RAD51D* and *RAD54L*) alterations | LYNPARZA® (olaparib) |
| Solid Tumors | *MSI*-High | KEYTRUDA® (pembrolizumab) |
| | *NTRK1/2/3* fusions | ROZLYTREK® (entrectinib) |
| | | VITRAKVI® (larotrectinib) |
| | *RET* fusions | RETEVMO® (selpercatinib) |
| | *TMB* ≥ 10 mutations per megabase | KEYTRUDA® (pembrolizumab) |

*For the most current information about the therapeutic products in this group, go to: https://www.fda.gov/medicaldevices/productsandmedicalprocedures/invitrodiagnostics/ucm301431.htm

**The median exon coverage for this sample is 2,669x**

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|---|
| | Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX** | About FoundationOne®CDx

## TEST PRINCIPLE

FoundationOne®CDx (F1CDx) is performed exclusively as a laboratory service using DNA extracted from formalin-fixed, paraffin-embedded (FFPE) tumor samples. The assay employs CoExtraction, an automated DNA/RNA co-extraction methodology for DNA extraction from routine FFPE biopsy or surgical resection specimens; 50-1000 ng of DNA will undergo whole-genome shotgun library construction and hybridization-based capture of all coding exons from 309 cancer-related genes, one promoter region, one non-coding (ncRNA), and select intronic regions from 34 commonly rearranged genes, 21 of which also include the coding exons (refer to Table 2 and Table 3 for the complete list of genes included in F1CDx). In total, the assay detects alterations in a total of 324 genes. Using the Illumina® NovaSeq 6000, hybrid capture-selected libraries are sequenced to high uniform depth (targeting >500X median coverage with >99% of exons at coverage >100X). Sequence data is then processed using a customized analysis pipeline designed to detect all classes of genomic alterations, including base substitutions, indels, copy number alterations (amplifications and homozygous gene deletions), and select genomic rearrangements (e.g., gene fusions). Rearrangements in one of the targeted genes included in Table 3 may be reported along with their uniquely identified genomic partners, which can be any gene in the genome even if not explicitly targeted by the assay. Additionally, genomic signatures including microsatellite instability (MSI) and tumor mutational burden (TMB) are reported.

## PERFORMANCE CHARACTERISTICS

Please refer to product label: foundationmedicine.com/f1cdx

## WARNINGS AND PRECAUTIONS

1. Alterations reported may include somatic (not inherited) or germline (inherited) alterations; however, the test does not distinguish between germline and somatic alterations. The test does not provide information about susceptibility.
2. Biopsy may pose a risk to the patient when archival tissue is not available for use with the assay. The patient's physician should determine whether the patient is a candidate for biopsy.
3. Reflex testing to an alternative FDA approved companion diagnostic should be performed for patients who have an ERBB2 amplification result detected with copy number equal to 4 (baseline ploidy of tumor +2) for confirmatory testing. While this result is considered negative by FoundationOne®CDx (F1CDx), in a clinical

concordance study with an FDA approved FISH test, 70% (7 out of 10 samples) were positive, and 30% (3 out 10 samples) were negative by the FISH test with an average ratio of 2.3. The frequency of ERBB2 copy number 4 in breast cancer is estimated to be approximately 2%. HER2 overexpression occurs in 18-20% of breast cancers (Owens et al. 2004 [PMID: 15140287]; Salmon et al. 1987 [PMID: 3798106]; Yaziji et al. 2004 [PMID: 15113815]). Based on the F1CDx HER2 CDx concordance study, approximately 10% of HER2 amplified samples had copy number 4. Thus, total frequency is conservatively estimated to be approximately 2%.

## LIMITATIONS

1. For *in vitro* diagnostic use.
2. For prescription use only. This test must be ordered by a qualified medical professional in accordance with clinical laboratory regulations.
3. A negative result does not rule out the presence of a mutation below the limits of detection of the assay.
4. Samples with <25% tumor may have decreased sensitivity for the detection of copy number alterations including *ERBB2*.
5. Clinical performance of Tagrisso® (osimertinib) in patients with an *EGFR* exon 20 T790M mutation detected with an allele fraction <5% is ongoing and has not been established.
6. Due to differences in variant calling between assays and technologies, the FoundationOne CDx assay may not identify and report approximately 16% (10/61) of copy number alterations and approximately 18% (3/17) of rearrangements.
7. Confirmatory testing using a clinically validated assay should be performed for all copy number alterations and rearrangements not associated with CDx claims noted in Table 1 of the Intended Use but used for clinical decision making.
8. For patients with solid tumors whose samples have MSI scores >0.0041 and <0.0124, an MSI "Cannot Be Determined" result is reported. Patients with this result should be retested with a validated orthogonal (alternative) method as these MSI scores represent a range of scores with low reliability. The likelihood of a patient receiving this result is ~3.29% within solid tumors.
9. Patients with solid tumors may also receive an MSI status reported as "Cannot Be Determined" due to a quality control (QC) failure. When all sample-level quality metrics are met, the rate of MSI "Cannot Be Determined" results due to a

QC failure is 8.96%. Patients with this result should consider re-testing with FoundationOne CDx or an orthogonal (alternative) method, if clinically appropriate.
10. TMB by F1CDx is determined by counting all synonymous and non-synonymous variants present at 5% allele frequency or greater (after filtering) and the total number is reported as mutations per megabase (mut/Mb) unit. Observed TMB is dependent on characteristics of the specific tumor focus tested for a patient (e.g., primary vs. metastatic, tumor content) and the testing platform used for the detection; therefore, observed TMB results may vary between different specimens for the same patient and between detection methodologies employed on the same sample. The TMB calculation may differ from TMB calculations used by other assays depending on variables such as the amount of genome interrogated, percentage of tumor, assay limit of detection (LoD), filtering of alterations included in the score, and the read depth and other bioinformatic test specifications. Refer to the SSED for a detailed description of these variables in FMI's TMB calculation https://www.accessdata.fda.gov/cdrh_docs/pdf17/P170019B.pdf. The clinical validity of TMB defined by this panel has been established for TMB as a qualitative output for a cut-off of 10 mutations per megabase but has not been established for TMB as a quantitative score.
11. Decisions on patient care and treatment must be based on the independent medical judgment of the treating physician, taking into consideration all applicable information concerning the patient's condition, such as patient and family history, physical examinations, information from other diagnostic tests, and patient preferences, in accordance with the standard of care in a given community.
12. The test is intended to be performed on specific serial number-controlled instruments by Foundation Medicine, Inc.
13. Alterations in polyT homopolymer runs may not be reliably detected in BRCA1/2.
14. Certain large rearrangements in BRCA1/2 including large scale genomic deletions (affecting at least one whole exon), insertions or other deleterious genomic rearrangements including inversions or transversion events, may not be detected in an estimated 5% of ovarian cancer patients with BRCA1/2 mutations by F1CDx.
15. Certain potentially deleterious missense or small in-frame deletions in BRCA1/2 may not

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX**   About FoundationOne®CDx

be reported under the "CDx associated findings" but may be reported in the "Other alterations and biomarkers identified" section in the patient report.

16. Alterations at allele frequencies below the established limit of detection may not be detected consistently.

17. While the overall positive percent agreement between trial enrollment assays and F1CDx was 84% (37/44), thirty percent (30%) (6/20) of patients enrolled in the VITRAKVI clinical studies using RNA-based NGS detection were negative for *NTRK* fusions by F1CDx. Four of the six patients (4/6 or 60%) that were negative for *NTRK* fusions by F1CDx had a response to larotrectinib. Therefore, F1CDx may miss a subset of patients with solid tumors with *NTRK1/2/3* fusions who may derive benefit from VITRAKVI.

18. *NTRK2* fusions per the F1CDx CDx biomarker rules for *NTRK1/2/3* fusions were not well-represented in analytical validation studies.

19. While the overall positive percent agreement between trial enrollment assays and F1CDx was 63.6% (21/33), 52.4% (11/21) of patients enrolled in the ROZLYTREK clinical studies using RNA-based NGS detection were negative for *NTRK* fusions by F1CDx. 36.4% (4/11) of the patients enrolled using RNA-based NGS detection that were negative for *NTRK* fusions by F1CDx had a response to ROZLYTREK.

20. While the overall positive percent agreement between trial enrollment assays and F1CDx was 73.9% (34/46), 30.3% (10/33) of patients enrolled in the ROZLYTREK clinical studies using RNA-based NGS detection were negative for *ROS1* fusions by F1CDx. 50% (5/10) of the patients enrolled using RNA-based NGS detection that were negative for *ROS1* fusions by F1CDx had a response to ROZLYTREK.

21. Due to differences in technology, F1CDx, FISH, and IHC may identify slightly different populations when detecting *ALK* rearrangements. 6.5% of negatives by F1CDx may be positive by both IHC and FISH. See Section 3.4 of the device label for more information.

22. Certain gene fusions, and rearrangements (RE) including but not limited to *BRCA1* RE, *BRCA2* RE, *CDK12* RE, and indels in *PALB2* were not adequately validated in the site-to-site reproducibility study and may not be detected consistently by FoundationOne CDx.

23. Due to technological differences in detection, patients who are negative by F1CDx for *RET* fusions may derive benefit from RETEVMO when determined to be positive by other test methods.

24. Rearrangement detection relies on the breakpoint of the targeted genes listed in Table 3. Rearrangements reported with genomic partners that consist of genes not targeted by the assay have not been validated by the assay.

25. Additional clinical investigation for *NTRK1/2/3* fusions determined to be negative by F1CDx is recommended for cancers with high *NTRK1/2/3* fusion rates (e.g., soft tissue infantile fibrosarcoma, kidney mesoblastic nephroma, salivary gland secretory carcinoma (MASC), breast secretory carcinoma) such that patients may not forgo a potentially effective therapy.

26. F1CDx may miss a subset of patients with solid tumors with *NTRK3* fusions due to the design of the test not fully covering the *NTRK3* gene and common fusion partners.

27. This assay did not detect 24.3% (9/37) of *BRAF* fusions in the clinical validation study supporting this indication. Reduced sensitivity to detect *BRAF* fusions in the clinical validation samples was attributed to sub-optimal quality metrics, including low tumor purity, observed across the whole sample population. Physicians who receive a negative report for *BRAF* fusions for patients with pediatric low-grade glioma should consider following up with another test such that patients may not forgo a potentially effective therapy.

28. The effect of hemoglobin interference has not been evaluated for the reporting of tumor mutational burden (TMB) with the FoundationOne®CDx assay.

**ASSAY CONFIGURATION SPECIFIC TO THIS ISSUED REPORT**

MR Suite Version (RG) 8.13.2
MR Reporting Config Version 85
Analysis Pipeline Version v3.44.0
Computational Biology Suite Version 7.1.1
Sequencer Type: NovaSeq 6000
Extraction Method: CoExtraction

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

**APPENDIX**    Genes assayed in FoundationOne®CDx

ORDERED TEST #    ORD-2261621-01

FoundationOne CDx is designed to include genes known to be somatically altered in human solid tumors that are validated targets for therapy, either approved or in clinical trials, and/or that are unambiguous drivers of oncogenesis based on current knowledge. The current assay interrogates 324 genes as well as introns of 36 genes involved in rearrangements. The assay will be updated periodically to reflect new knowledge about cancer biology.

## TABLE 2 | DNA GENE LIST: ENTIRE CODING SEQUENCE FOR THE DETECTION OF BASE SUBSTITUTIONS, INSERTION/DELETIONS, AND COPY NUMBER ALTERATIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ABL1 | ACVR1B | AKT1 | AKT2 | AKT3 | ALK | ALOX12B | AMER1 (FAM123B or WTX) |
| APC | AR | ARAF | ARFRP1 | ARID1A | ASXL1 | ATM | ATR | ATRX |
| AURKA | AURKB | AXIN1 | AXL | BAP1 | BARD1 | BCL2 | BCL2L1 | BCL2L2 |
| BCL6 | BCOR | BCORL1 | BRAF | BRCA1 | BRCA2 | BRD4 | BRIP1 | BTG1 |
| BTG2 | BTK | CALR | CARD11 | CASP8 | CBFB | CBL | CCND1 | CCND2 |
| CCND3 | CCNE1 | CD22 | CD274 (PD-L1) | CD70 | CD79A | CD79B | CDC73 | CDH1 |
| CDK12 | CDK4 | CDK6 | CDK8 | CDKN1A | CDKN1B | CDKN2A | CDKN2B | CDKN2C |
| CEBPA | CHEK1 | CHEK2 | CIC | CREBBP | CRKL | CSF1R | CSF3R | CTCF |
| CTNNA1 | CTNNB1 | CUL3 | CUL4A | CXCR4 | CYP17A1 | DAXX | DDR1 | DDR2 |
| DIS3 | DNMT3A | DOT1L | EED | EGFR | EMSY (C11orf30) | EP300 | EPHA3 | EPHB1 |
| EPHB4 | ERBB2 | ERBB3 | ERBB4 | ERCC4 | ERG | ERRFI1 | ESR1 | EZH2 |
| FANCA | FANCC | FANCG | FANCL | FAS | FBXW7 | FGF10 | FGF12 | FGF14 |
| FGF19 | FGF23 | FGF3 | FGF4 | FGF6 | FGFR1 | FGFR2 | FGFR3 | FGFR4 |
| FH | FLCN | FLT1 | FLT3 | FOXL2 | FUBP1 | GABRA6 | GATA3 | GATA4 |
| GATA6 | GID4 (C17orf39) | GNA11 | GNA13 | GNAQ | GNAS | GRM3 | GSK3B | H3-3A (H3F3A) |
| HDAC1 | HGF | HNF1A | HRAS | HSD3B1 | ID3 | IDH1 | IDH2 | IGF1R |
| IKBKE | IKZF1 | INPP4B | IRF2 | IRF4 | IRS2 | JAK1 | JAK2 | JAK3 |
| JUN | KDM5A | KDM5C | KDM6A | KDR | KEAP1 | KEL | KIT | KLHL6 |
| KMT2A (MLL) | KMT2D (MLL2) | KRAS | LTK | LYN | MAF | MAP2K1 (MEK1) | MAP2K2 (MEK2) | MAP2K4 |
| MAP3K1 | MAP3K13 | MAPK1 | MCL1 | MDM2 | MDM4 | MED12 | MEF2B | MEN1 |
| MERTK | MET | MITF | MKNK1 | MLH1 | MPL | MRE11 (MRE11A) | MSH2 | MSH3 |
| MSH6 | MST1R | MTAP | MTOR | MUTYH | MYC | MYCL (MYCL1) | MYCN | MYD88 |
| NBN | NF1 | NF2 | NFE2L2 | NFKBIA | NKX2-1 | NOTCH1 | NOTCH2 | NOTCH3 |
| NPM1 | NRAS | NSD2 (WHSC1 or MMSET) | NSD3 (WHSC1L1) | NT5C2 | NTRK1 | NTRK2 | NTRK3 |
| P2RY8 | PALB2 | PARP1 | PARP2 | PARP3 | PAX5 | PBRM1 | PDCD1 (PD-1) | PDCD1LG2 (PD-L2) |
| PDGFRA | PDGFRB | PDK1 | PIK3C2B | PIK3C2G | PIK3CA | PIK3CB | PIK3R1 | PIM1 |
| PMS2 | POLD1 | POLE | PPARG | PPP2R1A | PPP2R2A | PRDM1 | PRKAR1A | PRKCI |
| PRKN (PARK2) | PTCH1 | PTEN | PTPN11 | PTPRO | QKI | RAC1 | RAD21 | RAD51 |
| RAD51B | RAD51C | RAD51D | RAD52 | RAD54L | RAF1 | RARA | RB1 | RBM10 |
| REL | RET | RICTOR | RNF43 | ROS1 | RPTOR | SDHA | SDHB | SDHC |
| SDHD | SETD2 | SF3B1 | SGK1 | SMAD2 | SMAD4 | SMARCA4 | SMARCB1 | SMO |
| SNCAIP | SOCS1 | SOX2 | SOX9 | SPEN | SPOP | SRC | STAG2 | STAT3 |
| STK11 | SUFU | SYK | TBX3 | TEK | TENT5C (FAM46C) | TET2 | TGFBR2 |
| TIPARP | TNFAIP3 | TNFRSF14 | TP53 | TSC1 | TSC2 | TYRO3 | U2AF1 | VEGFA |
| VHL | WT1 | XPO1 | XRCC2 | ZNF217 | ZNF703 | | | |

## TABLE 3 | DNA GENE LIST: FOR THE DETECTION OF SELECT REARRANGEMENTS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALK | BCL2 | BCR | BRAF | BRCA1 | BRCA2 | CD74 | EGFR | ETV4 |
| ETV5 | ETV6 | EWSR1 | EZR | FGFR1 | FGFR2 | FGFR3 | KIT | KMT2A (MLL) |
| MSH2 | MYB | MYC | NOTCH2 | NTRK1 | NTRK2 | NUTM1 | PDGFRA | RAF1 |
| RARA | RET | ROS1 | RSPO2 | SDC4 | SLC34A2 | TERC** | TERT*** | TMPRSS2 |

**TERC is an NCRNA

***Promoter region of TERT is interrogated

## ADDITIONAL ASSAYS: FOR THE DETECTION OF SELECT CANCER BIOMARKERS

Microsatellite (MS) status
Tumor Mutational Burden (TMB)

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---------|-----------|-------------|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX**  Information Provided as a Professional Service

## QUALIFIED ALTERATION CALLS (EQUIVOCAL AND SUBCLONAL)

An alteration denoted as "amplification –equivocal" implies that the FoundationOne®CDx assay data provide some, but not unambiguous, evidence that the copy number of a gene exceeds the threshold for identifying copy number amplification. The threshold used in FoundationOne CDx for identifying a copy number amplification is four (4) for *ERBB2* and six (6) for all other genes. Conversely, an alteration denoted as "loss – equivocal" implies that the FoundationOne CDx assay data provide some, but not unambiguous, evidence for homozygous deletion of the gene in question. An alteration denoted as "subclonal" is one that the FoundationOne CDx analytical methodology has identified as being present in <10% of the assayed tumor DNA.

## PROFESSIONAL SERVICES FINDINGS

Incorporates analyses of peer-reviewed studies and other publicly available information identified by Foundation Medicine; these analyses and information may include associations between a molecular alteration (or lack of alteration) and one or more drugs with potential clinical benefit (or potential lack of clinical benefit), including drug candidates that are being studied in clinical research. Note: A finding of biomarker alteration does not necessarily indicate pharmacologic effectiveness (or lack thereof) of any drug or treatment regimen; a finding of no biomarker alteration does not necessarily indicate lack of pharmacologic effectiveness (or effectiveness) of any drug or treatment regimen.

## RANKING OF THERAPIES AND CLINICAL TRIALS

*Ranking of Therapies in Summary Table*
Therapies are ranked based on the following criteria: Therapies with clinical benefit (ranked alphabetically within each evidence category), followed by therapies associated with resistance (when applicable).

*Ranking of Clinical Trials*
Pediatric trial qualification → Geographical proximity → Later trial phase.

## NATIONAL COMPREHENSIVE CANCER NETWORK® (NCCN®) CATEGORIZATION

Biomarker and genomic findings detected may be associated with certain entries within the NCCN Drugs & Biologics Compendium® (NCCN Compendium®) (www.nccn.org). The NCCN Categories of Evidence and Consensus indicated reflect the highest possible category for a given

therapy in association with each biomarker or genomic finding. Please note, however, that the accuracy and applicability of these NCCN categories within a report may be impacted by the patient's clinical history, additional biomarker information, age, and/or co-occurring alterations. For additional information on the NCCN categories, please refer to the NCCN Compendium®. Referenced with permission from the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). © National Comprehensive Cancer Network, Inc. 2023. All rights reserved. To view the most recent and complete version of the guidelines, go online to NCCN.org. NCCN makes no warranties of any kind whatsoever regarding their content, use or application and disclaims any responsibility for their application or use in any way.

## LEVEL OF EVIDENCE NOT PROVIDED

Drugs with potential clinical benefit (or potential lack of clinical benefit) are not evaluated for source or level of published evidence.

## NO GUARANTEE OF CLINICAL BENEFIT

Foundation Medicine makes no promises or guarantees that a particular drug will be effective in the treatment of disease of any patient. This report also makes no promises or guarantees that a drug with potential lack of clinical benefit will in fact provide no clinical benefit.

## NO GUARANTEE OF REIMBURSEMENT

Foundation Medicine makes no promises or guarantees that a healthcare provider, insurer or other third party payor, whether private or governmental, will reimburse a patient for the cost of FoundationOne CDx.

## TREATMENT DECISIONS ARE RESPONSIBILITY OF PHYSICIAN

Drugs referenced may not be suitable for a particular patient. The selection of any, all or none of the drugs associated with potential clinical benefit (or potential lack of clinical benefit) resides with the physician. Indeed, the information in this Report must be considered in conjunction with all other relevant information regarding a particular patient, before the patient's treating physician recommends a course of treatment. Decisions on patient care and treatment must be based on the independent medical judgment of the treating physician, taking into consideration all applicable information concerning the patient's condition, such as patient and family history, physical examinations, information from other diagnostic tests, and patient preferences, in accordance with the standard of care in a given community. A treating physician's decisions should not be based

on a single test, such as this Test, or the information contained in this Report.

## REPORT HIGHLIGHTS

The Report Highlights includes select genomic and therapeutic information with potential impact on patient care and treatment that is specific to the genomics and tumor type of the sample analyzed. This section may highlight information including targeted therapies with potential sensitivity or resistance; evidence-matched clinical trials; and variants with potential diagnostic, prognostic, nontargeted treatment, germline, or clonal hematopoiesis implications. Information included in the Report Highlights is expected to evolve with advances in scientific and clinical research. Findings included in the Report Highlights should be considered in the context of all other information in this report and other relevant patient information. Decisions on patient care and treatment are the responsibility of the treating physician.

## HRD SIGNATURE

Homologous recombination deficiency (HRD) produces characteristic genome-wide changes that can be captured by analyzing segmented copy number (CN) profiles. HRD signature (HRDsig) is a biomarker developed and validated to classify HRD status in pan-cancer samples using hundreds of CN features detected by the FoundationOne CDx test. HRDsig may be reported as a laboratory professional service for any solid tumor sample. Samples with score ≥0.7 are reported as "HRDsig Positive" and samples with score <0.7 are reported as "HRDsig Negative." The HRDsig score is not an HRD accumulation or probability score, but rather a model score; it ranges from 0–1 and has a bimodal distribution, with most pan-cancer results falling between 0–0.2 or 0.8–1. The score is provided as additional information but has not been validated as a stand-alone biomarker to support clinical decision making and should be integrated with other patient-specific factors, including cancer type and other genomic findings; for more information about the score, please contact med.info@foundationmedicine.com. HRDsig is reported as "Cannot Be Determined" if the sample is not of sufficient quality to confidently determine CN features.

## MICROSATELLITE STATUS

Microsatellite Instability (MSI) results categorized as "MS-Stable" with median exon coverage <300X, "MS-Equivocal," or "Cannot Be Determined" should receive confirmatory testing using a validated orthogonal (alternative) method.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

| APPENDIX | Information Provided as a Professional Service |
|---|---|

ORDERED TEST # ORD-2261621-01

## TUMOR MUTATIONAL BURDEN

Tumor Mutational Burden (TMB) is determined by measuring the number of somatic mutations in sequenced genes on the FoundationOne CDx test and extrapolating to the genome as a whole. TMB is assayed for all FoundationOne CDx samples and is reported in Professional Services as the number of mutations per megabase (Muts/Mb) rounded to the nearest integer. Tumor Mutational Burden is reported as "Cannot Be Determined" if the sample is not of sufficient quality to confidently determine Tumor Mutational Burden.

## VARIANT ALLELE FREQUENCY

Variant Allele Frequency (VAF) represents the fraction of sequencing reads in which the variant is observed. This attribute is not taken into account for therapy inclusion, clinical trial matching, or interpretive content. Caution is recommended in interpreting VAF to indicate the potential germline or somatic origin of an alteration, recognizing that tumor fraction and tumor ploidy of samples may vary.

*Precision of VAF for base substitutions and indels*

| BASE SUBSTITUTIONS | %CV* |
|---|---|
| Repeatability | 5.11 - 10.40 |
| Reproducibility | 5.95 - 12.31 |

| INDELS | %CV* |
|---|---|
| Repeatability | 6.29 - 10.00 |
| Reproducibility | 7.33 - 11.71 |

*\*Interquartile Range = 1st Quartile to 3rd Quartile*

## VARIANTS TO CONSIDER FOR FOLLOW-UP GERMLINE TESTING

The variants indicated for consideration of follow-up germline testing are 1) limited to reportable short variants with a protein effect listed in the ClinVar genomic database (Landrum et al., 2018; 29165669) as Pathogenic, Pathogenic/Likely Pathogenic, or Likely Pathogenic (by an expert panel or multiple submitters), 2) associated with hereditary cancer-predisposing disorder(s), 3) detected at an allele frequency of >10%, and 4) in select genes informed by the ESMO Precision Medicine Working Group (Kuzbari et al., 2023; 36529447) and ASCO Guidelines (Tung et al., 2024; 38759122). The selected genes are *ATM, BAP1, BARD1, BRCA1, BRCA2, BRIP1, CHEK2, FH, FLCN, MLH1, MSH2, MSH6, MUTYH, PALB2, PMS2, POLD1, POLE, PTCH1, RAD51C, RAD51D, RET, SDHA, SDHB, SDHC, SDHD, SMARCB1, SUFU, TSC2,* and *VHL,* and are not inclusive of all cancer susceptibility genes. The content in this report should not substitute for genetic counseling or follow-up germline testing, which is needed to distinguish whether a finding in this patient's tumor sequencing is germline or somatic. Interpretation should be based on clinical context.

## VARIANTS THAT MAY REPRESENT CLONAL HEMATOPOIESIS

Variants that may represent clonal hematopoiesis (CH) are limited to select reportable short variants in defined genes identified in solid tumors only. Variant selection was determined based on gene tumor-suppressor or oncogene status, known role in solid tumors versus hematological malignancies, and literature prevalence. The defined genes are *ASXL1, CBL, DNMT3A, IDH2, JAK2, KMT2D (MLL2), MPL, MYD88, SF3B1, TET2,* and *U2AF1* and are not inclusive of all CH genes. The content in this report should not substitute for dedicated hematological workup. Comprehensive genomic profiling of solid tumors detects nontumor alterations that are due to CH. Patient-matched peripheral blood mononuclear cell sequencing is required to conclusively determine if this alteration is present in tumor or is secondary to CH. Interpretation should be based on clinical context.

*Genomic Findings with Evidence of Clinical Significance*
Genomic findings listed at Level 2 are associated with clinical significance. Clinical significance may be indicated by evidence of therapeutic sensitivity or resistance and/or diagnostic, prognostic or other clinically relevant implications. Included in this category will be findings associated with clinical validity as supported by professional guidelines and/or peer-reviewed publications.

*Genomic Findings with Potential Clinical Significance*
Genomic findings listed at Level 3 are cancer-related mutations and biomarkers with potential clinical significance. These include findings in genes known to be associated with cancer and are supported by evidence from publicly available databases, and/or peer-reviewed publications.

*A Fluid Approach to Reporting Levels* As additional information becomes available, as recognized by the clinical community (professional guidelines and/or peer-reviewed publications), findings may move between Levels 2 and 3 in accordance with the above descriptions.

## SELECT ABBREVIATIONS

| ABBREVIATION | DEFINITION |
|---|---|
| CR | Complete response |
| ctDNA | Circulating tumor DNA |
| DCR | Disease control rate |

| ABBREVIATION | DEFINITION |
|---|---|
| DFS | Disease-free survival |
| DOR | Duration of response |
| EFS | Event-free survival |
| ER | Estrogen receptor |
| HR +/- | Hormone-receptor positive/negative |
| ITD | Internal tandem duplication |
| MR | Molecular response |
| MMR | Mismatch repair |
| Muts/Mb | Mutations per megabase |
| NOS | Not otherwise specified |
| ORR | Objective response rate |
| OS | Overall survival |
| mOS | Median overall survival |
| PD | Progressive disease |
| PFS | Progression-free survival |
| mPFS | Median progression-free survival |
| PR | Partial response |
| PSA | Prostate-specific antigen |
| R/R | Relapsed or refractory |
| SD | Stable disease |
| TKI | Tyrosine kinase inhibitor |
| CRC | Colorectal cancer |
| HCC | Hepatocellular carcinoma |
| HNSCC | Head and neck squamous cell carcinoma |
| NSCLC | Non-small cell lung cancer |
| RCC | Renal cell carcinoma |
| SCC | Squamous cell carcinoma |

## REFERENCE SEQUENCE INFORMATION

Sequence data is mapped to the human genome, Genome Reference Consortium Human Build 37 (GRCh37), also known as hg19.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

FOUNDATION**ONE**®CDx

PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

REPORT DATE
16 Jan 2026

ORDERED TEST # ORD-2261621-01

**APPENDIX** References Associated with Professional Services Content

1. Lal N, et al. Oncoimmunology (2015) pmid: 25949894
2. Gatalica Z, et al. Cancer Epidemiol. Biomarkers Prev. (2014) pmid: 25392179
3. Kroemer G, et al. Oncoimmunology (2015) pmid: 26140250
4. Overman et al., 2016; ASCO Abstract 3501
5. Le DT, et al. N. Engl. J. Med. (2015) pmid: 26028255
6. Ayers et al., 2016; ASCO-SITC Abstract P60
7. Ciardiello et al., 2018; ESMO Abstract LBA-004
8. Parikh AR, et al. Nat Cancer (2021) pmid: 35122060
9. Fukuoka S, et al. J. Clin. Oncol. (2020) pmid: 32343640
10. Kim et al., 2020; DOI: 10.1016/j.annonc.2020.04.073
11. Zhang Y, et al. BMC Gastroenterol (2021) pmid: 34688262
12. Fakih et al., 2025; ASCO GI Abstract 23
13. Bullock AJ, et al. Nat Med (2024) pmid: 38871975
14. Kasi et al., 2024; ASCO GI Abstract 117
15. Sinicrope FA, et al. J. Clin. Oncol. (2013) pmid: 24019539
16. Gavin PG, et al. Clin. Cancer Res. (2012) pmid: 23045248
17. Bertagnolli MM, et al. J. Clin. Oncol. (2009) pmid: 19273709
18. Van Cutsem E, et al. J. Clin. Oncol. (2009) pmid: 19451425
19. Ribic CM, et al. N. Engl. J. Med. (2003) pmid: 12867608
20. Sargent DJ, et al. J. Clin. Oncol. (2010) pmid: 20498393
21. Fallik D, et al. Cancer Res. (2003) pmid: 14522894
22. Kocarnik JM, et al. Gastroenterol Rep (Oxf) (2015) pmid: 26337942
23. Pawlik TM, et al. Dis. Markers (2004) pmid: 15528785
24. Guastadisegni C, et al. Eur. J. Cancer (2010) pmid: 20627535
25. Histopathology (2007) pmid: 17204026
26. Nature (2012) pmid: 22810696
27. Samowitz WS, et al. Cancer Epidemiol. Biomarkers Prev. (2001) pmid: 11535541
28. Elsaleh H, et al. Clin Colorectal Cancer (2001) pmid: 12445368
29. Brueckl WM, et al. Anticancer Res. () pmid: 12820457
30. Guidoboni M, et al. Am. J. Pathol. (2001) pmid: 11438476
31. Gryfe R, et al. N. Engl. J. Med. (2000) pmid: 10631274
32. Sinicrope FA, et al. Gastroenterology (2006) pmid: 16952542
33. Laghi L, et al. Dig Dis (2012) pmid: 22722556
34. You JF, et al. Br. J. Cancer (2010) pmid: 21081928
35. Bairwa NK, et al. Methods Mol. Biol. (2014) pmid: 24623249
36. Boland CR, et al. Cancer Res. (1998) pmid: 9823339
37. Boland CR, et al. Gastroenterology (2010) pmid: 20420947
38. Triner et al., 2024; ASCO GU Abstract 186
39. Batalini F, et al. JCO Precis Oncol (2023) pmid: 37992259
40. Moore JA, et al. JCO Precis Oncol (2023) pmid: 37769224
41. Richardson DL, et al. Clin Cancer Res (2024) pmid: 39078736
42. Chen KT, et al. Oncologist (2023) pmid: 37354528
43. Richardson et al., 2023; ASCO Abstract 5583
44. Legrand et al., 2018; ASCO Abstract 12000
45. Samstein RM, et al. Nat. Genet. (2019) pmid: 30643254
46. Goodman AM, et al. Mol. Cancer Ther. (2017) pmid: 28835386
47. Goodman AM, et al. Cancer Immunol Res (2019) pmid: 31405947
48. Marabelle et al., 2019; ESMO Abstract 11920
49. Cristescu R, et al. Science (2018) pmid: 30309915
50. Hodi et al., 2019; AACR abstract CT037
51. Lee et al., 2019; ASCO Abstract 641
52. Rizvi et al., 2017; WCLC Abstract 1106
53. Ready N, et al. J. Clin. Oncol. (2019) pmid: 30785829
54. Hellmann MD, et al. N. Engl. J. Med. (2018) pmid: 29658845
55. Hellmann MD, et al. Cancer Cell (2018) pmid: 29657128
56. Hellmann MD, et al. Cancer Cell (2018) pmid: 29731394
57. Rozeman EA, et al. Nat Med (2021) pmid: 33558721
58. Sharma P, et al. Cancer Cell (2020) pmid: 32916128
59. Fabrizio DA, et al. J Gastrointest Oncol (2018) pmid: 30151257
60. Gandara DR, et al. J Immunother Cancer (2025) pmid: 39915003
61. George et al., 2016; ASCO Abstract 3587
62. Nagahashi et al., 2016; ASCO Abstract e15103
63. Stadler ZK, et al. J. Clin. Oncol. (2016) pmid: 27022117
64. Shao C, et al. JAMA Netw Open (2020) pmid: 33119110
65. Schwartz et al., 2018; ASCO Abstract 572
66. Innocenti F, et al. J Clin Oncol (2019) pmid: 30865548
67. Lee DW, et al. Clin Cancer Res (2019) pmid: 31285374
68. Randon G, et al. Eur J Cancer (2022) pmid: 34933155
69. Loree et al., 2021; ASCO GI Abstract 61
70. Chen EX, et al. JAMA Oncol (2020) pmid: 32379280
71. Pfeifer GP, et al. Mutat. Res. (2005) pmid: 15748635
72. Hill VK, et al. Annu Rev Genomics Hum Genet (2013) pmid: 23875803
73. Pfeifer GP, et al. Oncogene (2002) pmid: 12379884
74. Rizvi NA, et al. Science (2015) pmid: 25765070
75. Johnson BE, et al. Science (2014) pmid: 24336570
76. Choi S, et al. Neuro-oncology (2018) pmid: 29452419
77. Cancer Genome Atlas Research Network, et al. Nature (2013) pmid: 23636398
78. Briggs S, et al. J. Pathol. (2013) pmid: 23447401
79. Heitzer E, et al. Curr. Opin. Genet. Dev. (2014) pmid: 24583393
80. Roberts SA, et al. Nat. Rev. Cancer (2014) pmid: 25568919
81. Marabelle A, et al. Lancet Oncol. (2020) pmid: 32919526
82. Garrido-Laguna et al., 2025; ASCO Abstract 722
83. Luo et al., 2025; AACR Abstract LB218
84. Spira et al., 2023; AACR-NCI-EORTC Abstract PR010
85. Wolpin et al., 2024; AACR-NCI-EORTC Abstract 514LBA
86. Jiang J, et al. Cancer Discov (2024) pmid: 38593348
87. Devoe et al., 2024; ASCO Abstract 2636
88. Palmer DH, et al. Br J Cancer (2020) pmid: 32063605
89. Wedén S, et al. Int J Cancer (2011) pmid: 20473937
90. Toubaji A, et al. Cancer Immunol Immunother (2008) pmid: 18297281
91. Pant S, et al. Nat Med (2024) pmid: 38195752
92. Gjertsen MK, et al. Int J Cancer (2001) pmid: 11291084
93. Haldar et al., 2023; AACR Abstract CT036
94. Wang et al., 2025; AACR Abstract CT264
95. Park et al., 2024; ESMO Abstract 608O
96. Nagashima et al., 2023; AACR Abstract 5735
97. Xiong et al., 2025; ESMO Abstract 915O
98. Zhou C, et al. Cancer Cell (2024) pmid: 38942026
99. Jiang et al., 2023; AACR Abstract 526
100. Spira et al., 2025; ASCO GI Abstract 724
101. Lu et al., 2025; WCLC Abstract MA02.07
102. Ai et al., 2025; ASCO Abstract 3013
103. Desai et al., 2025; ESMO Abstract 916O
104. Morelli et al., 2023; ASCO Abstract 2547
105. Leidner R, et al. N Engl J Med (2022) pmid: 35648703
106. Tran E, et al. N Engl J Med (2016) pmid: 27959684
107. Wang QJ, et al. Cancer Immunol Res (2016) pmid: 26701267
108. Choi J, et al. Cell Rep Methods (2021) pmid: 35474673
109. Gadgeel et al., 2019; ASCO Abstract 9021
110. Weekes CD, et al. Clin. Cancer Res. (2013) pmid: 23434733
111. Blumenschein GR, et al. Ann. Oncol. (2015) pmid: 25722381
112. Leijen S, et al. Clin. Cancer Res. (2012) pmid: 22767668
113. Zimmer L, et al. Clin. Cancer Res. (2014) pmid: 24947927
114. Jänne PA, et al. JAMA (2017) pmid: 28492898
115. Infante JR, et al. Lancet Oncol. (2012) pmid: 22805291
116. Shapiro et al., 2017; AACR Abstract CT046
117. Shapiro et al., 2024; AACR Abstract SY20
118. Tolcher et al., 2025; AACR Abstract CT268
119. Guo C, et al. Lancet Oncol (2020) pmid: 33128873
120. Krebs et al., 2021; AACR Abstract CT019
121. Shinde et al., 2020; AACR Abstract CT143
122. Grisham et al., 2025; SGO Abstract 19
123. Grisham et al., 2025; SGO Abstract 47
124. Haling et al., 2022; AACR Abstract ND02
125. Hofmann et al., 2022; AACR Abstract 3255
126. Norgard et al., 2022; AACR Tumor Immunology and Immunotherapy Abstract B23
127. Savarese et al., 2021; AACR Abstract 1271
128. Hofmann MH, et al. Cancer Discov (2021) pmid: 32816843
129. He H, et al. J Med Chem (2022) pmid: 36173339
130. Zhang S, et al. J Med Chem (2022) pmid: 36384290
131. Liu M, et al. ACS Med Chem Lett (2023) pmid: 36793426
132. Ramharter J, et al. J Med Chem (2021) pmid: 33719426
133. Ketcham JM, et al. J Med Chem (2022) pmid: 35833726
134. Plangger A, et al. Discov Oncol (2022) pmid: 36048281
135. Ma Y, et al. Cancers (Basel) (2022) pmid: 36139627
136. Bendell et al., 2020; EORTC-NCI-AACR Abstract 5
137. Brana et al., 2021; ASCO Abstract 3005
138. Koczywas et al., 2021; AACR Abstract LB001
139. McKean et al., 2023; AACR Abstract CT184
140. Negrao et al., 2023; WCLC Abstract MA06.03
141. Lu H, et al. Mol Cancer Ther (2019) pmid: 31068384
142. Mainardi S, et al. Nat Med (2018) pmid: 29808006
143. Ahn DH, et al. J Clin Oncol (2024) pmid: 39475591
144. Van Cutsem E, et al. J. Clin. Oncol. (2011) pmid: 21502544
145. Bokemeyer C, et al. Ann. Oncol. (2011) pmid: 21228335
146. Karapetis CS, et al. N. Engl. J. Med. (2008) pmid: 18946061
147. De Roock W, et al. Ann. Oncol. (2008) pmid: 17998284
148. Douillard JY, et al. Ann. Oncol. (2014) pmid: 24718886
149. Douillard JY, et al. N. Engl. J. Med. (2013) pmid: 24024839
150. Amado RG, et al. J. Clin. Oncol. (2008) pmid: 18316791
151. van de Haar J, et al. Nat Med (2023) pmid: 36864254
152. Lièvre A, et al. Cancer Res. (2006) pmid: 16618717
153. De Roock W, et al. Lancet Oncol. (2011) pmid: 21163703
154. Chen J, et al. BMC Cancer (2018) pmid: 25367198
155. Li W, et al. BMC Cancer (2015) pmid: 25929517
156. Hu J, et al. Medicine (Baltimore) (2016) pmid: 27977612
157. Zekri J, et al. Genet. Mol. Res. (2017) pmid: 28218784
158. Staudacher JJ, et al. Clin Transl Gastroenterol (2017) pmid: 29048416

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX** References Associated with Professional Services Content

159. Wang Y, et al. Virchows Arch. (2018) pmid: 29705968
160. Guo F, et al. Sci Rep (2018) pmid: 29666387
161. Mármol I, et al. Int J Mol Sci (2017) pmid: 28106826
162. Kwak MS, et al. Medicine (Baltimore) (2017) pmid: 28858102
163. Pylayeva-Gupta Y, et al. Nat. Rev. Cancer (2011) pmid: 21993244
164. Kahn S, et al. Anticancer Res. () pmid: 3310850
165. Akagi K, et al. Biochem. Biophys. Res. Commun. (2007) pmid: 17150185
166. Bollag G, et al. J. Biol. Chem. (1996) pmid: 8955068
167. Buhrman G, et al. Proc. Natl. Acad. Sci. U.S.A. (2010) pmid: 20194776
168. Sci. STKE (2004) pmid: 15367757
169. Edkins S, et al. Cancer Biol. Ther. (2006) pmid: 16969076
170. Feig LA, et al. Mol. Cell. Biol. (1988) pmid: 3043178
171. Gremer L, et al. Hum. Mutat. (2011) pmid: 20949621
172. Janakiraman M, et al. Cancer Res. (2010) pmid: 20570890
173. Kim E, et al. Cancer Discov (2016) pmid: 27147599
174. Lukman S, et al. PLoS Comput. Biol. (2010) pmid: 20838576
175. Naguib A, et al. J Mol Signal (2011) pmid: 21371307
176. Prior IA, et al. Cancer Res. (2012) pmid: 22589270
177. Privé GG, et al. Proc. Natl. Acad. Sci. U.S.A. (1992) pmid: 1565661
178. Scheffzek K, et al. Science (1997) pmid: 9219684
179. Scholl C, et al. Cell (2009) pmid: 19490892
180. Smith G, et al. Br. J. Cancer (2010) pmid: 20147967
181. Tyner JW, et al. Blood (2009) pmid: 19075190
182. Valencia A, et al. Biochemistry (1991) pmid: 2029511
183. White Y, et al. Nat Commun (2016) pmid: 26854029
184. Wiest JS, et al. Oncogene (1994) pmid: 8058307
185. Angeles AKJ, et al. Oncol Lett (2019) pmid: 31289513
186. Tong JH, et al. Cancer Biol. Ther. (2014) pmid: 24642870
187. Loree JM, et al. Clin Cancer Res (2021) pmid: 34117033
188. Pentheroudakis G, et al. BMC Cancer (2013) pmid: 23374602
189. Vaughn CP, et al. Genes Chromosomes Cancer (2011) pmid: 21305640
190. Janku F, et al. Target Oncol (2013) pmid: 23400451
191. De Roock W, et al. Lancet Oncol. (2010) pmid: 20619739
192. Irahara N, et al. Diagn. Mol. Pathol. (2010) pmid: 20736745
193. Schirripa M, et al. Int. J. Cancer (2015) pmid: 24806288
194. Cercek A, et al. Clin. Cancer Res. (2017) pmid: 28446505
195. Zhan T, et al. Oncogene (2017) pmid: 27617575
196. Jung YS, et al. Exp Mol Med (2020) pmid: 32037398
197. Krishnamurthy N, et al. Cancer Treat Rev (2018) pmid: 29169144
198. Kawazoe et al., 2021; ESMO Abstract 473P
199. Yamada K, et al. Cancer Res (2021) pmid: 33408116
200. Kanda Y, et al. Biochem Biophys Res Commun (2022) pmid: 34837838
201. Gounder M, et al. N Engl J Med (2023) pmid: 36884323
202. Kummar S, et al. J Clin Oncol (2017) pmid: 28350521

203. Chan D, et al. Curr Oncol (2021) pmid: 34590610
204. Ohnmacht AJ, et al. Nat Commun (2023) pmid: 37666855
205. Nunes L, et al. Nature (2024) pmid: 39112715
206. Christie M, et al. Oncogene (2013) pmid: 23085758
207. Wang C, et al. Oncologist (2021) pmid: 33230914
208. Logan CY, et al. Annu. Rev. Cell Dev. Biol. (2004) pmid: 15473860
209. Eklof Spink K, et al. EMBO J. (2001) pmid: 11707392
210. Liu J, et al. J. Mol. Biol. (2006) pmid: 16753179
211. Dikovskaya D, et al. J. Cell. Sci. (2010) pmid: 20144988
212. Murphy SJ, et al. Dig. Dis. Sci. (2007) pmid: 17410430
213. Aretz S, et al. Hum. Mutat. (2004) pmid: 15459959
214. Landrum MJ, et al. Nucleic Acids Res. (2018) pmid: 29165669
215. Kerr SE, et al. J Mol Diagn (2013) pmid: 23159591
216. Annu Rev Pathol (2011) pmid: 21090969
217. Kastritis E, et al. Int. J. Cancer (2009) pmid: 18844223
218. Half E, et al. Orphanet J Rare Dis (2009) pmid: 19822006
219. Hirai H, et al. Cancer Biol. Ther. (2010) pmid: 20107315
220. Bridges KA, et al. Clin. Cancer Res. (2011) pmid: 21799033
221. Rajeshkumar NV, et al. Clin. Cancer Res. (2011) pmid: 21389100
222. Osman AA, et al. Mol. Cancer Ther. (2015) pmid: 25504633
223. Leung et al., 2021; ASCO Abstract 4139
224. Xu L, et al. Mol. Cancer Ther. (2002) pmid: 12489850
225. Xu L, et al. Mol. Med. (2001) pmid: 11713371
226. Camp ER, et al. Cancer Gene Ther. (2013) pmid: 23470564
227. Kim SS, et al. Nanomedicine (2015) pmid: 25240597
228. Pirollo KF, et al. Mol. Ther. (2016) pmid: 27357628
229. Leijen S, et al. J. Clin. Oncol. (2016) pmid: 27601554
230. Moore et al., 2019; ASCO Abstract 5513
231. Embaby A, et al. Gynecol Oncol (2023) pmid: 37236033
232. Oza et al., 2015; ASCO Abstract 5506
233. Lee J, et al. Cancer Discov (2019) pmid: 31315834
234. Méndez E, et al. Clin. Cancer Res. (2018) pmid: 29535125
235. Seligmann JF, et al. J Clin Oncol (2021) pmid: 34538072
236. Gourley et al., 2016; ASCO Abstract 5571
237. Park H, et al. ESMO Open (2022) pmid: 36084396
238. Fong et al., 2022; ASCO GI Abstract 57
239. Han SW, et al. PLoS ONE (2013) pmid: 23700467
240. Peeters M, et al. Clin. Cancer Res. (2013) pmid: 23325582
241. Malhotra P, et al. Tumour Biol. (2013) pmid: 23526092
242. Di Bartolomeo M, et al. Target Oncol (2014) pmid: 23821376
243. Goh HS, et al. Cancer Res. (1995) pmid: 7585578
244. Berg M, et al. PLoS ONE (2010) pmid: 21103049
245. Wangefjord S, et al. Diagn Pathol (2013) pmid: 23337059
246. Russo A, et al. J. Clin. Oncol. (2005) pmid: 16172461
247. Brown CJ, et al. Nat. Rev. Cancer (2009) pmid: 19935675
248. Joerger AC, et al. Annu. Rev. Biochem. (2008) pmid: 18410249

249. Kato S, et al. Proc. Natl. Acad. Sci. U.S.A. (2003) pmid: 12826609
250. Kamada R, et al. J. Biol. Chem. (2011) pmid: 20978130
251. Zerdoumi Y, et al. Hum. Mol. Genet. (2017) pmid: 28472496
252. Yamada H, et al. Carcinogenesis (2007) pmid: 17690113
253. Bougeard G, et al. J. Clin. Oncol. (2015) pmid: 26014290
254. Sorrell AD, et al. Mol Diagn Ther (2013) pmid: 23355100
255. Nichols KE, et al. Cancer Epidemiol. Biomarkers Prev. (2001) pmid: 11219776
256. Kleihues P, et al. Am. J. Pathol. (1997) pmid: 9006316
257. Gonzalez KD, et al. J. Clin. Oncol. (2009) pmid: 19204208
258. Lalloo F, et al. Lancet (2003) pmid: 12672316
259. Mandelker D, et al. Ann. Oncol. (2019) pmid: 31050713
260. Jaiswal S, et al. N. Engl. J. Med. (2014) pmid: 25426837
261. Genovese G, et al. N. Engl. J. Med. (2014) pmid: 25426838
262. Xie M, et al. Nat. Med. (2014) pmid: 25326804
263. Acuna-Hidalgo R, et al. Am. J. Hum. Genet. (2017) pmid: 28669404
264. Severson EA, et al. Blood (2018) pmid: 29678827
265. Fuster JJ, et al. Circ. Res. (2018) pmid: 29420212
266. Hematology Am Soc Hematol Educ Program (2018) pmid: 30504320
267. Chabon JJ, et al. Nature (2020) pmid: 32269342
268. Razavi P, et al. Nat. Med. (2019) pmid: 31768066
269. Cunningham D, et al. N. Engl. J. Med. (2004) pmid: 15269313
270. Jonker DJ, et al. N. Engl. J. Med. (2007) pmid: 18003960
271. Papamichael D, et al. Eur J Cancer (2022) pmid: 35033994
272. Karapetis CS, et al. Clin. Cancer Res. (2014) pmid: 24218517
273. Chibaudel et al., 2022; ASCO Abstract 3504
274. Moiseyenko VM, et al. Clin Drug Investig (2018) pmid: 29470838
275. Stein A, et al. J Immunother Cancer (2021) pmid: 34315821
276. Kang S, et al. J Cancer Res Clin Oncol (2023) pmid: 37031435
277. Price TJ, et al. Lancet Oncol. (2014) pmid: 24739896
278. Sakai D, et al. Eur J Cancer (2020) pmid: 32526634
279. Ciardiello D, et al. JAMA Netw Open (2024) pmid: 38592721
280. Van Cutsem E, et al. J. Clin. Oncol. (2007) pmid: 17470858
281. Peeters M, et al. Clin. Cancer Res. (2015) pmid: 26341920
282. Watanabe J, et al. Int J Cancer (2022) pmid: 35723084
283. Kim TW, et al. Clin Colorectal Cancer (2018) pmid: 29703606
284. Shitara K, et al. Cancer Sci (2016) pmid: 27712015
285. Watanabe J, et al. JAMA (2023) pmid: 37071094
286. Pietrantonio F, et al. JAMA Oncol (2019) pmid: 31268481

287. Modest et al., 2024; ASCO Abstract 3506

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

Name: Binjing Chen | DOB: 11/19/1978 | MRN: 6472049 | PCP: Provider Unknown, MD | Legal Name: Binjing Chen

# Office Visit - Dec 03, 2025

with Thomas E. Cataldo, MD at BIDMC Rectal Cancer Clinic (Surgical Specialties)

## Notes from Care Team

### Daily Progress Notes

Darian Hoagland, MD at 12/3/2025  2:30 PM

Attestation signed by Thomas E. Cataldo, MD at 12/8/2025  9:30 AM

I saw and evaluated the patient.  Plan of care reviewed with the resident(s). I agree with the findings and the plan of care as documented in the resident(s) note.

From a colorectal surgical point of view she has a fairly straightforward sigmoid colon cancer.  We reviewed with her the indications risk benefits and potential outcomes of the laparoscopic sigmoid resection and she has agreed to proceed.  She will be given detailed perioperative instructions.

We plan for her to have a transbronchial biopsy of the thoracic mass prior to surgery.  However, looking at the images I think it is highly unlikely that this represents metastatic disease to the chest.  If it were then this might change her operative plan.

I will keep you updated as to any progress or changes from my point of view.  Thank you for allowing me to participate in your patient's care

Yours sincerely,
Thomas E Cataldo, MD FACS FASCRS
This note was written using voice recognition software
please excuse any typographical, or language errors.

https://www.bidmc.org/centers-and-departments/colon-and-rectal-surgery
330 Brookline Avenue, 3rd Floor
Boston, MA 02215
CRS@bidmc.harvard.edu
Phone: 617-667-4159
Fax: 617-667-2978

**Colon and Rectal Surgery Clinic H&P**

**Date of Service:** 12/3/2025

**Patient:** Binjing Chen
**DOB:** 11/19/1978
**MRN#:** 6472049

**HPI - History of Present Illness:**
Binjing Chen is a 47 y.o. female found to have descending colon cancer on screening colonoscopy here to establish care.

On 11/21/25, she underwent EGD for dyspepsia eval and screening colonoscopy, at which time a mass was seen 30cm from anal verge (tattooed distally) and a 10mm sigmoid polyp was resected. Pathology of the descending colon mass revealed invasive moderately differentiated adenocarcinoma with LVI. Staging workup revealed small pulmonary nodules consistent with prior granulomatous disease and 3.5cm LUL intrabronchial soft tissue mass for which she is scheduled to see Interventional Pulmonology for evaluation. CT also with 7mm mesenteric lymph node adjacent to the likely area of mass but otherwise no signs of metastatic disease.

History obtained with assistance of telephone Mandarin interpreter.Today, she is here with her husband and reports she is here to understand her diagnosis and next steps. Reports she underwent EGD due to bloating for about one month and had one episode of upper abdominal pain in this time. Had some low appetite briefly but this has improved, and also had some weight loss at that time that she has recovered. Has had trouble sleeping as well. Regarding BM, denies hematochezia or melena; endorses constipation (daily BM but requires straining).


**HISTORY:**
**Problem List**
There is no problem list on file for this patient.
Thyroid nodule, cervical lymph node

**Past Surgical History**
Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • LYMPH NODE BIOPSY | | 1/8/2021 |
| *US BIOPSY SUPERFICIAL LYMPH NODE W1 BIDMC HISTORICAL ENC* | | |
| • EGD | | 11/21/2025 |
| *EGD Judy Nee, MD BIDMC ST3 ENDOSCOPY* | | |
| • COLONOSCOPY | | 11/21/2025 |
| *COLONOSCOPY 11/21/2025 Judy Nee, MD BIDMC ST3 ENDOSCOPY* | | |

Denies abdominal surgery

**Family History**
No family history on file.
Denies FH of colorectal or other cancers.

**Social History**
Social History
Socioeconomic History
• Marital status:          Married
Tobacco Use
• Smoking status:        Never
• Smokeless tobacco:   Never
Substance and Sexual Activity

- Alcohol use:          Never
- Drug use:             Never

Lives with her husband and 25yo son. Does not work outside of the home. Denies tobacco, etoh, drugs.

**PHYSICAL EXAM:**

**Current Vitals:**
Temp: 98.1 °F (36.7 °C)
Heart Rate: 90
BP: 94/62
SpO2: 99 %

General: no acute distress, awake and alert
CV: RRR
Resp: unlabored breathing on room air
Abd: soft, nondistended, nontender to palpation, no rebound or guarding, no surgical scars
Extremities: WWP, no edema bilaterally

**IMAGING**
<u>CT chest 11/28/25</u>
IMPRESSION:
There is an intrabronchial lobular soft tissue mass within the proximal aspect of the lingular bronchus of the left upper lobe bronchus measuring at least 3.5 cm x  2.2 cm, extending into the lingular branch of the left upper lobe bronchus and resulting in partial atelectasis of the lateral aspect of the lingula.
Two solid pulmonary nodules measuring up to 3 mm in the right lower lobe.
Numerous calcified nodules measuring up to 4 mm in the left lung apex and several nonenlarged calcified mediastinal and right hilar lymph nodes, findings compatible with prior granulomatous disease.

<u>CT A/P 11/28/25</u>
IMPRESSION:
*Focal circumferential wall thickening of the distal descending colon likely corresponding to the lesion found on recent colonoscopy.  An adjacent 7 mm mesenteric lymph node medial to the lesion.  No additional lymphadenopathy
*No other findings to suggest metastasis in the abdomen or pelvis.
*The uterus is mildly enlarged and lobulated, likely reflecting a fibroid uterus.
*Incidental note made of a 2 mm nonobstructing stone in the lower pole of the right kidney.

<u>Colonoscopy 11/21/25</u>
Impression
- Single mass in the descending colon 30 cm from the anal verge; bleeding occurred after intervention; performed cold forceps biopsy with partial removal and retrieved specimen; tattooed distal to the finding
- One 10 mm polyp in the sigmoid colon; performed hot snare removal
- Normal.

Component
Final Diagnosis

   Gastrointestinal mucosal samples, four:

A. Duodenum, biopsy: Within normal limits.

B. Stomach, biopsy:
- Corpus mucosa (confirmed by absent gastrin (+) cells on immunohistochemistry) showing chronic mildly active gastritis with virtual complete loss of oxyntic glands, consistent with chronic active atrophic gastritis; immunohistochemical stain for chromogranin showing patchy linear hyperplasia of enterochromaffin-like cells .
- Antral mucosa (confirmed by presence of gastrin (+) cells on immunohistochemistry) showing mild chronic inactive gastritis.
- Immunohistochemical stain for H. pylori negative for organisms with satisfactory control.

C. Descending colon mass at 30 cm, biopsy: Superficial fragments of invasive moderately differentiated adenocarcinoma with focus suspicious for lymphatic vascular invasion (LVI); additional levels examined. See note.

Immunohistochemistry for DNA mismatch repair proteins shows intact staining for MLH1, MSH2, MSH6, and PMS2 in the tumor cells; internal controls are adequate
D. Sigmoid colon, polypectomy: Tubular adenoma; evaluated cauterized tissue edge free of adenoma

**Assessment/Plan:**
Binjing Chen is a 47 y.o. female with newly diagnosed sigmoid colon adenocarcinoma, MMR intact. No hepatic mets seen, but peribronchial mass (though atypical in appearance for CRC met) needs evaluation to rule out lung metastasis. Otherwise will plan for operation resection once staging workup is complete.

We had an extensive discussion with the patient and her husband regarding her diagnosis, the remaining workup, and the treatment plan. We discussed that surgical resection is the main treatment for non-metastatic colon cancer. We discussed the risks of the operation and their questions were answered to their satisfaction.

[] Interventional Pulmonology referral for evaluation and possible biopsy of peribronchial mass to rule out malignancy
[] Plan for laparoscopic sigmoid colectomy after results of IP biopsy
[] CEA prior to operation

Darian L. Hoagland MD
General Surgery Resident PGY4

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Case 1:26-cv-02402-AMD    Document 1-2    Filed 04/21/26    Page 74 of 198 PageID #: 90

Name: Binjing Chen | DOB: 11/19/1978 | MRN: 6472049 | PCP: Provider Unknown, MD | Legal Name: Binjing Chen



BIDMC EAST OR
330 BROOKLINE AVENUE, 3RD FLOOR
BOSTON MA 02215
Dept Phone: 617-667-7000
Dept Fax: 555-555-5555

12/22/25                          Patient: Binjing Chen

Date of Birth: 11/19/1978

To Whom It May Concern:

Binjing Chen underwent surgery today for metastatic colon cancer.
She is going to be recovering from surgery for more than the next 2 weeks.  She also is going to be started on chemotherapy within the next few weeks.  She is going to need significant additional help at home by her daughter and other family members.

Her daughter is going to need to be away from work for at least 2 weeks if not longer caring for her mother.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Thomas E. Cataldo, MD

CC: No Recipients

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

# EXHIBIT B

Steven Jiang

25 Alberta Ave

Staten Island, NY 10314

(+1)612-860-1193

jiangsteven1@gmail.com

12/26/2025

**Dear Immigration Officer,**

My name is Steven Jiang, and I am writing to respectfully request the stay and release of my father, Li Xiang Jiang, in the United States. My father has been an essential part of my life and our family, which consists of my mother, Bin Jing Chen; my sister, Hefi Jiang; and me.

My father has always been a hardworking man who provided a roof over our heads and food on our table. My sister and I firmly believe that he is the foundation of who we are today. He supported us through college without causing any financial burden, allowing us to focus on building our careers in the financial field without significant obstacles.

I believe that my father's detention was a mistake. I have filed an immigration petition on his behalf, and the application (Form I-130) was approved by USCIS earlier this year. This approval indicates that my father is currently in the process of applying for lawful permanent residency, and that his green card application will eventually be approved whether he is inside or outside of the United States. Under these circumstances, detaining him is a waste of resources, time, and space.

My father has lived quietly in the United States for more than 25 years, has no prior criminal record, and has worked diligently to support our family, as described above. I truly believe that the wrong person has been detained, and I respectfully request his immediate release.

I understand that the process my father is undergoing can be complex and challenging, and I am more than willing to provide any additional information or documentation that may be required. I humbly ask for your cooperation and understanding in this matter, and I am confident that, with your assistance, this situation can be resolved.

Thank you for taking the time to review my request.

**Sincerely,**

# EXHIBIT C

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06 26 2025
Response Date: 06-26-2025
Tracking Number: 108308772831

SSN Provided:  XXX-XX-6665
Tax Period Requested:  December, 2024

Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX8500
 RAYT
 PO BOX

Employee:
 Employee's Social Security Number:XXX-XX-6665
 STEV JIAN
 5 DANF

Submission Type:..................................................Original document
Wages, Tips and Other Compensation:...................................$14,193.00
Federal Income Tax Withheld:..........................................$1,553.00
Social Security Wages:...............................................$14,193.00
Social Security Tax Withheld:...........................................$880.00
Medicare Wages and Tips:.............................................$14,193.00
Medicare Tax Withheld:..................................................$205.00
Social Security Tips:.....................................................$0.00
Allocated Tips:...........................................................$0.00
Dependent Care Benefits:..................................................$0.00
Deferred Compensation:....................................................$0.00
Code "Q" Nontaxable Combat Pay:...........................................$0.00
Code "W" Employer Contributions to a Health Savings Account:..............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:.....................................................................$0.00
Code "R" Employer's Contribution to MSA:..................................$0.00
Code "S" Employer's Contribution to Simple Account:.......................$0.00
Code "T" Expenses Incurred for Qualified Adoptions:.......................$0.00
Code "V" Income from exercise of non-statutory stock options:.............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:...$721.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:................$1,924.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:.....................................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:................................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):........$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:.....................................................$0.00
Code "II" Medicaid waiver payments excluded from gross income:...........$0.00

Third Party Sick Pay Indicator:................................................Unanswered
Retirement Plan Indicator:..............................Yes - retirement plan
Statutory Employee:.................................Not Statutory Employee
W2 Submission Type:................................................Original
W2 WHC SSN Validation Code:...............................Correct SSN


Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX1558
 THE
 500 RO

Employee:
 Employee's Social Security Number:XXX-XX-6665
 STEV JIAN
 5 DANF

Submission Type:...................................Original document
Wages, Tips and Other Compensation:......................$39,572.00
Federal Income Tax Withheld:...............................$3,657.00
Social Security Wages:....................................$39,572.00
Social Security Tax Withheld:..............................$2,453.00
Medicare Wages and Tips:..................................$39,572.00
Medicare Tax Withheld:.......................................$573.00
Social Security Tips:..........................................$0.00
Allocated Tips:................................................$0.00
Dependent Care Benefits:.......................................$0.00
Deferred Compensation:.........................................$0.00
Code "Q" Nontaxable Combat Pay:................................$0.00
Code "W" Employer Contributions to a Health Savings Account:...$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:..........................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:..........................................................$0.00
Code "R" Employer's Contribution to MSA:.......................$0.00
Code "S" Employer's Contribution to Simple Account:............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:............$0.00
Code "V" Income from exercise of non-statutory stock options:..$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.$2,657.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:..................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:..........................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.....................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:..........................................$0.00
Code "II" Medicaid waiver payments excluded from gross income:..........$0.00
Third Party Sick Pay Indicator:...........................Unanswered
Retirement Plan Indicator:..............................Yes - retirement plan
Statutory Employee:.................................Not Statutory Employee
W2 Submission Type:................................................Original
W2 WHC SSN Validation Code:...............................Correct SSN


Form 1099-DIV

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX3567
 NATI
 499 WA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K
```

Submission Type:.................................................Original document
Account Number (Optional):...............................................XXXXXX8373
Tax Withheld:...............................................................$0.00
Capital Gains:..............................................................$0.00
Non-Dividend Distribution:..................................................$0.00
Cash Liquidation Distribution:..............................................$0.00
Non-Cash Liquidation Distribution:..........................................$0.00
Investment Expense:.........................................................$0.00
Ordinary Dividend:.........................................................$18.00
Collectibles (28%) Gain:....................................................$0.00
Unrecaptured Section 1250 Gain:.............................................$0.00
Section 1202 Gain:..........................................................$0.00
Foreign Tax Paid:...........................................................$0.00
Qualified Dividends:.......................................................$16.00
Section 199A REIT Dividends:................................................$0.00
Second Notice Indicator:...........................................No Second Notice
FATCA Filing Requirement:.............Box not checked no Filing Requirement
Exempt Interest Dividends:..................................................$0.00
Specified Private Activity Bond Interest Dividend:..........................$0.00
Section 897 Ordinary Dividends:.............................................$0.00
Section 897 Capital Gain:...................................................$0.00


## Form 1099-INT

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX1598
 GOLD
 PO BOX

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K
```

Submission Type:.................................................Original document
Account Number (Optional):.............................................XXXXXXXX8437
Interest:..................................................................$72.00
Tax Withheld:..............................................................$17.00
Savings Bonds:..............................................................$0.00
Investment Expense:.........................................................$0.00
Interest Forfeiture:........................................................$0.00
Foreign Tax Paid:...........................................................$0.00
Tax-Exempt Interest:........................................................$0.00
Specified Private Activity Bond Interest:...................................$0.00
Market Discount:............................................................$0.00
Bond Premium:...............................................................$0.00
Bond Premium on Tax Exempt Bond:............................................$0.00
Bond Premium on Treasury Obligations:.......................................$0.00
Second Notice Indicator:...........................................No Second Notice

Foreign Country or US Possession:.................................................
CUSIP Number:...................................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement


Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX7207
 NEAL
 261 HA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:....................................................Original document
Account Number (Optional):..........................................XXXX5TG4
Interest:...........................................................$504.00
Tax Withheld:.......................................................$0.00
Savings Bonds:......................................................$0.00
Investment Expense:.................................................$0.00
Interest Forfeiture:................................................$0.00
Foreign Tax Paid:...................................................$0.00
Tax-Exempt Interest:................................................$0.00
Specified Private Activity Bond Interest:...........................$0.00
Market Discount:....................................................$0.00
Bond Premium:.......................................................$0.00
Bond Premium on Tax Exempt Bond:....................................$0.00
Bond Premium on Treasury Obligations:...............................$0.00
Second Notice Indicator:............................................No Second Notice
Foreign Country or US Possession:...................................
CUSIP Number:.......................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement


Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

 Payer:
 Payer's Federal Identification Number (FIN):XXXXX3567
 NATI
 499 WA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:....................................................Original document
Account Number (Optional):..........................................XXXXXXXXX5001
Distribution Code Value:....................Early distribution from a Roth IRA
Distribution Code:..................................................J
Distribution Code Value:............................................Not significant
Distribution Code:..................................................Blank
Tax Amount Undetermined Code:.......................Tax amount not determined
Total Distribution Code:............................................Not checked
First Year Roth Contribution:.......................................0000
SEP Indicator:......................................IRA/SEP/SIMP box not checked

```
FATCA Indicator:.............................................................not FATCA
Date of Payment for Reportable Death Benefits under Section 6050Y:..00-00-0000
Tax Withheld:.................................................................$0.00
Total Employee Contributions:................................................$0.00
Unrealized Appreciation:.....................................................$0.00
Other Income:................................................................$0.00
Gross Distribution:........................................................$800.00
Taxable Amount:..............................................................$0.00
Eligible Capital Gains:......................................................$0.00
Amount to IRR:...............................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

# EXHIBIT D

# 出 生 证 明 书

## （9 3）闽证字第 1 6 6 9 号

兹证明江綮祥（男）于一九七三年四月十二日在福建省福州市出生。江綮祥的父亲是江敬星，江綮祥的母亲是朱淑娇。



中华人民共和国福建省公证处

公 证 员：



一九九◯年三月◯二日

ORIGINAL SEEN & RETURNED

ASYLUM OFFICER ZNK _____ 44

DATE: _____ 2/1/97

022932

77

# NOTARIAL    CERTIFICATE

(Translation)

(93)Min Zi, No.1669

This is to certify that Jiang Lixiang, male, was born on Apr.12, 1973, at Fuzhou City, Fujian Province. His father's name is Jiang Jingxing and his mother's name is Zhu Shujiao.

Notary: Bao Minsheng

Fujian Province Notary Public

Office

The People's Republic of China

Mar.12, 1993

022933

78

# EXHIBIT E

# Affidavit of Support Under Section 213A of the INA

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-864
OMB No. 1615-0075
Expires 10/31/2027

| For USCIS Use Only | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| | ☐ Petitioner | ☐ MEETS requirements  ☐ DOES NOT MEET requirements | ☐ 1    ☐ 2 |
| | ☐ 1st Joint Sponsor | | Remarks |
| | ☐ 2nd Joint Sponsor | Reviewed By:_____ | |
| | ☐ Substitute Sponsor | Office: _____ | |
| | ☐ 5% Owner | Date (mm/dd/yyyy): _____ | |

| To be completed by an Attorney or Accredited Representative (if any). | ☒ Select this box if Form G-28 or G-28I is attached. | Attorney State Bar Number (if applicable)  1938539 | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

► **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

I am the sponsor submitting this affidavit of support because (Select **only one** box).

**1.a.** ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my [_____]

**1.c.** ☐ I have an ownership interest of at least 5 percent in [_____]
which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my [_____]

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's [_____]

**NOTE:** As a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About You (Sponsor)

**1.** Sponsor's Full Legal Name (Do not provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| JIANG | STEVEN | |

**Part 2. Information About You (Sponsor)** (continued)

2. Sponsor's Current Mailing Address

In Care Of Name (if any)

Street Number and Name          Apt. Ste. Flr.  Number
5 DANFORTH AVE          ☐ ☐ ☐

City or Town          State    ZIP Code
WOBURN          MA    01801

Province          Postal Code          Country
USA

3. Is your current mailing address the same as your physical address?          ☒ Yes   ☐ No

If you answered "No" to **Item Number 3.**, provide your physical address in **Item Number 4.**

4. Sponsor's Physical Address (if different from the address above)

Street Number and Name          Apt. Ste. Flr.  Number
☐ ☐ ☐

City or Town          State    ZIP Code

Province          Postal Code          Country

**Other Information**

5. Country of Domicile          6. Date of Birth (mm/dd/yyyy)   7. Country of Birth
USA          11/29/2000          USA

8. U.S. Social Security Number (Required)
▶ 4 7 0 3 9 6 6 6 5

9. Immigration Status

☒ I am a U.S. citizen.

☐ I am a U.S. national.

☐ I am a lawful permanent resident.

10. Sponsor's A-Number (if any)          11. USCIS Online Account Number (if any)
▶ A-          ▶

Military Service (To be completed by petitioner sponsors only.)

12. I am currently on **active duty** in the United States Armed Forces or U.S. Coast Guard.          ☐ Yes   ☒ No

## Part 3. Information About the Principal Immigrant

1. Principal Immigrant's Full Legal Name (**Do not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| JIANG | LIXIANG | |

2. Current Mailing Address

In Care Of Name (if any)

JOHN CHANG ESQ

| Street Number and Name | Apt. Ste. Flr. | Number |
|---|---|---|
| 401 BROADWAY | ☐ ☒ ☐ | 905 |

| City or Town | State | ZIP Code |
|---|---|---|
| NEW YORK | NY | 10013 |

| Province | Postal Code | Country |
|---|---|---|
| | | USA |

Other Information

3. Country of Citizenship or Nationality

CHINA

4. Date of Birth (mm/dd/yyyy)

04/12/1973

5. Alien Registration Number (A-Number) (if any)

► A- 0 7 1 8 2 4 2 0 7

6. USCIS Online Account Number (if any)

►

7. Daytime Telephone Number

## Part 4. Information About the Immigrants You Are Sponsoring

1. I am sponsoring the principal immigrant named in **Part 3.**

☒ Yes  ☐ No, I am sponsoring family members in **Part 4.** as the second joint sponsor or I am sponsoring family members who are immigrating more than six months after the principal immigrant.

2. ☐ I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 3.** (List family members in **Item Numbers 4. - 7.** Do not include any relative listed on a separate visa petition.)

3. ☐ I am sponsoring the following family members who are immigrating more than six months after the principal immigrant. (List family members in **Item Numbers 4. - 7.**)

4. **Family Member 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

| Relationship to Principal Immigrant | Date of Birth (mm/dd/yyyy) | Alien Registration Number (A-Number, if any) |
|---|---|---|
| | | ► |

USCIS Online Account Number (if any)

►

## Part 4. Information About the Immigrants You Are Sponsoring (continued)

5. **Family Member 2**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
▶

USCIS Online Account Number (if any)
▶

6. **Family Member 3**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
▶

USCIS Online Account Number (if any)
▶

7. **Family Member 4**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
▶

USCIS Online Account Number (if any)
▶

If you need additional space, use the space provided in **Part 11. Additional Information.**

Form I-864   Edition   10/17/24

Page 4 of 12

| For USCIS Use Only | |
|---|---|

## Part 5. Sponsor's Household Size

**NOTE:** Do not count any member of your household more than once.

Persons you are sponsoring in this affidavit:

1.  Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in **Part 3.**, any immigrants listed in **Part 4., Item Numbers 4. - 7.** and, any additional sponsored immigrants you listed in **Part 11. Additional Information.** Do not count the principal immigrant if you are only sponsoring family members entering more than six months after the principal immigrant. | 1

**Persons NOT sponsored in this affidavit:**

2.  Yourself. | 1

3.  If you are currently married, enter "1" for your spouse. (**NOTE:** Enter "0" if you already counted your spouse in **Item Number 1.**)

4.  If you have dependent children, enter the number here. (**NOTE:** Enter "0" if you already counted your dependent children in **Item Number 1.**)

5.  If you have any other dependents, enter the number here. (**NOTE:** Enter "0" if you already counted your other dependents in **Item Number 1.**)

6.  If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents and you are still obligated to support, enter the number here. (**NOTE:** Enter "0" if you already counted these persons in **Item Number 1.**)

7.  If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here. (**NOTE:** Enter "0" if you already counted these persons in **Item Number 1.**)

8.  Add together **Part 5., Item Numbers 1. - 7.** and enter the number here.

**Household Size:** | 2

## Part 6. Sponsor's Employment and Income

I am currently:

1.  ☒ Employed as a/an | FINANCIAL ANALYST

2.  Name of Employer 1 | RAYTHEON

3.  Name of Employer 2 (if applicable) |

4.  ☐ Self-Employed as a/an (Occupation) |

5.  ☐ Retired Since (mm/dd/yyyy) |

6.  ☐ Unemployed Since (mm/dd/yyyy) |

7.  My current individual annual income is: | $ 54,000.00

Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant. (See Form I-864 Instructions.) Please indicate name, relationship, and income.

| For USCIS Use Only | |
|---|---|

## Part 6. Sponsor's Employment and Income (continued)

8. **Person 1**

Name _____    Relationship _____

Current Income $ _____

9. **Person 2**

Name _____    Relationship _____

Current Income $ _____

10. **Person 3**

Name _____    Relationship _____

Current Income $ _____

11. **Person 4**

Name _____    Relationship _____

Current Income $ _____

If you need additional space, use the space provided in **Part 11. Additional Information**

**Remarks**

12. **My Current Annual Household Income** (Total all lines from **Part 6. Item Numbers 7. - 11.**; the total will be compared to Federal Poverty Guidelines on Form I-864P.)    $ 54,000.00

13. ☐ The people listed in **Item Numbers 8. - 11.** have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.

14. ☐ One or more of the people listed in **Item Numbers 8. - 11.** do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents. _____

## Federal Tax Return Information

15. Have you filed a Federal income tax return for each of the three most recent tax years?    ☒ Yes    ☐ No

**NOTE:** You **MUST** attach a photocopy or transcript of your Federal income tax return for only the most recent tax year and complete **Item Number 16.a.** If you believe additional returns may help you to establish your ability to maintain sufficient income, you may submit transcripts or photocopies of your Federal individual income tax returns for the three most recent years and complete **Item Numbers 16.a. - 16.c.**

Type or print the most recent tax year and your total income for that most recent tax year. If the amount was zero, type or print "zero" or if you were not required to file a Federal income tax return type or print "N/A" for not applicable. Type or print "N/A" for not applicable for **Item Numbers 16.b. - 16.c.** if you do are not submitting any additional tax returns.

| For USCIS Use Only | |
|---|---|

## Part 6. Sponsor's Employment and Income (continued)

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal income tax returns for the most recent year was:

|  | Tax Year | Total Income |
|---|---|---|
| 16.a. Most Recent | 2024 | $ 54,778 |
| 16.b. 2nd Most Recent |  | $ |
| 16.c. 3rd Most Recent |  | $ |

17. ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

| For USCIS Use Only | Household Size | Poverty Guideline | Sponsor's Household Income (Page 5, Line 10) | Remarks |
|---|---|---|---|---|
| | ☐ 1 ☐ 2 ☐ 3 <br> ☐ 4 ☐ 5 ☐ 6 <br> ☐ 7 ☐ 8 ☐ 9 <br> ☐ Other_____ | Year: 2 0 ____ <br><br> Poverty Line: <br> $ _____ | $ _____ | The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USCs, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10. |

## Part 7. Use of Assets to Supplement Income (if Applicable)

If your income, or the total income for you and your household, from **Part 6., Item Numbers 12.** or **16.** exceeds the Federal Poverty Guidelines for your household size, **YOU ARE NOT REQUIRED** to complete this **Part 7.** Skip to **Part 8.**

**Your Assets (if applicable)**

1. Enter the balance of all cash, savings, and checking accounts. $ _____

2. Enter the net cash value of real-estate holdings. (Net value means assessed value minus mortgage debt.) $ _____

3. Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in **Item Number 1.** or **Item Number 2.** $ _____

4. Add together **Item Numbers 1. - 3.** and enter the number here. $ _____

**Assets of your household members (if applicable)**

Your household members who are combining their income with yours, report their assets on Form I-864A **Part 4.**, in **Item Number 6.**

5. Add together the household members' assets reported on all the Form I-864A **Part 4., Item Number 6.** and enter the number here. TOTAL: $ _____

## Part 7.  Use of Assets to Supplement Income (if Applicable) (continued)

**Assets of the principal sponsored immigrant** (if applicable).

The principal sponsored immigrant is the person listed in **Part 3., Item Number 1.**  Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

6.  Enter the balance of the principal immigrant's savings and checking accounts.  $ _____

7.  Enter the net cash value of all the principal immigrant's real estate holdings.  (Net value means investment value minus mortgage debt.)  $ _____

8.  Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**  $ _____

9.  Add together **Item Numbers 6. - 8.** and enter the number here.  $ _____

**Total Value of Assets**

10.  Add together **Item Numbers 4., 5.,** and **9.** and enter the number here.  **TOTAL: $** _____

## Part 8.  Sponsor's Contract, Contact Information, Certification, and Signature

**NOTE:**  Read the **Penalties** section of the Form I-864 Instructions before completing this part.

### *Sponsor's Contract*

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws.  The following paragraphs describe those obligations.  Please read the following information carefully before you sign Form I-864.  If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

### What is the Legal Effect of My Signing Form I-864?

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government.  The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

### What If I Choose Not to Sign Form I-864?

The U.S. Government cannot make you sign Form I-864 if you do not want to do so.  But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

### What Does Signing Form I-864 Require Me To Do?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

A.  Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

B.  Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

**Part 8. Sponsor's Contract, Contact Information, Certification, and Signature** (continued)

**What Other Consequences Are There?**

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

**What If I Do Not Fulfill My Obligations?**

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

A.    Becomes a U.S. citizen;

B.    Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

C.    No longer has lawful permanent resident status and has departed the United States;

D.    Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

E.    Dies.

**NOTE:** Divorce **does not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

---

**Part 8. Sponsor's Contract, Contact Information, Certification, and Signature** (continued)

### Sponsor's Statement

1. Sponsor's Statement Regarding the Interpreter

   A. ☒ I can read and understand English, and I have read and understand every question and instruction on this affidavit and my answer to every question.

   B. ☐ The interpreter named in **Part 9.** read to me every question and instruction on this affidavit and my answer to every question in [_____], a language in which I am fluent, and I understood everything.

2. ☒ At my request, the preparer named in **Part 10.**, [JOHN CHANG], prepared this affidavit for me based only upon information I provided or authorized.

### Sponsor's Contact Information

3. Sponsor's Daytime Telephone Number
   [2123431138]

4. Sponsor's Mobile Telephone Number (if any)
   [_____]

5. Sponsor's Email Address (if any)
   [LAWOFFICE.2001@YAHOO.COM]

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS or DOS may need to determine my eligibility for the immigration benefit I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit, and that all of this information is complete, true, and correct.

   A. I know the contents of this affidavit of support that I signed;

   B. I have read and I understand each of the obligations described in **Part 8.**, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrant indicated in **Part 3.** to become a lawful permanent resident of the United States;

   C. I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864EZ;

   D. Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

   E. I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864EZ; and

   F. I authorize the Social Security Administration to release information about me in its records to the USCIS and DOS.

### Sponsor's Signature

6. Sponsor's Signature
   ➡ X ~~~~

   Date of Signature (mm/dd/yyyy)
   7/10/2025

**NOTE TO ALL SPONSORS:** If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your request.

---

Form I-864   Edition 10/17/24                     Page 10 of 12

## Part 9.  Interpreter's Contact Information, Certification, and Signature

### Interpreter's Full Name

1. Interpreter's Family Name (Last Name)

Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name

### Interpreter's Contact Information

3. Interpreter's Daytime Telephone Number

4. Interpreter's Mobile Telephone Number (if any)

5. Interpreter's Email Address (if any)

### Interpreter's Certification and Signature

I certify, under penalty of perjury, that: that I am fluent in English and _____, and I have interpreted every question on the affidavit and Instructions and interpreted the sponsor's answers to the questions in that language, and the sponsor informed me that they understood every instruction, question, and answer on the affidavit.

6. Interpreter's Signature

➡️

Date of Signature (mm/dd/yyyy)

## Part 10.  Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

### Preparer's Full Name

1. Preparer's Family Name (Last Name)

CHANG

Preparer's Given Name (First Name)

JOHN

2. Preparer's Business or Organization Name

THE LAW OFFICES OF JOHN CHANG

### Preparer's Contact Information

3. Preparer's Daytime Telephone Number

2123431138

4. Preparer's Mobile Telephone Number (if any)

5. Preparer's Email Address (if any)

LAWOFFICE.2001@YAHOO.COM

### Preparer's Certification and Signature

I certify, under penalty of perjury, that I prepared this affidavit for the sponsor at their request and with express consent and that all of the responses and information contained in and submitted with the affidavit are complete, true, and correct and reflects only information provided by the sponsor.  The sponsor reviewed the responses and information and informed me that they understand the responses and information in or submitted with the affidavit.

6. Preparer's Signature

➡️

Date of Signature (mm/dd/yyyy)

7/10/2025

Form I-864   Edition  10/17/24

Page 11 of 12

## Part 11.  Additional Information

If you need extra space to provide any additional information within this contract, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this contract or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1. Family Name (Last Name)      Given Name (First Name)      Middle Name (if applicable)

   JIANG                         STEVEN

2. A-Number (if any) ▶ A-

3. Page Number     Part Number     Item Number

4. Page Number     Part Number     Item Number

5. Page Number     Part Number     Item Number

6. Page Number     Part Number     Item Number

Form I-864   Edition  10/17/24                                                    Page 12 of 12



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| IOE0932967831 | | I130 - PETITION FOR ALIEN RELATIVE |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 07/14/2025 | 07/14/2025 | JIANG, STEVEN |

| Notice Date | Page | Beneficiary  A071 824 207 |
|---|---|---|
| 11/01/2025 | 1 of 1 | JIANG, LIXIANG |

JIANG, STEVEN
c/o JOHN CHANG ESQ
401 BROADWAY STE 905
NEW YORK  NY  10013

**Notice Type:** Approval Notice
Section: Parent of U.S Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the beneficiary wishes to apply for adjustment of status to that of a lawful permanent resident. They should submit a copy of this notice, along with a Form I-485, Application to Register Permanent Residence or Adjust Status. The beneficiary can obtain Form I-485 from the USCIS website at www.uscis.gov, by contacting the USCIS Contact Center at 1-800-375-5283, or by visiting the local USCIS field office. Filing address information can be found on the USCIS website at www.uscis.gov.

If the beneficiary decides to apply for an immigrant visa through consular processing outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition with fee, to ask USCIS to send the petition to the U.S. Department of State National Visa Center (NVC) for consular processing. Please refer to the Form I-824 filing instructions at uscis.gov.

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

### THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002



**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT F

# Certificate of Marriage

116-00030673

1003-1565

State of Minnesota    County of _Hennepin_

I hereby certify, that on ___April___  _12_ , 20 _10_ , at _Government Center_

in said County, I the undersigned a ___Judge___ did join in marriage

LI XIANG JIANG

of the County of    HENNEPIN    State of    MINNESOTA

and

BIN JING CHEN

of the County of  HENNEPIN    State of    MINNESOTA

The names of the parties after marriage shall be:

LI XIANG JIANG

and

BIN JING CHEN

_____
(Signature of witness)

_Xing Zhao_
(Type or print witness name)

_____
(Signature of witness)

_Zhaokun Tong_
(Type or print witness name)

_____
(Signature of Officiant)

_Tony N. Leung_
(Type or print name)

_300 South Sixth Street_
(P.O. Address)

_Mpls, MN 55487_
(City, State, Zip)

*** SOUVENIR COPY, NOT FOR CERTIFIED RECORDING ***



STATE OF MINNESOTA
CERTIFICATION OF VITAL RECORD

# BIRTH CERTIFICATE

**FULL NAME**

STEVEN JIANG

| | | |
|---|---|---|
| **SEX** | **DATE OF BIRTH** | **TIME OF BIRTH** |
| MALE | NOVEMBER 29, 2000 | 08:08 PM |

| | |
|---|---|
| **CITY OR TOWNSHIP OF BIRTH** | **COUNTY** |
| MINNEAPOLIS | HENNEPIN |

| **PARENT(S)** | **PARENT(S)' BIRTHPLACE** |
|---|---|
| BINJING CHEN  (CHN) | CHINA |
| LI XIANG JIANG | CHINA |

S22-000109481

THIS IS A TRUE AND OFFICIAL RECORD OF THE BIRTH REGISTERED IN THE
OFFICE OF THE STATE REGISTRAR. DATE FILED: JANUARY 12, 2001

PLACE ISSUED: HENNEPIN

DATE ISSUED:   JANUARY 22, 2001

*Barbara A. Bednarczyk*

STATE REGISTRAR



# EXHIBIT G

Case 1:20-cv-03240-ABC   Document 1-2   Filed 04/21/20   Page 104 of 198 PageID #: 120



We the People

Of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Codigo    Passport No. / No. du Passeport / No. de Pasaporte
P                     USA                     580860884

Surname / Nom / Apellidos
JIANG

Given Names / Prénoms / Nombres
STEVEN

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
29 Nov 2000



Place of birth / Lieu de naissance / Lugar de nacimiento
MINNESOTA. U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
23 Feb 2018

Date of expiration / Date d'expiration / Fecha de caducidad
22 Feb 2028

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA

P<USAJIANG<<STEVEN<<<<<<<<<<<<<<<<<<<<<<<<
5808608847USA0011293M2802220108299751<691174



**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

January 30, 2026

*VIA E-MAIL*: Kenneth.Genalo@ice.dhs.gov & Jonathan.j.quizhpi@ice.dhs.gov

Kenneth Genalo, ICE Field Director
Jonathan J. Quizhpi, Deportation Officer
U.S. Immigration and Customs Enforcement (ICE)
Field Office Location
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE:**   **Urgent Amended Request for Humanitarian Parole – INA § 212(d)(5)(A)**
**Respondent: LiXiang JIANG a/k/a Chang Chaun Lee**
**Alien Number: 071 824 207 and 070 904 073**

Dear Director Genalo and Officer Quizhpi,

Please find attached our amended letter and the supporting documents for your review. A brief description of each attachment is included below for your convenience. Please let us know if you have any questions or need anything further.

Attachments:
- e-Filed G-28 Form
- 2024 IRS Tax Transcript
- Translated Birth Certificate.
- Form I-864: Affidavit of Support.
- Form I-797: Notice of Action
- Letter from Treating Doctor, Dr. Thomas E. Catalado, for Binjing Chen.
- Marriage Certificate
- U.S. Birth Certificate of Steven Jiang
- Medical Report of Binjing Chen
- Steven Jiang's W-2 Wage and Tax Statements
- Images of Steven Jiang's passport and college graduation photo.

Thank you for your time and consideration.

Sincerely,

s/ Michael A. Pizzi, Jr.
Michael Pizzi, Esquire

**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

March 2, 2026

*VIA E-MAIL*: Kenneth.Genalo@ice.dhs.gov & Jonathan.j.quizhpi@ice.dhs.gov

Kenneth Genalo, ICE Field Director
Jonathan J. Quizhpi, Deportation Officer
U.S. Immigration and Customs Enforcement (ICE)
Field Office Location
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE:     Urgent Amended Request for Humanitarian Parole – INA § 212(d)(5)(A)**
**Respondent: LiXiang JIANG a/k/a Chang Chaun Lee**
**Alien Number: 071 824 207 and 070 904 073**

Dear Director Genalo and Officer Quizhpi,

The undersigned hereby represents LiXiang JIANG (also known as Chang Chaun Lee, A# 071 824 207 and 070 904 073) and respectfully petitions for the grant of humanitarian parole from ICE custody on behalf of Mr. Jiang, in light of his wife's diagnosis with life-threatening stage 4 colon cancer.

This Amended Petition responds to any concerns that have been raised and establishes that he is not a risk of flight, and that keeping this man with such substantial family ties and with a wife who is in her last days does not serve the public interest.

We ask you to consider the following:

1.  The Petitioner's wife is suffering from a terminal illness and tragically may not have much time left. There is a very limited amount of time in which the Petitioner will be able to see his wife alive; Attached as Exhibit "A" are his wife's medical records.
2.  The Petitioner was detained because he followed his attorney's advice and appeared voluntarily.
3.  He has no prior record, has strong family and community ties and has been here for many years working and obeying the law.
4.  We are attaching documents that reflect the Petitioner is a long-time resident with substantial family ties, which include his son Steven's letter.

Among other things, his son Steven states in Exhibit "B" as follows:

1

"My father has always been a hardworking man who provided a roof over our heads and food on our table. My sister and I firmly believe that he is the foundation of who we are today. He supported us through college without causing any financial burden, allowing us to focus on building our careers in the financial field without significant obstacles. I believe that my father's detention was a mistake. I have filed an immigration petition on his behalf, and the application (Form I-130) was approved by USCIS earlier this year. This approval indicates that my father is currently in the process of applying for lawful permanent residency, and that his green card application will eventually be approved whether he is inside or outside of the United States. Under these circumstances, detaining him is a waste of resources, time, and space.

My father has lived quietly in the United States for more than 25 years, has no prior criminal record, and has worked diligently to support our family, as described above. I truly believe that the wrong person has been detained, and I respectfully request his immediate release."

## BACKGROUND

Mr. LiXiang Jiang was detained on December 16, 2025, at his ICE check-in appointment which he attended at earlier date than his ICE scheduled appointment, which was set in February 2026. He attended earlier at this former attorney's request.

Mr. Jiang's wife, Binjing Chen, has been diagnosed with stage 4 colon cancer. On December 22, 2025, Mrs. Chen underwent surgery for metastatic colon cancer, and the pathology results that the cancer was malignant. Mrs. Chen is presently recuperating from surgery and will begin chemotherapy treatment on or about January 16, 2025.

Mrs. Chen's condition is critical, and she requires constant emotional, physical, and logistical support. Her husband, Mr. Jiang is her primary caregiver, and his absence is causing her enormous hardship during this already devastating time. Currently, her daughter is the only caregiver available, however she is required to return to work next week. Without Mr. Jiang's presence, his wife will not be able to manage her treatment schedule, transportation to medical appointments, and basic daily living activities. Furthermore, due to the devastating diagnosis, it is imperative that Mr. Jiang be present throughout her treatment to offer the essential support that only a spouse is able to provide.

Please note that Mr. Jiang is a long-time resident of Staten Island, NY. He continues to reside at 111 Perry Avenue, State Island, NY 10314. He has consistently complied with all legal and immigration requirements. Accordingly, he does not present any risk of flight and has never done so.

Mr. Jiang's son, Steven Jiang, a US citizen living at 5 Danforth Avenue, Woburn, MA 01801, has filed an I-130 Petition and Affidavit of Support for his father's I-485 Application. His daughter, Hefi Jiang, also a US citizen, resides at 5 Danforth Avenue, Woburn, MA 01801. Mr. Jiang's sister, DanQing Jiang, a US citizen, and his mother, ShuJiao Zhu, a Legal Permanent Resident, both live at 53-25 72nd Street, 2F Maspeth, NY 11378.

2

In addition to close relatives, Mr. Jiang has long-lasting ties to the Staten Island, which include his home ownership and employment ties.

Please know that Mr. Jiang has is ready and willing to comply with any and all conditions imposed by the Immigration and Customs Enforcement, including electronic monitoring and additional reporting requirements.

I have attached the following supporting documents in connection with this request. Please note that the documents identified in bold are new and are being submitted for the first time with this amended letter:

- Mr. Jiang's birth certificate and translation.

- Medical records and physician's letter confirming Stage 4 cancer diagnosis and treatment plan

- Marriage certificate

- I-130 Approval Notice and Mrs. Jiang's US citizen son's birth certificate.

- Mr. Jiang's Son's affidavit of support and copy of his tax return.

- **Mr. Jiang's Son W-2 Wage and Tax Statement for years 2023 and 2024**

- **Images of Mr. Jiang's Son Passport and College Graduation Photo**

Given the urgent and compassionate nature of this request, I respectfully ask the Immigration and Custom Enforcement to reconsider and grant Mr. Jiang's release under **humanitarian parole** as authorized by INA § 212(d)(5)(A). Again, I affirm that Mr. Jiang is continually committed to attending all immigration hearings and complying fully with any conditions of release.

Thank you for your time, understanding, and consideration during this critical moment for his family.


Sincerely,

s/ Michael A. Pizzi, Jr.
Michael Pizzi, Esquire



# Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS
Form G-28**

OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ [                    ]

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name) [          ]

**2.b.** Given Name (First Name) [          ]

**2.c.** Middle Name [          ]

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name [          ]

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.  [          ]

**3.c.** City or Town [          ]

**3.d.** State [     ]  **3.e.** ZIP Code [          ]

**3.f.** Province [          ]

**3.g.** Postal Code [          ]

**3.h.** Country [          ]

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number [          ]

**5.** Mobile Telephone Number (if any) [          ]

**6.** Email Address (if any) [          ]

**7.** Fax Number (if any) [          ]

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☐ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority
[          ]

**1.b.** Bar Number (if applicable)
[          ]

**1.c.** I (select **only one** box) ☐ am not  ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
[          ]

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization
[          ]

**2.c.** Date of Accreditation (mm/dd/yyyy)
[          ]

**3.** ☐ I am associated with
[          ],
the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate
[          ]

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☐ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant    ☐ Petitioner    ☐ Requestor
☐ Beneficiary/Derivative    ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)

**6.b.** Given Name (First Name)

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ **A-**

## Client's Contact Information

**10.** Daytime Telephone Number

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name

**13.b.** ☐ Apt.    ☐ Ste.    ☐ Flr.

**13.c.** City or Town

**13.d.** State    **13.e.** ZIP Code

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [          ]

**2.b.** Date of Signature (mm/dd/yyyy) [          ]

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a** Signature of Attorney or Accredited Representative

[          ]

**1.b.** Date of Signature (mm/dd/yyyy) [          ]

**2.a.** Signature of Law Student or Law Graduate

[          ]

**2.b.** Date of Signature (mm/dd/yyyy) [          ]

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.a.** Page Number  **2.b.** Part Number  **2.c.** Item Number

**2.d.**

**3.a.** Page Number  **3.b.** Part Number  **3.c.** Item Number

**3.d.**

**4.a.** Page Number  **4.b.** Part Number  **4.c.** Item Number

**4.d.**

**5.a.** Page Number  **5.b.** Part Number  **5.c.** Item Number

**5.d.**

**6.a.** Page Number  **6.b.** Part Number  **6.c.** Item Number

**6.d.**

# EXHIBIT A

 FOUNDATION**ONE**®**CDx**

| | | |
|---|---|---|
| **PATIENT** Chen, Binjing | **TUMOR TYPE** Colon adenocarcinoma (CRC) | **REPORT DATE** 16 Jan 2026 |
| **COUNTRY CODE** US | | **ORDERED TEST #** ORD-2261621-01 |

*Interpretive content in the Professional Services sections is provided as a laboratory professional service, and has not been reviewed or approved by the FDA. The FDA-approved pages immediately follow the Professional Services Summary, and the remainder of the Professional Services content follows the FDA-approved section.*

**ABOUT THE TEST** FoundationOne®CDx is the first and only FDA-Approved comprehensive companion diagnostic for all solid tumors.

**PATIENT**
**DISEASE** Colon adenocarcinoma (CRC)
**NAME** Chen, Binjing
**DATE OF BIRTH** 19 November 1978
**SEX** Female
**MEDICAL RECORD #** 6472049

**PHYSICIAN**
**ORDERING PHYSICIAN** Whooley, Peter
**MEDICAL FACILITY** Beth Israel Deaconess Medical Center
**ADDITIONAL RECIPIENT** None
**MEDICAL FACILITY ID** 200828
**PATHOLOGIST** Vanderlaan, Paul

**SPECIMEN**
**SPECIMEN SITE** Lung
**SPECIMEN ID** SD25-59043 A1
**SPECIMEN TYPE** Block
**DATE OF COLLECTION** 18 December 2025
**SPECIMEN RECEIVED** 09 January 2026

## Biomarker Findings
**Microsatellite status -** MS-Stable
**HRD signature -** HRDsig Negative
**Tumor Mutational Burden -** 1 Muts/Mb

## Genomic Findings
*For a complete list of the genes assayed, please refer to the Appendix.*

***KRAS*** G12D
***NRAS*** wildtype
***APC*** R216*, E1322*
***TP53*** R342*

**3** Disease relevant genes with no reportable alterations: ***BRAF, ERBB2, NRAS***

## Report Highlights
- Targeted therapies with **potential resistance** based on this patient's genomic findings: ❌ Cetuximab (p. 6), Panitumumab (p. 7)
- Variants that may inform **nontargeted treatment approaches** (e.g., chemotherapy) in this tumor type: *KRAS* G12D (p. 3)
- **Clinical trial options** based on this patient's genomic findings: (p. 8)

| BIOMARKER FINDINGS | THERAPIES WITH CLINICAL RELEVANCE (IN PATIENT'S TUMOR TYPE) | THERAPIES WITH CLINICAL RELEVANCE (IN OTHER TUMOR TYPE) |
|---|---|---|
| **Microsatellite status -** MS-Stable | none | none |
| **10 Trials** see p. 8 | | |
| **HRD signature -** HRDsig Negative | No therapies or clinical trials. See Biomarker Findings section | |
| **Tumor Mutational Burden -** 1 Muts/Mb | No therapies or clinical trials. See Biomarker Findings section | |

| GENOMIC FINDINGS | THERAPIES WITH CLINICAL RELEVANCE (IN PATIENT'S TUMOR TYPE) | THERAPIES WITH CLINICAL RELEVANCE (IN OTHER TUMOR TYPE) |
|---|---|---|
| ***KRAS -*** G12D | *Cetuximab* ❌ | none |
| **10 Trials** see p. 11 | *Panitumumab* ❌ | |
| ***NRAS -*** wildtype | *Cetuximab* ❌ | none |
| **1 Trial** see p. 13 | *Panitumumab* ❌ | |
| ***APC -*** R216*, E1322* | none | none |
| **2 Trials** see p. 10 | | |

❌ *Extensive evidence showing variant(s) in this sample may confer resistance to this therapy*

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

COUNTRY CODE
US

REPORT DATE
16 Jan 2026

ORDERED TEST #
ORD-2261621-01

## GENOMIC FINDINGS WITH NO REPORTABLE THERAPEUTIC OR CLINICAL TRIAL OPTIONS

*For more information regarding biological and clinical significance, including prognostic, diagnostic, germline, and potential chemosensitivity implications, see the Genomic Findings section.*

*TP53* -  R342* ............................................................................................................................................. p. 5

**NOTE**  Genomic alterations detected may be associated with activity of certain FDA-approved drugs; however, the agents listed in this report may have varied clinical evidence in the patient's tumor type.

Neither the therapeutic agents nor the trials identified are ranked in order of potential or predicted efficacy for this patient, nor are they ranked in order of level of evidence for this patient's tumor type.

Copy number alterations include reportable focal amplifications and losses (homozygous deletions).

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| | | |
|---|---|---|
| PATIENT | TUMOR TYPE | REPORT DATE |
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |
| | | ORDERED TEST # |
| | | ORD-2261621-01 |

### PATIENT

DISEASE  Colon adenocarcinoma (CRC)

NAME  Chen, Binjing

DATE OF BIRTH  19 November 1978

SEX  Female

MEDICAL RECORD #  6472049

### PHYSICIAN

ORDERING PHYSICIAN  Whooley, Peter

MEDICAL FACILITY  Beth Israel Deaconess Medical Center

ADDITIONAL RECIPIENT  None

MEDICAL FACILITY ID  200828

PATHOLOGIST  Vanderlaan, Paul

### SPECIMEN

SPECIMEN SITE  Lung

SPECIMEN ID  SD25-59043 A1

SPECIMEN TYPE  Block

DATE OF COLLECTION  18 December 2025

SPECIMEN RECEIVED  09 January 2026

---

**FDA-Approved Content**

## Companion Diagnostic (CDx) Findings

A companion diagnostic provides essential information for the safe and effective use of a corresponding drug or biological product. This table contains therapies associated with FoundationOne®CDx's FDA-approved companion diagnostic indications.

| GENOMIC FINDINGS | CDx-INDICATED THERAPIES |
|---|---|
| No Companion Diagnostic (CDx) alterations for FoundationOne®CDx were detected. | |

## Tumor Profiling Results

FoundationOne®CDx is FDA-approved to provide tumor mutation profiling results for oncology patients with solid tumors.

| GENOMIC FINDINGS & BIOMARKERS IDENTIFIED |
|---|

Results reported in this section are not prescriptive or conclusive for labeled use of any specific therapeutic product. See *professional services* section for additional information.

| | |
|---|---|
| *Microsatellite status*  MS-Stable $^\S$ | *APC*  E1322* |
| *Tumor Mutational Burden*  1 Muts/Mb $^\S$ | *KRAS*  G12D $^\delta$ |
| *APC*  R216* | *TP53*  R342* |

$\delta$ *Erbitux® (Cetuximab) and Vectibix® (Panitumumab) are indicated for patients with absence of mutation in KRAS or NRAS exons 2, 3, and 4.*

$\S$ *Refer to appendix for limitation statements related to detection of any copy number alterations, gene rearrangements, BRCA1/2 alterations, MSI, or TMB results in this section.*

*Please refer to appendix for Explanation of Clinical Significance Classification and for variants of unknown significance (VUS).*

---

© 2026 Foundation Medicine, Inc. All rights reserved.

**ABOUT THE TEST** FoundationOne®CDx is the first FDA-approved broad companion diagnostic for solid tumors.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026

Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531

Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309

Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531

Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531

Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**BIOMARKER FINDINGS**

BIOMARKER
# Microsatellite status

**RESULT**
MS-Stable

## POTENTIAL TREATMENT STRATEGIES

### — Targeted Therapies —

On the basis of clinical evidence, MSS tumors are significantly less likely than MSI-H tumors to respond to anti-PD-1 immune checkpoint inhibitors[1-3], including approved therapies nivolumab and pembrolizumab[4-5]. In a retrospective analysis of 361 patients with solid tumors treated with pembrolizumab, 3% were MSI-H and experienced a significantly higher ORR compared with non-MSI-H cases (70% vs. 12%, p=0.001)[6]. For patients with chemotherapy-refractory microsatellite-stable (MSS) metastatic CRC, a Phase 3 trial reported no OS advantage from the combination of the PD-L1 inhibitor atezolizumab plus cobimetinib relative to regorafenib (8.9 vs. 8.5 months, HR=1.00); atezolizumab monotherapy similarly did not prolong OS (7.1 vs. 8.5 months, HR=1.19)[7]. For patients with MSS CRC, a Phase 2 study combining ipilimumab and nivolumab reported an overall DCR of 25% (10/40)[8]. Two Phase 1 studies for patients with MSS CRC treated with regorafenib and nivolumab reported PFSs of 7.9 months[9] and 5.7 months[10], and a patient with MSS CRC refractory to chemotherapy treated with the PD-1 inhibitor sintilimab and regorafenib reported a CR[11]. Phase 1 and 2 trials of anti-CTLA4 antibody botensilimab plus anti-PD1 antibody balstilimab for patients with MSS CRC reported ORRs of 8-19% and DCRs of 54-61%[12-13]; in the neoadjuvant setting, botensilimab plus balstilimab elicited pathological responses for 67% (6/9)[14].

### — Nontargeted Approaches —

MSI has not been found to be a predictive biomarker for combination chemotherapy regimens, including FOLFOX[15-16] and FOLFIRI[17-18]. Patients with MSS CRC are more likely to benefit from postsurgical fluorouracil (FU)-based adjuvant therapy[19-20] but less likely to benefit from irinotecan chemotherapy[21].

## FREQUENCY & PROGNOSIS

MSS colorectal cancers (CRCs) make up 70-85% of CRC cases[1,22-26]. MSS colorectal cancers are molecularly heterogeneous, driven by diverse mechanisms such as extensive DNA methylation, oncogenic mutations in KRAS or BRAF, or chromosomal instability[25]. Multiple studies have shown that MSS CRCs have a worse prognosis than MSI-high tumors[24,27-33].

## FINDING SUMMARY

Microsatellite instability (MSI) is a condition of genetic hypermutability that generates excessive amounts of short insertion/deletion mutations in the genome; it generally occurs at microsatellite DNA sequences and is caused by a deficiency in DNA MMR in the tumor[22]. Defective MMR and consequent MSI occur as a result of genetic or epigenetic inactivation of one of the MMR pathway proteins, primarily MLH1, MSH2, MSH6, or PMS2[22,34-35]. This sample is microsatellite-stable (MSS), equivalent to the clinical definition of an MSS tumor: one with mutations in none of the tested microsatellite markers[23,36-37]. MSS status indicates MMR proficiency and typically correlates with intact expression of all MMR family proteins[22-23,35,37].

BIOMARKER
# HRD signature

**RESULT**
HRDsig Negative

**SCORE**
0.02

## POTENTIAL TREATMENT STRATEGIES

### — Targeted Therapies —

On the basis of clinical data from real-world clinicogenomic database analyses, HRDsig positive status is associated with sensitivity to PARP inhibitors. Multiple studies of patients with either metastatic castration-resistant prostate cancer or metastatic breast cancer treated with PARP inhibitors observed more favorable OS, PFS, and time to treatment discontinuation for patients with HRDsig positive status compared with patients with HRDsig negative status[38-40]. Patients with HRDsig positive platinum-sensitive advanced ovarian cancer who received PARP inhibitor maintenance therapy had more favorable PFS than patients who received no maintenance therapy or patients with HRDsig Negative status[41]. Additionally, in a real-world dataset, HRDsig positive status was associated with improved outcomes on a platinum chemotherapy-containing regimen in pancreatic cancer[42].

## FREQUENCY & PROGNOSIS

HRD signature (HRDsig) Positive status has been identified in multiple solid tumor types, including ovarian (39%), breast (21%), prostate (15%), and pancreas (9%)[39-40,42-43]. A pan-cancer analysis of a large real-world dataset found a strong association between HRDsig positive status and biallelic inactivation of BRCA1/2 in ovarian, prostate, and pancreatic cancers[40]. Published data investigating the prognostic implications of HRDsig Positive status in solid tumors are limited (PubMed, Jan 2026).

## FINDING SUMMARY

Homologous recombination deficiency (HRD) produces characteristic genome-wide changes that accumulate as genomic scars because of incorrect DNA double-strand break repair. HRD signature (HRDsig) is a biomarker developed and validated to classify HRD status in pan-cancer samples using hundreds of copy number (CN) features to capture these genomic changes. HRDsig identifies both genomic and non-genomic mechanisms of HRD and has high sensitivity to detect samples with biallelic genomic alterations in homologous recombination repair (HRR) genes such as BRCA1/2. This sample has a status of HRD signature (HRDsig) Negative, defined as a model score of <0.7.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**BIOMARKER FINDINGS**

## BIOMARKER
# Tumor Mutational Burden

**RESULT**
1 Muts/Mb

### POTENTIAL TREATMENT STRATEGIES
— Targeted Therapies —

On the basis of clinical evidence in solid tumors, increased TMB may be associated with greater sensitivity to immunotherapeutic agents, including anti-PD-L1[44-47], anti-PD-1 therapies[45-49], and combination nivolumab and ipilimumab[50-58]. In CRC, a retrospective analysis of ICPI efficacy reported significantly improved OS for patients with tumors harboring TMB ≥9.8 Muts/Mb compared with those with tumors with TMB <9.8 Muts/Mb (~equivalency <12 Muts/Mb as measured by this assay)[45]. Another retrospective study reported that a TMB ≥12 Muts/Mb cutoff identifies >99% of MSI-High CRC cases but only 3% of MS-Stable cases, indicating the utility of this cutoff for identification of patients with CRC likely to benefit from treatment with ICPIs[59]. An analysis of real-world evidence across tumor types reported that TMB of ≥10 Muts/Mb was associated with longer survival outcomes; patients with CRC with TMB ≥10 Muts/Mb experienced a significantly longer real-world OS compared with patients with

TMB <10 Muts/Mb (HR= 0.37)[60].

### FREQUENCY & PROGNOSIS

Elevated tumor mutational burden (TMB) has been reported in 8-25% of colorectal cancer (CRC) samples[26,61-64]. Multiple studies have reported that up to 90% of hypermutated CRC cases exhibit high levels of microsatellite instability (MSI-H) and MMR deficiency[26,63]. Increased TMB is significantly associated with MSI-H and MMR deficiency, with studies reporting that 100% of MSI-H CRCs harbor elevated TMB and conversely that 100% of tumors with low TMB harbor intact MMR[61-63]. A subset of CRCs that harbor increased TMB but not MSI-H are driven by mutations in POLE, which leads to an "ultramutated" phenotype with especially high TMB[26,63]. Tumors with increased TMB harbor BRAF V600E mutations more frequently than those with low TMB[26,63], whereas TMB-low tumors more frequently harbor mutations in TP53 and APC[26]. The prognostic value of tumor mutational burden (TMB) in colorectal cancer (CRC) is context- and therapy-dependent. A study of tissue TMB (tTMB) in 145 CRC samples showed longer OS in TMB-high samples compared with TMB-low ones[65]. Similarly, for patients with metastatic CRC treated with first-line chemotherapy combined with bevacizumab or cetuximab, high tissue TMB (tTMB-H) was associated with longer OS[66]. For patients treated with adjuvant chemotherapy, tTMB-H was associated with better 5-year relapse-free survival[67]. However, for patients with EGFR/

BRAF-inhibitor-treated, BRAF-mutated microsatellite stable (MSS) metastatic CRC, intermediate tTMB was associated with significantly poorer PFS and OS compared with TMB-low status; patients with primary resistance to EGFR/BRAF blockage had higher TMB than those sensitive to these therapies[68]. In a study for 61 patients with metastatic, MSS CRC treated with best standard of care, plasma TMB scores ≥28 Muts/Mb (approximately 14 Muts/Mb as measured by this assay) were associated with reduced OS compared with plasma TMB scores <28 Muts/Mb (3.0 vs. 5.3 months, HR=0.76, p=0.007), whereas tTMB was not found to be prognostic in this population[69-70].

### FINDING SUMMARY

Tumor mutational burden (TMB, also known as mutation load) is a measure of the number of somatic protein-coding base substitutions and insertion/deletion mutations occurring in a tumor specimen. TMB is affected by a variety of causes, including exposure to mutagens such as ultraviolet light in melanoma[71-72] and cigarette smoke in lung cancer[73-74], treatment with temozolomide-based chemotherapy in glioma[75-76], mutations in the proofreading domains of DNA polymerases encoded by the POLE and POLD1 genes[26,77-80], and microsatellite instability[26,77,80]. This sample harbors a TMB below levels that would be predicted to be associated with sensitivity to PD-1- or PD-L1-targeting immune checkpoint inhibitors, alone or in combination with other agents[45,59,81].

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*    © *2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

**GENOMIC FINDINGS**

ORDERED TEST #   ORD-2261621-01

## GENE
# KRAS

**ALTERATION**
G12D

**HGVS VARIANT**
NM_004985.3:c.35G>A (p.G12D)

**VARIANT CHROMOSOMAL POSITION**
chr12:25398284

**VARIANT ALLELE FREQUENCY (% VAF)**
15.6%

### POTENTIAL TREATMENT STRATEGIES

— Targeted Therapies —

RAS tricomplex inhibitors, such as daraxonrasib and zoldonrasib that target both mutated and wildtype KRAS, NRAS, and HRAS, have shown activity in G12-mutated tumors[82-86]. Clinical data from early-stage studies suggest that solid tumors with KRAS mutations at codon 12 or 13 may benefit from RAS-targeted peptide vaccines[87-92]. The combination of nivolumab, ipilimumab, and pooled synthetic long peptide vaccines targeting KRAS codon 12 (G12D, G12R, G12V, G12A, and G12C) and G13D mutations has also shown clinical benefit[93-94]. Patients with KRAS G12D-mutated solid tumors may benefit from selective G12D protein degraders, such as setidegrasib[95-96] or KRAS G12D small-molecule inhibitors, such as HRS4642[97-98], zoldonrasib[99-100] , GFH375[101-102] , and INCB161734[103]. Solid tumors with KRAS mutations, such as G12D and G12V, may benefit

from adoptive cell therapy targeting these specific KRAS mutations[104-108]. Multiple studies of MEK inhibitors have reported low response rates for patients with KRAS-mutated solid tumors[109-115]; however, limited clinical data support investigational approaches targeting MEK in KRAS-mutated solid tumors, including the combination of the MEK inhibitor mirdametinib or binimetinib and the CDK4/6 inhibitor palbociclib[116-117] , the dual MEK-pan-RAF inhibitors avutometinib or IK-595[118-119], and avutometinib in combination with the FAK inhibitor defactinib[120-123] . Additional approaches to treat RAS-addicted solid tumors include targeting SOS1 (BI-3406, MRTX0902, BI-1701963, and BAY-293)[124-135] or SHP2 (ERAS-601, RMC-4630, TNO155) either alone or in combination with other targeted therapies[136-142]. A Phase 2 study of the PLK1 inhibitor onvansertib in combination with FOLFIRI and bevacizumab reported a 26% (14/53) ORR and 11.7 month median DOR for patients with KRAS-mutated metastatic CRC previously treated with chemotherapy with or without bevacizumab; higher activity (77% [10/13]) was reported for patients who had not received prior bevacizumab[143]. In a Phase 1 trial of the G12D small-molecule inhibitor INCB161734, 2 patients with KRAS G12D-mutated CRC exhibited PRs[103]. KRAS G12D-targeted adoptive cell therapy has yielded PRs for pretreated patients with metastatic CRC[106]. Phase 1 studies or RAS-targeted peptide vaccines showed biomarker responses for patients with KRAS-mutated (G12D or G12R) resected CRC[87,91], and reported a 42% (5/12) DCR, 3.7-month mPFS, and 24.9-month OS for patients with

pMMR/microsatellite-stable disease[94].

— Potential Resistance —

Activating mutations in KRAS or NRAS are associated with lack of clinical benefit from cetuximab[144-147] or panitumumab[148-150] for patients with CRC. Therefore, activating mutations in either gene indicate against the use of cetuximab and panitumumab (NCCN Colon Cancer Guidelines, v1.2024, NCCN Rectal Cancer Guidelines, v1.2024).

— Nontargeted Approaches —

Patients with metastatic CRC and mutations in the KRAS G12 codon may not derive significant benefit from the chemotherapy trifluridine/tipiracil over placebo based on a retrospective real-world evidence study[151].

### FREQUENCY & PROGNOSIS

Mutations in KRAS have been reported in approximately 35-50% of colorectal cancers (CRCs)[152-160]. Numerous studies have reported that KRAS mutations are associated with increased metastasis, adverse clinicopathological features, and shorter survival of patients with CRC[154-157,161-162].

### FINDING SUMMARY

KRAS encodes a member of the RAS family of small GTPases. Activating mutations in RAS genes can cause uncontrolled cell proliferation and tumor formation[163-164]. One or more alterations seen here are pathogenic[163,165-187].

## GENE
# NRAS

**ALTERATION**
wildtype

### POTENTIAL TREATMENT STRATEGIES

— Targeted Therapies —

Lack of mutations in KRAS or NRAS is associated with clinical benefit of treatment with EGFR-

targeting antibodies cetuximab[144-147] or panitumumab[148-150] for patients with CRC. Therefore, these agents are indicated to treat patients with CRC lacking such mutations (NCCN Colon Cancer Guidelines, v1.2024, Rectal Cancer Guidelines, v1.2024).

### FREQUENCY & PROGNOSIS

The majority of colorectal cancers (CRCs) (91-98%) have been reported to lack NRAS mutations[26,160,188-193]. NRAS wild-type status has been reported to be associated with decreased

frequency of metastasis[160] and longer survival[193-194] of patients with CRC.

### FINDING SUMMARY

NRAS encodes a member of the RAS family of small GTPases that mediate transduction of growth signals. Activation of RAS signaling causes cell growth, differentiation, and survival by activating the RAF-MAPK-ERK, PI3K, and other pathways[163]. No alterations in NRAS were identified in this case.

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST #  ORD-2261621-01

## GENE
# *APC*

**ALTERATION**
R216*, E1322*

**HGVS VARIANT**
NM_000038.4:c.646C>T (p.R216*),
NM_000038.4:c.3964G>T (p.E1322*)

**VARIANT CHROMOSOMAL POSITION**
chr5:112128143, chr5:112175255

**VARIANT ALLELE FREQUENCY (% VAF)**
12.5%, 16.2%

### POTENTIAL TREATMENT STRATEGIES

— **Targeted Therapies** —

There are no approved drugs targeting APC inactivation in cancer. Loss of APC function leads to the accumulation of beta-catenin and upregulation of WNT pathway transcription programs[195], and potential therapeutic approaches to target this pathway include antagonists that interfere with the ability of beta-catenin to interact with transcriptional co-activator CBP[196-197]. In a Phase 1 trial of the CBP/beta-catenin antagonist E7386, 1 patient with APC-mutated small bowel adenocarcinoma achieved a PR with tumor shrinkage of 69% and response duration of 165 days[198]; preclinical data support sensitivity of APC-deficient gastric or colorectal cancer (CRC) models to E7386[199-200]. Clinical studies have also demonstrated significant responses for patients with APC-mutated desmoid tumors following treatment with the gamma-secretase inhibitors (GSI) nirogacestat and AL101[201-203], suggesting APC mutations may be sensitive to GSIs for this patient population. Mutations in APC have been associated with improved prognosis for patients treated with bevacizumab plus FOLFIRI compared with patients with wild-type APC treated with the same combination (HR=0.59, p=0.01)[204].

### FREQUENCY & PROGNOSIS

APC mutations were observed in 74% of colorectal cancers examined in 1 study[205]. In 1 study, loss of heterozygosity (LOH) of APC was observed in 32% of colorectal cancer (CRC) samples[206]. For patients with non-hypermutated CRC, APC mutations were associated with longer OS (HR=0.61, p<0.01) and recurrence-free survival (RFS) (HR=0.68, p=0.02)[205]. Similarly, patients with microsatellite stable (MSS) CRC and wildtype APC had worse median OS (22.6 vs. 45.6 months; p<0.0001) compared with patients with APC-mutated CRC[207].

### FINDING SUMMARY

APC (adenomatous polyposis coli) encodes a tumor suppressor with critical roles in regulating cell division and adhesion. APC interacts with beta-catenin and controls signaling in the WNT pathway, which regulates embryonic development and cell differentiation[208]. Alterations such as seen here may disrupt APC function or expression[209-213].

### POTENTIAL GERMLINE IMPLICATIONS

One or more of the APC variants observed here has been described in the ClinVar database as a likely pathogenic or pathogenic germline mutation (by an expert panel or multiple submitters)[214]. Follow-up germline testing would be needed to distinguish whether the finding in this patient is somatic or germline. Germline mutations in APC are found in more than 90% of patients with familial adenomatous polyposis (FAP)[215-217]. The prevalence for FAP in the general population is estimated to be 1:8,300 from birth[218], and in the appropriate clinical context germline testing of APC is recommended.

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®**CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

## GENE
# *TP53*

**ALTERATION**
R342*

**HGVS VARIANT**
NM_000546.4:c.1024C>T (p.R342*)

**VARIANT CHROMOSOMAL POSITION**
chr17:7574003

**VARIANT ALLELE FREQUENCY (% VAF)**
32.5%

### POTENTIAL TREATMENT STRATEGIES

— Targeted Therapies —

There are no approved therapies to address TP53 mutation or loss. However, tumors with TP53 loss of function alterations may be sensitive to the WEE1 inhibitor adavosertib[219-222] or p53 gene therapy such as SGT53[223-228]. In a Phase 1 study, adavosertib in combination with gemcitabine, cisplatin, or carboplatin elicited PRs in 9.7% and SDs in 53% of patients with solid tumors; the response rate was 21% (4/19) for patients with TP53 mutations versus 12% (4/33) for patients who were TP53 wildtype[229]. Phase 2 studies of adavosertib in combination with chemotherapy reported ORRs of 32% (30/94) and 41% (12/29) for patients with platinum-refractory TP53-mutated ovarian, Fallopian tube, or peritoneal cancer[230-231]. For patients with platinum-sensitive TP53-mutated ovarian cancer, the combination of adavosertib with paclitaxel and carboplatin significantly increased PFS compared with paclitaxel and carboplatin alone (9.9 vs. 8.0 months)[232]. In the Phase 2 VIKTORY trial, patients with TP53-mutated metastatic and/or recurrent gastric cancer experienced a 24% (6/25) ORR with adavosertib combined with paclitaxel[233]. A Phase 1 trial of neoadjuvant adavosertib in combination with cisplatin and docetaxel for head and neck

squamous cell carcinoma (HNSCC) elicited a 71% (5/7) response rate for patients with TP53 alterations[234]. The Phase 2 FOCUS4-C trial for patients with TP53- and RAS-mutated colorectal cancer reported improvement in PFS (3.61 vs. 1.87 months, HR=0.35, p=0.0022), but not OS (14.0 vs 12.8 months, p=0.93), following adavosertib treatment compared with active monitoring[235]. In a Phase 1b clinical trial of SGT-53 in combination with docetaxel for patients with solid tumors, 75% (9/12) of evaluable patients experienced clinical benefit, including 2 confirmed and 1 unconfirmed PRs and 2 instances of SD with significant tumor shrinkage[228]. Missense mutations leading to TP53 inactivation may be sensitive to therapies that reactivate mutated p53 such as eprenetapopt. In a Phase 1b trial for patients with p53-positive high-grade serous ovarian cancer, eprenetapopt combined with carboplatin and pegylated liposomal doxorubicin achieved a 52% (11/21) response rate and 100% DCR[236]. A Phase 1 trial of eprenetapopt with pembrolizumab for patients with solid tumors reported an ORR of 10% (3/29)[237].

### FREQUENCY & PROGNOSIS

TP53 mutations have been reported in up to 75% of colorectal cancer cases[26,238-244]. A study reported p53 expression in 49% of analyzed colorectal cancer cases[245]. TP53 mutation has not been consistently demonstrated to be a significant independent prognostic marker in the context of CRC[238,246].

### FINDING SUMMARY

TP53 encodes the tumor suppressor p53, a transcription factor that responds to cellular stresses such as DNA damage or oncogene activation by inducing cell cycle arrest and apoptosis[247]. Alterations such as seen here may disrupt TP53 function or expression[248-252]. Functional loss of p53 is common in aggressive

advanced cancers[247].

### POTENTIAL GERMLINE IMPLICATIONS

One or more of the TP53 variants observed here has been described in the ClinVar database as a likely pathogenic or pathogenic germline mutation (by an expert panel or multiple submitters)[214]. Follow-up germline testing would be needed to distinguish whether the finding in this patient is somatic or germline. Germline mutations in TP53 are associated with the very rare autosomal dominant disorder Li-Fraumeni syndrome and the early onset of many cancers[253-255], including sarcomas[256-257]. Estimates for the prevalence of germline TP53 mutations in the general population range from 1:5,000[258] to 1:20,000[257]. For pathogenic TP53 mutations identified during tumor sequencing, the rate of germline mutations was 1% in the overall population and 6% in tumors arising before age 30[259]. In the appropriate clinical context, germline testing of TP53 is recommended.

### POTENTIAL CLONAL HEMATOPOIESIS IMPLICATIONS

Variants seen in this gene have been reported to occur in clonal hematopoiesis (CH), an age-related process in which hematopoietic stem cells acquire somatic mutations that allow for clonal expansion[260-265]. CH in this gene has been associated with increased mortality, risk of coronary heart disease, risk of ischemic stroke, and risk of secondary hematologic malignancy[260-261]. Clinical management of patients with CH in this gene may include monitoring for hematologic changes and reduction of controllable risk factors for cardiovascular disease[266]. Comprehensive genomic profiling of solid tumors detects nontumor alterations that are due to CH[264,267-268]. Patient-matched peripheral blood mononuclear cell sequencing is required to conclusively determine if this alteration is present in tumor or is secondary to CH.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

 **FOUNDATION**ONE®**CDx**

| | | |
|---|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) | REPORT DATE<br>16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

| THERAPIES ASSOCIATED WITH RESISTANCE | IN PATIENT'S TUMOR TYPE |
|---|---|

## Cetuximab

❌ Resistance of variant(s) to associated therapy is likely

*Assay findings association*

**KRAS**
G12D

**NRAS**
wildtype

### AREAS OF THERAPEUTIC USE

Cetuximab is a mAB that targets EGFR. It is FDA approved to treat head and neck squamous cell carcinoma (HNSCC) and KRAS-wildtype, EGFR-expressing metastatic colorectal cancer (CRC). Please see the drug label for full prescribing information.

### GENE ASSOCIATION

Therapies targeting EGFR, including cetuximab, have been shown to have significant clinical activity for patients with CRC[144-147,269-270] ; wild-type KRAS and NRAS are predictive biomarkers for the efficacy of cetuximab in metastatic CRC (NCCN Colon Cancer Guidelines, v1.2024, NCCN Rectal Cancer Guidelines, v1.2024). Activating mutations in either KRAS[144-147] or NRAS[191,242] , which function downstream of EGFR, are associated with lack of benefit of cetuximab for patients with CRC and indicate against the use of cetuximab (NCCN Colon Cancer Guidelines v1.2024).

### SUPPORTING DATA

Cetuximab has been shown to improve OS, PFS, and response rate for patients with KRAS-wildtype colorectal cancer (CRC), both in combination with FOLFIRI, FOLFOX4, or irinotecan[144-145,269-271] and as monotherapy for chemotherapy-refractory patients[147,272] . The Phase 3 study STRATEGIC-1 reported a similar duration of disease control (DDC) for patients with unresectable metastatic CRC (mCRC) and KRAS-, NRAS-, and BRAF-wildtype status treated with mFOLFOX-bevacizumab alternated with a cetuximab regimen in first or second line, respectively (overall DDC 22.5 vs. 23.5 months); in addition, the study reported similar OS (37.8 vs. 34.4 months) and higher numerical ORR for patients treated with cetuximab in the first line followed by mFOLFOX-

bevacizumab compared with those receiving EGFR-directed antibodies in the second or third line[273]. A prospective study of cetuximab monotherapy for patients with KRAS-, NRAS-, and BRAF-wildtype mCRC reported 11% (2/19) PRs and 58% (11/19) SDs[274]. The Phase 2 AVETUX trial of cetuximab combined with avelumab and mFOLFOX6 for patients with RAS- and BRAF-wildtype mCRC resulted in an ORR of 81% (4 CR and 27 PRs, n=37) and a DCR of 89%[275]. A study of cetuximab in combination with mFOLFOX6 in the second line for patients with RAS-, NRAS-, and BRAF-wildtype mCRC reported a DCR of 83% (30/36; 24 PR) and median OS and PFS of 32.4 months and 11.1 months, respectively[276]. In the Phase 3 ASPECCT study, panitumumab was found to be non-inferior to cetuximab with respect to median OS (10.4 vs. 10.0 months, HR=0.97) for patients with previously treated KRAS exon 2 wildtype metastatic colorectal cancer; median PFS was also similar between the two treatment groups (4.4 vs. 4.1 months, HR=1.00)[277]. In a similar patient population, a Phase 2 study of combination panitumumab and irinotecan versus combination cetuximab and irinotecan also demonstrated non-inferiority with respect to median PFS (5.4 vs. 4.3 months, HR = 0.64) and median OS (14.9 vs. 11.5 months, HR=0.66)[278]. Patients who have previously received cetuximab or panitumumab may derive clinical benefit from a rechallenge. Pooled analysis of 4 Phase 2 rechallenge studies reported an 18% ORR (20/114, 1 CR, 19 PR, 65 SD), a 4-month PFS, and a 13.1-month OS among patients who had KRAS-, NRAS-, and BRAF-wildtype status by ctDNA analysis prior to therapeutic rechallenge; regimens included panitumumab with or without chemotherapy, cetuximab with chemotherapy, or cetuximab plus avelumab[279].

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

© 2026 Foundation Medicine, Inc. All rights reserved.

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

| THERAPIES ASSOCIATED WITH RESISTANCE | IN PATIENT'S TUMOR TYPE |
|---|---|

## *Panitumumab*

❌ Resistance of variant(s) to associated therapy is likely

*Assay findings association*

**KRAS**
G12D

**NRAS**
wildtype

### AREAS OF THERAPEUTIC USE

Panitumumab is a monoclonal antibody that targets EGFR. It is FDA approved to treat KRAS wild-type and NRAS wild-type metastatic colorectal cancer (CRC) combined with chemotherapy or as monotherapy for patients who have progressed on prior chemotherapy. Please see the drug label for full prescribing information.

### GENE ASSOCIATION

Therapies targeting EGFR, including panitumumab, have been shown to have significant clinical activity for patients with CRC[148,277,280] ; wild-type KRAS and NRAS are predictive biomarkers for the efficacy of panitumumab in metastatic CRC (NCCN Colon Cancer Guidelines v1.2024)(NCCN Rectal Cancers Guidelines, v1.2024). Activating mutations in either KRAS[148-150] or NRAS[149,240] , which function downstream of EGFR, are associated with lack of benefit of panitumumab for patients with CRC and indicate against the use of panitumumab (NCCN Colon Cancer Guidelines v1.2024, NCCN Rectal Cancer Guidelines v1.2024).

### SUPPORTING DATA

Panitumumab has been shown to improve OS, PFS, and ORR for patients with KRAS-wildtype colorectal cancer (CRC), both in combination with FOLFOX4, FOLFIRI, irinotecan, or best supportive care[148,281-284] , and as monotherapy for chemotherapy-refractory patients[240,277,280] . The Phase 3 PARADIGM trial comparing panitumumab plus mFOLFOX6 versus bevacizumab plus mFOLFOX6 as first-line treatment for patients with RAS-wildtype left-sided metastatic CRC demonstrated that treatment with panitumumab significantly improved median OS (mOS; 36.2 months vs. 31.3 months, HR=0.84) compared with bevacizumab[285]. A Phase 2 trial reported that, for patients with unresectable RAS-wildtype colorectal adenocarcinoma treated with panitumumab plus FOLFOX4, maintenance with a combination of panitumumab plus fluorouracil and leucovorin was superior to panitumumab monotherapy (10-month PFS OF 59% vs. 49%)[286]. A Phase 2 trial for patients with RAS-wildtype mCRC treated with panitumumab plus FOLFOX6 reported that the addition of panitumumab to maintenance fluorouracil and folinic acid significantly improved PFS (8.8 months vs 5.8 months, HR=0.73) and numerically improved OS (29.9 months vs 24.7 months, HR=0.85) compared to fluorouracil and folinic acid alone[287]. In the Phase 3 ASPECCT study, panitumumab was found to be non-inferior to cetuximab with respect to median OS (10.4 vs. 10.0 months, HR=0.97) for patients with previously treated KRAS exon 2 wildtype metastatic colorectal cancer; median PFS was also similar between the two treatment groups (4.4 vs. 4.1 months, HR=1.00)[277]. In a similar patient population, a Phase 2 study of combination panitumumab and irinotecan versus combination cetuximab and irinotecan also demonstrated non-inferiority with respect to median PFS (5.4 vs. 4.3 months, HR = 0.64) and median OS (14.9 vs. 11.5 months, HR=0.66)[278]. Patients who have previously received cetuximab or panitumumab may derive clinical benefit from a rechallenge. Pooled analysis of 4 Phase 2 rechallenge studies reported an 18% ORR (20/114, 1 CR, 19 PR, 65 SD), a 4-month PFS, and a 13.1-month OS among patients who had KRAS-, NRAS-, and BRAF-wildtype status by ctDNA analysis prior to therapeutic rechallenge; regimens included panitumumab with or without chemotherapy, cetuximab with chemotherapy, or cetuximab plus avelumab[279].

**NOTE** Genomic alterations detected may be associated with activity of certain FDA approved drugs, however, the agents listed in this report may have varied evidence in the patient's tumor type.

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

© 2026 Foundation Medicine, Inc. All rights reserved.

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

FOUNDATIONONE®CDx

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**CLINICAL TRIALS**

**NOTE** Clinical trials are ordered by gene and prioritized by: age range inclusion criteria for pediatric patients, proximity to ordering medical facility, later trial phase, and verification of trial information within the last two months. While every effort is made to ensure the accuracy of the information contained below, the information available in the public domain is continually updated and should be investigated by the physician or research staff. This is not a comprehensive list of all available clinical trials. Foundation Medicine displays a subset of trial options and ranks them in this order of descending priority: Qualification for pediatric trial → Geographical proximity → Later trial phase. Clinical trials listed here may have additional enrollment criteria that may require medical screening to determine final eligibility. For additional information about listed clinical trials or to conduct a search for additional trials, please see clinicaltrials.gov. Or, visit https://www.foundationmedicine.com/genomic-testing#support-services.

## BIOMARKER
# Microsatellite status

**RESULT**
MS-Stable

**RATIONALE**
The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

| NCT05584670 | PHASE 1/2 |
|---|---|
| A First-in-human, Dose Escalation and Dose Expansion Study of SAR445877 in Adult Participants With Advanced Solid Tumors | **TARGETS** EGFR, PD-L1 |

**LOCATIONS:** Rhode Island, New Jersey, New York, Delaware, Michigan, Iowa, Kansas, Texas, Washington, Madrid (Spain)

| NCT05669430 | PHASE 1/2 |
|---|---|
| A Study of GV20-0251 in Patients With Solid Tumor Malignancies | **TARGETS** IGSF8, PD-1 |

**LOCATIONS:** Massachusetts, Connecticut, New York, Virginia, Michigan, Indiana, Texas, Oregon, California

| NCT06697197 | PHASE 1/2 |
|---|---|
| A Study of BMS-986482 Alone or as Combination Therapy in Participants With Advanced Solid Tumors | **TARGETS** TYK2, VEGFA |

**LOCATIONS:** New York, New Jersey, North Carolina, Washington, California, Madrid (Spain), Pamplona (Spain), Villejuif (France), Ghent (Belgium)

| NCT06589440 | PHASE 2 |
|---|---|
| Phase 2 Study of SR-8541A in Combination with Botensilimab and Balstilimab in Subjects with Refractory Metastatic Microsatellite Stable Colorectal Cancer (MSS-CRC) | **TARGETS** CTLA-4, PD-1, ENPP1 |

**LOCATIONS:** New Jersey, Texas, Washington

| NCT06300463 | PHASE 2 |
|---|---|
| Platform Study of Immunotherapy Combinations in Colorectal Cancer Liver Metastases | **TARGETS** PD-1, CD73, TGF-beta, CTLA-4 |

**LOCATIONS:** New York

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®CDx

| | | |
|---|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) | REPORT DATE<br>16 Jan 2026 |

ORDERED TEST #   ORD-2261621-01

**CLINICAL TRIALS**

---

## NCT06792695 — PHASE 2

A Study of Novel Study Interventions and Combinations in Participants With Colorectal Cancer

**TARGETS**
VEGFA, CTLA-4, PD-1

**LOCATIONS:** Montreal (Canada), New York, Maryland, Toronto (Canada), Barrie (Canada), Minnesota, Texas, Maastricht (Netherlands), Arizona, Victoria (Canada)

---

## NCT06699836 — PHASE 2

A Phase 2 Study of Leronlimab in Combination With TAS-102 + Bevacizumab in Previously Treated Participants With mCRC

**TARGETS**
CCR5, VEGFA

**LOCATIONS:** Pennsylvania, Kentucky, Nebraska, Washington, California

---

## NCT06603818 — PHASE 2

Immunotherapies in Combination With Stereotactic Body Radiation Radiotherapy in Microsatellite Stable (MSS) Metastatic Colorectal Cancer (mCRC)

**TARGETS**
TIGIT, PD-L1

**LOCATIONS:** Maryland

---

## NCT06544655 — PHASE 1

A Study of BMS-986484 Alone and Combination Therapy in Participants With Advanced Solid Tumors

**TARGETS**
PD-1

**LOCATIONS:** Montreal (Canada), Toronto (Canada), Michigan, South Dakota, Texas, Arizona, California, Darlinghurst (Australia), Elizabeth Vale (Australia)

---

## NCT07079631 — PHASE 1/2

A Clinical Study to Test if an Investigational Treatment Called BNT314 When Used in Combination With Another Investigational Treatment BNT327 and Chemotherapy, is Beneficial and Safe for Patients With Advanced Colorectal Cancer

**TARGETS**
PD-L1, VEGFA, EpCAM, 41BB

**LOCATIONS:** Ohio, Michigan, Texas, Sutton (United Kingdom), London (United Kingdom), Madrid (Spain), Barcelona (Spain)

---

The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**CLINICAL TRIALS**

---

GENE

## APC

ALTERATION

R216*, E1322*

RATIONALE

Based on preclinical and limited clinical data, APC inactivation may be associated with sensitivity to CBP/beta-catenin interaction inhibitors. The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

### NCT05919264                                    PHASE 1/2

FOG-001 in Locally Advanced or Metastatic Solid Tumors

TARGETS
TCF, Beta-catenin

LOCATIONS: Massachusetts, Connecticut, New York, Maryland, District of Columbia, Pennsylvania, Virginia, Ohio, Tennessee, Wisconsin

### NCT04008797                                    PHASE 1/2

A Study of E7386 in Combination With Other Anticancer Drug in Participants With Solid Tumor

TARGETS
CBP, Beta-catenin, FGFRs, RET, PDGFRA, VEGFRs, KIT

LOCATIONS: New York, Montreal (Canada), Toronto (Canada), Ohio, South Carolina, Tennessee, Florida

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



| | PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|---|
| | Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**CLINICAL TRIALS**

## GENE
### *KRAS*

**ALTERATION**
G12D

**RATIONALE**

Preclinical and clinical evidence suggests that KRAS activating mutations may predict sensitivity to KRAS-targeted adoptive cell therapies, KRAS-targeted peptide vaccines, PLK1 inhibitors, as well as inhibitors of MAPK pathway components, including SOS1 inhibitors, SHP2 inhibitors, MEK inhibitors, and MEK-pan-RAF dual inhibitors. In addition, patients with KRAS G12 alterations may be sensitive to small-molecule inhibitors that target the G12 codon or specific G12 mutations. KRAS amplification may predict sensitivity to MEK and SHP2 inhibitors. The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

### NCT06447662 — PHASE 1

A Study to Learn About the Study Medicine PF-07934040 When Given Alone or With Other Anti-cancer Therapies in People With Advanced Solid Tumors That Have a Genetic Mutation.

**TARGETS**
KRAS, EGFR, VEGFA, PD-1

**LOCATIONS:** Rhode Island, Ohio, North Carolina, Michigan, Missouri

### NCT05538130 — PHASE 1

A Study to Learn About the Study Medicine Called PF-07799544 in People With Advanced Solid Tumors

**TARGETS**
MEK, MAPK1, MAPK3, BRAF

**LOCATIONS:** Massachusetts, New York, New Jersey, Montreal (Canada), Ottawa (Canada)

### NCT06835569 — PHASE 1

A Study to Learn About Study Medicine ALTA3263 in Adults With Advanced Solid Tumors With KRAS Mutations

**TARGETS**
KRAS

**LOCATIONS:** Massachusetts, New York, Virginia, Tennessee, Florida, Texas

### NCT05379985 — PHASE 1/2

Study of RMC-6236 in Patients With Advanced Solid Tumors Harboring Specific Mutations in RAS

**TARGETS**
KRAS

**LOCATIONS:** Massachusetts, New York, Maryland, Virginia, Ohio, Tennessee, Florida, Texas

### NCT06179160 — PHASE 1

A Study to Evaluate INCB161734 in Participants With Advanced or Metastatic Solid Tumors With KRAS G12D Mutation

**TARGETS**
EGFR, KRAS G12D, PD-1

**LOCATIONS:** Massachusetts, New York, New Jersey, Ottawa (Canada), Maryland, Toronto (Canada), Tennessee, Texas, Colorado, Arizona

### NCT06586515 — PHASE 1

MOONRAY-01, A Study of LY3962673 in Participants With KRAS G12D-Mutant Solid Tumors

**TARGETS**
KRAS, EGFR

**LOCATIONS:** Massachusetts, New York, Ottawa (Canada), District of Columbia, Toronto (Canada), Pennsylvania, Ohio, North Carolina, Michigan

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | | |
|---|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) | REPORT DATE<br>16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**CLINICAL TRIALS**

---

## NCT06607185                                                PHASE 1

A Study of the Pan-KRAS Inhibitor LY4066434 in Participants With KRAS Mutant Solid Tumors

**TARGETS**
KRAS, PD-1, EGFR

**LOCATIONS:** Massachusetts, Connecticut, New York, Virginia, Pennsylvania, Ohio, North Carolina, Michigan, Indiana

## NCT06619587                                                PHASE 1

A Study to Evaluate Safety, Pharmacokinetics, and Activity of GDC-7035 as a Single Agent and in Combination in Patients With Advanced Solid Tumors

**TARGETS**
KRAS

**LOCATIONS:** Massachusetts, Connecticut, New York, Pennsylvania, Montreal (Canada), Toronto (Canada), Michigan, Illinois, Tennessee, Florida

## NCT06625775                                                PHASE 1

Open-Label Study of BBO-10203 in Subjects With Advanced Solid Tumors

**TARGETS**
PI3K-alpha, ERBB2, CDK6, CDK4, ER

**LOCATIONS:** Massachusetts, New York, Indiana, Tennessee, Wisconsin, Missouri, Florida, Texas

## NCT07204340                                                PHASE 1

TLN-372 in Advanced KRAS Mutant Solid Tumors

**TARGETS**
PD-1, KRAS, EGFR

**LOCATIONS:** Massachusetts, New York, Michigan, Tennessee, Perth (Australia)

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



**FOUNDATIONONE®CDx**

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

**CLINICAL TRIALS**

ORDERED TEST # ORD-2261621-01

---

GENE
## *NRAS*

ALTERATION
wildtype

RATIONALE
The genomic finding observed here may serve as inclusion criteria for 1 or more clinical trials listed below.

| NCT06490536 | PHASE 3 |
|---|---|
| The Sagittarius Trial | **TARGETS**<br>PD-1, CTLA-4, ERBB2, EGFR |

**LOCATIONS:** Santiago de Compostela (Spain), Santander (Spain), Madrid (Spain), Córdoba (Spain), Pamplona (Spain), Zaragoza (Spain), Valencia (Spain), Barcelona (Spain), Candiolo (Italy), Biella (Italy)

---

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

*© 2026 Foundation Medicine, Inc. All rights reserved.*

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

REPORT DATE
16 Jan 2026

ORDERED TEST # ORD-2261621-01

**APPENDIX**   **Information Provided as a Professional Service**

**NOTE**   One or more variants of unknown significance (VUS) were detected in this patient's tumor. These variants may not have been adequately characterized in the scientific literature at the time this report was issued, and/or the genomic context of these alterations makes their significance unclear. We choose to include them here in the event that they become clinically meaningful in the future.

**ATRX**
NM_000489.3: c.4134T>G
(p.D1378E)
chrX:76912130
49.5% VAF

**IGF1R**
NM_000875.3: c.1741G>A
(p.V581I)
chr15:99456424
52.5% VAF

**TET2**
NM_001127208.2: c.507T>G
(p.H169Q)
chr4:106155606
16.9% VAF

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*   © 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

**Sample Preparation:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Sample Analysis:** 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
**Post-Sequencing Analysis:** 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | | | |
|---|---|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) | REPORT DATE<br>16 Jan 2026 | |

| APPENDIX | About FoundationOne®CDx |
|---|---|

ORDERED TEST # ORD-2261621-01

## INTENDED USE

FoundationOne®CDx (F1CDx) is a qualitative next generation sequencing based in vitro diagnostic test that uses targeted high throughput hybridization-based capture technology for detection of substitutions, insertion and deletion alterations (indels), and copy number alterations (CNAs) in 324 genes and select gene rearrangements, as well as genomic signatures including microsatellite instability (MSI) and tumor mutational burden (TMB) using DNA isolated from formalin-fixed, paraffin embedded (FFPE) tumor tissue specimens. The test is intended as a companion diagnostic to identify patients who may benefit from treatment with the targeted therapies listed in Table 1 in accordance with the approved therapeutic product labeling. Additionally, F1CDx is intended to provide tumor mutation profiling to be used by qualified health care professionals in accordance with professional guidelines in oncology for patients with solid malignant neoplasms. Genomic findings other than those listed in Table 1 are not prescriptive or conclusive for labeled use of any specific therapeutic product.

The F1CDx assay is performed at Foundation Medicine, Inc. sites located in Cambridge, MA and Morrisville, NC.

**TABLE 1: COMPANION DIAGNOSTIC INDICATIONS**

| TUMOR TYPE | BIOMARKER(S) DETECTED | THERAPY |
|---|---|---|
| Breast cancer | *AKT1* E17K;<br><br>*PIK3CA* R88Q, N345K, C420R, E542K, E545A, E545D, E545Q, E545K, E545G, Q546E, Q546K, Q546R, Q546P, M1043V, M1043I, H1047Y, H1047R, H1047L and G1049R;<br><br>and *PTEN* alterations | TRUQAP™ (capivasertib) in combination with FASLODEX® (fulvestrant) |
| | *ERBB2* (HER2) amplification | HERCEPTIN® (trastuzumab) |
| | | KADCYLA® (ado-trastuzumab emtansine) |
| | | PERJETA® (pertuzumab) |
| | *PIK3CA* C420R, E542K, E545A, E545D [1635G>T only], E545G, E545K, Q546E, Q546R, H1047L, H1047R, and H1047Y alterations | PIQRAY® (alpelisib) |
| Cholangiocarcinoma | *FGFR2* fusions and select rearrangements | PEMAZYRE® (pemigatinib) |
| Colorectal cancer | *KRAS* wild-type (absence of mutations in codons 12 and 13) | ERBITUX® (cetuximab) |
| | *KRAS* wild-type (absence of mutations in exons 2, 3, and 4) and *NRAS* wild-type (absence of mutations in exons 2, 3, and 4) | VECTIBIX® (panitumumab) |
| Melanoma | *BRAF* V600 mutation-positive | TECENTRIQ® (atezolizumab) in combination with COTELLIC® (cobimetinib) and ZELBORAF® (vemurafenib) |
| | *BRAF* V600E | BRAF Inhibitor Approved by FDA* |
| | *BRAF* V600E and V600K | BRAF/MEK Inhibitor Combinations Approved by FDA* |
| | | MEKINIST® (trametinib) |
| Non-small cell lung cancer (NSCLC) | *ALK* rearrangements | ALECENSA® (alectinib) |
| | | ALUNBRIG® (brigatinib) |
| | | XALKORI® (crizotinib) |
| | | ZYKADIA® (ceritinib) |
| | *BRAF* V600E | BRAFTOVI® (encorafenib) in combination with MEKTOVI® (binimetinib) |
| | | TAFINLAR® (dabrafenib) in combination with MEKINIST® (trametinib) |
| | *EGFR* exon 19 deletions and *EGFR* exon 21 L858R alterations | EGFR Tyrosine Kinase Inhibitors (TKI) Approved by FDA* |
| | *EGFR* exon 20 T790M alterations | TAGRISSO® (osimertinib) |
| | *MET* single nucleotide variants (SNVs) and indels that lead to *MET* exon 14 skipping | TABRECTA® (capmatinib) |
| | *ROS1* fusions | ROZLYTREK® (entrectinib) |
| Ovarian cancer | *BRCA1*, *BRCA2* alterations | LYNPARZA® (olaparib) |

**TABLE CONTINUED ON NEXT PAGE**

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

FOUNDATION**ONE**®**CDx**

| | | |
|---|---|---|
| PATIENT | TUMOR TYPE | REPORT DATE |
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

| | APPENDIX | About FoundationOne®CDx |
|---|---|---|

ORDERED TEST #   ORD-2261621-01

**TABLE 1: COMPANION DIAGNOSTIC INDICATIONS CONTINUED**

| TUMOR TYPE | BIOMARKER(S) DETECTED | THERAPY |
|---|---|---|
| Pediatric low-grade glioma | *BRAF* V600 mutation-positive and *BRAF* fusions | OJEMDA™ (tovorafenib) |
| Prostate cancer | *BRCA1*, *BRCA2* alterations | AKEEGA® (niraparib + abiraterone acetate) |
| | | LYNPARZA® (olaparib) in combination with abiraterone |
| | Homologous Recombination Repair (*HRR*) gene (*BRCA1, BRCA2, ATM, BARD1, BRIP1, CDK12, CHEK1, CHEK2, FANCL, PALB2, RAD51B, RAD51C, RAD51D* and *RAD54L*) alterations | LYNPARZA® (olaparib) |
| Solid Tumors | *MSI*-High | KEYTRUDA® (pembrolizumab) |
| | *NTRK1/2/3* fusions | ROZLYTREK® (entrectinib) |
| | | VITRAKVI® (larotrectinib) |
| | *RET* fusions | RETEVMO® (selpercatinib) |
| | *TMB* $\geq$ 10 mutations per megabase | KEYTRUDA® (pembrolizumab) |

*For the most current information about the therapeutic products in this group, go to: https://www.fda.gov/medicaldevices/productsandmedicalprocedures/invitrodiagnostics/ucm301431.htm

**The median exon coverage for this sample is 2,669x**

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX**  About FoundationOne®CDx

## TEST PRINCIPLE

FoundationOne®CDx (F1CDx) is performed exclusively as a laboratory service using DNA extracted from formalin-fixed, paraffin-embedded (FFPE) tumor samples. The assay employs CoExtraction, an automated DNA/RNA co-extraction methodology for DNA extraction from routine FFPE biopsy or surgical resection specimens; 50-1000 ng of DNA will undergo whole-genome shotgun library construction and hybridization-based capture of all coding exons from 309 cancer-related genes, one promoter region, one non-coding (ncRNA), and select intronic regions from 34 commonly rearranged genes, 21 of which also include the coding exons (refer to Table 2 and Table 3 for the complete list of genes included in F1CDx). In total, the assay detects alterations in a total of 324 genes. Using the Illumina® NovaSeq 6000, hybrid capture-selected libraries are sequenced to high uniform depth (targeting >500X median coverage with >99% of exons at coverage >100X). Sequence data is then processed using a customized analysis pipeline designed to detect all classes of genomic alterations, including base substitutions, indels, copy number alterations (amplifications and homozygous gene deletions), and select genomic rearrangements (e.g., gene fusions). Rearrangements in one of the targeted genes included in Table 3 may be reported along with their uniquely identified genomic partners, which can be any gene in the genome even if not explicitly targeted by the assay. Additionally, genomic signatures including microsatellite instability (MSI) and tumor mutational burden (TMB) are reported.

## PERFORMANCE CHARACTERISTICS

Please refer to product label: foundationmedicine.com/f1cdx

## WARNINGS AND PRECAUTIONS

1. Alterations reported may include somatic (not inherited) or germline (inherited) alterations; however, the test does not distinguish between germline and somatic alterations. The test does not provide information about susceptibility.
2. Biopsy may pose a risk to the patient when archival tissue is not available for use with the assay. The patient's physician should determine whether the patient is a candidate for biopsy.
3. Reflex testing to an alternative FDA approved companion diagnostic should be performed for patients who have an ERBB2 amplification result detected with copy number equal to 4 (baseline ploidy of tumor +2) for confirmatory testing. While this result is considered negative by FoundationOne®CDx (F1CDx), in a clinical concordance study with an FDA approved FISH test, 70% (7 out of 10 samples) were positive, and 30% (3 out 10 samples) were negative by the FISH test with an average ratio of 2.3. The frequency of ERBB2 copy number 4 in breast cancer is estimated to be approximately 2%. HER2 overexpression occurs in 18-20% of breast cancers (Owens et al. 2004 [PMID: 15140287]; Salmon et al. 1987 [PMID: 3798106]; Yaziji et al. 2004 [PMID: 15113815]). Based on the F1CDx HER2 CDx concordance study, approximately 10% of HER2 amplified samples had copy number 4. Thus, total frequency is conservatively estimated to be approximately 2%.

## LIMITATIONS

1. For *in vitro* diagnostic use.
2. For prescription use only. This test must be ordered by a qualified medical professional in accordance with clinical laboratory regulations.
3. A negative result does not rule out the presence of a mutation below the limits of detection of the assay.
4. Samples with <25% tumor may have decreased sensitivity for the detection of copy number alterations including *ERBB2*.
5. Clinical performance of Tagrisso® (osimertinib) in patients with an *EGFR* exon 20 T790M mutation detected with an allele fraction <5% is ongoing and has not been established.
6. Due to differences in variant calling between assays and technologies, the FoundationOne CDx assay may not identify and report approximately 16% (10/61) of copy number alterations and approximately 18% (3/17) of rearrangements.
7. Confirmatory testing using a clinically validated assay should be performed for all copy number alterations and rearrangements not associated with CDx claims noted in Table 1 of the Intended Use but used for clinical decision making.
8. For patients with solid tumors whose samples have MSI scores >0.0041 and <0.0124, an MSI "Cannot Be Determined" result is reported. Patients with this result should be retested with a validated orthogonal (alternative) method as these MSI scores represent a range of scores with low reliability. The likelihood of a patient receiving this result is ~3.29% within solid tumors.
9. Patients with solid tumors may also receive an MSI status reported as "Cannot Be Determined" due to a quality control (QC) failure. When all sample-level quality metrics are met, the rate of MSI "Cannot Be Determined" results due to a QC failure is 8.96%. Patients with this result should consider re-testing with FoundationOne CDx or an orthogonal (alternative) method, if clinically appropriate.
10. TMB by F1CDx is determined by counting all synonymous and non-synonymous variants present at 5% allele frequency or greater (after filtering) and the total number is reported as mutations per megabase (mut/Mb) unit. Observed TMB is dependent on characteristics of the specific tumor focus tested for a patient (e.g., primary vs. metastatic, tumor content) and the testing platform used for the detection; therefore, observed TMB results may vary between different specimens for the same patient and between detection methodologies employed on the same sample. The TMB calculation may differ from TMB calculations used by other assays depending on variables such as the amount of genome interrogated, percentage of tumor, assay limit of detection (LoD), filtering of alterations included in the score, and the read depth and other bioinformatic test specifications. Refer to the SSED for a detailed description of these variables in FMI's TMB calculation https://www.accessdata.fda.gov/cdrh_docs/pdf17/P170019B.pdf. The clinical validity of TMB defined by this panel has been established for TMB as a qualitative output for a cut-off of 10 mutations per megabase but has not been established for TMB as a quantitative score.
11. Decisions on patient care and treatment must be based on the independent medical judgment of the treating physician, taking into consideration all applicable information concerning the patient's condition, such as patient and family history, physical examinations, information from other diagnostic tests, and patient preferences, in accordance with the standard of care in a given community.
12. The test is intended to be performed on specific serial number-controlled instruments by Foundation Medicine, Inc.
13. Alterations in polyT homopolymer runs may not be reliably detected in BRCA1/2.
14. Certain large rearrangements in BRCA1/2 including large scale genomic deletions (affecting at least one whole exon), insertions or other deleterious genomic rearrangements including inversions or transversion events, may not be detected in an estimated 5% of ovarian cancer patients with BRCA1/2 mutations by F1CDx.
15. Certain potentially deleterious missense or small in-frame deletions in BRCA1/2 may not

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531



PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

REPORT DATE
16 Jan 2026

ORDERED TEST # ORD-2261621-01

**APPENDIX**    About FoundationOne®CDx

be reported under the "CDx associated findings" but may be reported in the "Other alterations and biomarkers identified" section in the patient report.

16. Alterations at allele frequencies below the established limit of detection may not be detected consistently.

17. While the overall positive percent agreement between trial enrollment assays and F1CDx was 84% (37/44), thirty percent (30%) (6/20) of patients enrolled in the VITRAKVI clinical studies using RNA-based NGS detection were negative for *NTRK* fusions by F1CDx. Four of the six patients (4/6 or 60%) that were negative for *NTRK* fusions by F1CDx had a response to larotrectinib. Therefore, F1CDx may miss a subset of patients with solid tumors with *NTRK1/2/3* fusions who may derive benefit from VITRAKVI.

18. *NTRK2* fusions per the F1CDx CDx biomarker rules for *NTRK1/2/3* fusions were not well-represented in analytical validation studies.

19. While the overall positive percent agreement between trial enrollment assays and F1CDx was 63.6% (21/33), 52.4% (11/21) of patients enrolled in the ROZLYTREK clinical studies using RNA-based NGS detection were negative for *NTRK* fusions by F1CDx. 36.4% (4/11) of the patients enrolled using RNA-based NGS detection that were negative for *NTRK* fusions by F1CDx had a response to ROZLYTREK.

20. While the overall positive percent agreement between trial enrollment assays and F1CDx was 73.9% (34/46), 30.3% (10/33) of patients enrolled in the ROZLYTREK clinical studies using RNA-based NGS detection were negative for *ROS1* fusions by F1CDx. 50% (5/10) of the patients enrolled using RNA-based NGS detection that were negative for *ROS1* fusions by F1CDx had a response to ROZLYTREK.

21. Due to differences in technology, F1CDx, FISH, and IHC may identify slightly different populations when detecting *ALK* rearrangements. 6.5% of negatives by F1CDx may be positive by both IHC and FISH. See Section 3.4 of the device label for more information.

22. Certain gene fusions, and rearrangements (RE) including but not limited to *BRCA1* RE, *BRCA2* RE, *CDK12* RE, and indels in *PALB2* were not adequately validated in the site-to-site reproducibility study and may not be detected consistently by FoundationOne CDx.

23. Due to technological differences in detection, patients who are negative by F1CDx for *RET* fusions may derive benefit from RETEVMO when determined to be positive by other test methods.

24. Rearrangement detection relies on the breakpoint of the targeted genes listed in Table 3. Rearrangements reported with genomic partners that consist of genes not targeted by the assay have not been validated by the assay.

25. Additional clinical investigation for *NTRK1/2/3* fusions determined to be negative by F1CDx is recommended for cancers with high *NTRK1/2/3* fusion rates (e.g., soft tissue infantile fibrosarcoma, kidney mesoblastic nephroma, salivary gland secretory carcinoma (MASC), breast secretory carcinoma) such that patients may not forgo a potentially effective therapy.

26. F1CDx may miss a subset of patients with solid tumors with *NTRK3* fusions due to the design of the test not fully covering the *NTRK3* gene and common fusion partners.

27. This assay did not detect 24.3% (9/37) of *BRAF* fusions in the clinical validation study supporting this indication. Reduced sensitivity to detect *BRAF* fusions in the clinical validation samples was attributed to sub-optimal quality metrics, including low tumor purity, observed across the whole sample population. Physicians who receive a negative report for *BRAF* fusions for patients with pediatric low-grade glioma should consider following up with another test such that patients may not forgo a potentially effective therapy.

28. The effect of hemoglobin interference has not been evaluated for the reporting of tumor mutational burden (TMB) with the FoundationOne®CDx assay.

**ASSAY CONFIGURATION SPECIFIC TO THIS ISSUED REPORT**
MR Suite Version (RG) 8.13.2
MR Reporting Config Version 85
Analysis Pipeline Version v3.44.0
Computational Biology Suite Version 7.1.1
Sequencer Type: NovaSeq 6000
Extraction Method: CoExtraction

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | | |
|---|---|---|
| PATIENT<br>Chen, Binjing | TUMOR TYPE<br>Colon adenocarcinoma (CRC) | REPORT DATE<br>16 Jan 2026 |

**APPENDIX**    Genes assayed in FoundationOne®CDx

ORDERED TEST #   ORD-2261621-01

FoundationOne CDx is designed to include genes known to be somatically altered in human solid tumors that are validated targets for therapy, either approved or in clinical trials, and/or that are unambiguous drivers of oncogenesis based on current knowledge. The current assay interrogates 324 genes as well as introns of 36 genes involved in rearrangements. The assay will be updated periodically to reflect new knowledge about cancer biology.

## TABLE 2 | DNA GENE LIST: ENTIRE CODING SEQUENCE FOR THE DETECTION OF BASE SUBSTITUTIONS, INSERTION/DELETIONS, AND COPY NUMBER ALTERATIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ABL1 | ACVR1B | AKT1 | AKT2 | AKT3 | ALK | ALOX12B | AMER1 (FAM123B or WTX) |
| APC | AR | ARAF | ARFRP1 | ARID1A | ASXL1 | ATM | ATR | ATRX |
| AURKA | AURKB | AXIN1 | AXL | BAP1 | BARD1 | BCL2 | BCL2L1 | BCL2L2 |
| BCL6 | BCOR | BCORL1 | BRAF | BRCA1 | BRCA2 | BRD4 | BRIP1 | BTG1 |
| BTG2 | BTK | CALR | CARD11 | CASP8 | CBFB | CBL | CCND1 | CCND2 |
| CCND3 | CCNE1 | CD22 | CD274 (PD-L1) | CD70 | CD79A | CD79B | CDC73 | CDH1 |
| CDK12 | CDK4 | CDK6 | CDK8 | CDKN1A | CDKN1B | CDKN2A | CDKN2B | CDKN2C |
| CEBPA | CHEK1 | CHEK2 | CIC | CREBBP | CRKL | CSF1R | CSF3R | CTCF |
| CTNNA1 | CTNNB1 | CUL3 | CUL4A | CXCR4 | CYP17A1 | DAXX | DDR1 | DDR2 |
| DIS3 | DNMT3A | DOT1L | EED | EGFR | EMSY (C11orf30) | EP300 | EPHA3 | EPHB1 |
| EPHB4 | ERBB2 | ERBB3 | ERBB4 | ERCC4 | ERG | ERRFI1 | ESR1 | EZH2 |
| FANCA | FANCC | FANCG | FANCL | FAS | FBXW7 | FGF10 | FGF12 | FGF14 |
| FGF19 | FGF23 | FGF3 | FGF4 | FGF6 | FGFR1 | FGFR2 | FGFR3 | FGFR4 |
| FH | FLCN | FLT1 | FLT3 | FOXL2 | FUBP1 | GABRA6 | GATA3 | GATA4 |
| GATA6 | GID4 (C17orf39) | GNA11 | GNA13 | GNAQ | GNAS | GRM3 | GSK3B | H3-3A (H3F3A) |
| HDAC1 | HGF | HNF1A | HRAS | HSD3B1 | ID3 | IDH1 | IDH2 | IGF1R |
| IKBKE | IKZF1 | INPP4B | IRF2 | IRF4 | IRS2 | JAK1 | JAK2 | JAK3 |
| JUN | KDM5A | KDM5C | KDM6A | KDR | KEAP1 | KEL | KIT | KLHL6 |
| KMT2A (MLL) | KMT2D (MLL2) | KRAS | LTK | LYN | MAF | MAP2K1 (MEK1) | MAP2K2 (MEK2) | MAP2K4 |
| MAP3K1 | MAP3K13 | MAPK1 | MCL1 | MDM2 | MDM4 | MED12 | MEF2B | MEN1 |
| MERTK | MET | MITF | MKNK1 | MLH1 | MPL | MRE11 (MRE11A) | MSH2 | MSH3 |
| MSH6 | MST1R | MTAP | MTOR | MUTYH | MYC | MYCL (MYCL1) | MYCN | MYD88 |
| NBN | NF1 | NF2 | NFE2L2 | NFKBIA | NKX2-1 | NOTCH1 | NOTCH2 | NOTCH3 |
| NPM1 | NRAS | NSD2 (WHSC1 or MMSET) | NSD3 (WHSC1L1) | NT5C2 | NTRK1 | NTRK2 | NTRK3 |
| P2RY8 | PALB2 | PARP1 | PARP2 | PARP3 | PAX5 | PBRM1 | PDCD1 (PD-1) | PDCD1LG2 (PD-L2) |
| PDGFRA | PDGFRB | PDK1 | PIK3C2B | PIK3C2G | PIK3CA | PIK3CB | PIK3R1 | PIM1 |
| PMS2 | POLD1 | POLE | PPARG | PPP2R1A | PPP2R2A | PRDM1 | PRKAR1A | PRKCI |
| PRKN (PARK2) | PTCH1 | PTEN | PTPN11 | PTPRO | QKI | RAC1 | RAD21 | RAD51 |
| RAD51B | RAD51C | RAD51D | RAD52 | RAD54L | RAF1 | RARA | RB1 | RBM10 |
| REL | RET | RICTOR | RNF43 | ROS1 | RPTOR | SDHA | SDHB | SDHC |
| SDHD | SETD2 | SF3B1 | SGK1 | SMAD2 | SMAD4 | SMARCA4 | SMARCB1 | SMO |
| SNCAIP | SOCS1 | SOX2 | SOX9 | SPEN | SPOP | SRC | STAG2 | STAT3 |
| STK11 | SUFU | SYK | TBX3 | TEK | TENT5C (FAM46C) | | TET2 | TGFBR2 |
| TIPARP | TNFAIP3 | TNFRSF14 | TP53 | TSC1 | TSC2 | TYRO3 | U2AF1 | VEGFA |
| VHL | WT1 | XPO1 | XRCC2 | ZNF217 | ZNF703 | | | |

## TABLE 3 | DNA GENE LIST: FOR THE DETECTION OF SELECT REARRANGEMENTS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALK | BCL2 | BCR | BRAF | BRCA1 | BRCA2 | CD74 | EGFR | ETV4 |
| ETV5 | ETV6 | EWSR1 | EZR | FGFR1 | FGFR2 | FGFR3 | KIT | KMT2A (MLL) |
| MSH2 | MYB | MYC | NOTCH2 | NTRK1 | NTRK2 | NUTM1 | PDGFRA | RAF1 |
| RARA | RET | ROS1 | RSPO2 | SDC4 | SLC34A2 | TERC** | TERT*** | TMPRSS2 |

**TERC is an NCRNA

***Promoter region of TERT is interrogated

## ADDITIONAL ASSAYS: FOR THE DETECTION OF SELECT CANCER BIOMARKERS

Microsatellite (MS) status

Tumor Mutational Burden (TMB)

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

PATIENT
Chen, Binjing

TUMOR TYPE
Colon adenocarcinoma (CRC)

REPORT DATE
16 Jan 2026

ORDERED TEST # ORD-2261621-01

| APPENDIX | Information Provided as a Professional Service |

## QUALIFIED ALTERATION CALLS (EQUIVOCAL AND SUBCLONAL)

An alteration denoted as "amplification –equivocal" implies that the FoundationOne®CDx assay data provide some, but not unambiguous, evidence that the copy number of a gene exceeds the threshold for identifying copy number amplification. The threshold used in FoundationOne CDx for identifying a copy number amplification is four (4) for *ERBB2* and six (6) for all other genes. Conversely, an alteration denoted as "loss – equivocal" implies that the FoundationOne CDx assay data provide some, but not unambiguous, evidence for homozygous deletion of the gene in question. An alteration denoted as "subclonal" is one that the FoundationOne CDx analytical methodology has identified as being present in <10% of the assayed tumor DNA.

## PROFESSIONAL SERVICES FINDINGS

Incorporates analyses of peer-reviewed studies and other publicly available information identified by Foundation Medicine; these analyses and information may include associations between a molecular alteration (or lack of alteration) and one or more drugs with potential clinical benefit (or potential lack of clinical benefit), including drug candidates that are being studied in clinical research. Note: A finding of biomarker alteration does not necessarily indicate pharmacologic effectiveness (or lack thereof) of any drug or treatment regimen; a finding of no biomarker alteration does not necessarily indicate lack of pharmacologic effectiveness (or effectiveness) of any drug or treatment regimen.

## RANKING OF THERAPIES AND CLINICAL TRIALS

*Ranking of Therapies in Summary Table*
Therapies are ranked based on the following criteria: Therapies with clinical benefit (ranked alphabetically within each evidence category), followed by therapies associated with resistance (when applicable).

*Ranking of Clinical Trials*
Pediatric trial qualification → Geographical proximity → Later trial phase.

## NATIONAL COMPREHENSIVE CANCER NETWORK® (NCCN®) CATEGORIZATION

Biomarker and genomic findings detected may be associated with certain entries within the NCCN Drugs & Biologics Compendium® (NCCN Compendium®) (www.nccn.org). The NCCN Categories of Evidence and Consensus indicated reflect the highest possible category for a given therapy in association with each biomarker or genomic finding. Please note, however, that the accuracy and applicability of these NCCN categories within a report may be impacted by the patient's clinical history, additional biomarker information, age, and/or co-occurring alterations. For additional information on the NCCN categories, please refer to the NCCN Compendium®. Referenced with permission from the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). © National Comprehensive Cancer Network, Inc. 2023. All rights reserved. To view the most recent and complete version of the guidelines, go online to NCCN.org. NCCN makes no warranties of any kind whatsoever regarding their content, use or application and disclaims any responsibility for their application or use in any way.

## LEVEL OF EVIDENCE NOT PROVIDED

Drugs with potential clinical benefit (or potential lack of clinical benefit) are not evaluated for source or level of published evidence.

## NO GUARANTEE OF CLINICAL BENEFIT

Foundation Medicine makes no promises or guarantees that a particular drug will be effective in the treatment of disease of any patient. This report also makes no promises or guarantees that a drug with potential lack of clinical benefit will in fact provide no clinical benefit.

## NO GUARANTEE OF REIMBURSEMENT

Foundation Medicine makes no promises or guarantees that a healthcare provider, insurer or other third party payor, whether private or governmental, will reimburse a patient for the cost of FoundationOne CDx.

## TREATMENT DECISIONS ARE RESPONSIBILITY OF PHYSICIAN

Drugs referenced may not be suitable for a particular patient. The selection of any, all or none of the drugs associated with potential clinical benefit (or potential lack of clinical benefit) resides with the physician. Indeed, the information in this Report must be considered in conjunction with all other relevant information regarding a particular patient, before the patient's treating physician recommends a course of treatment. Decisions on patient care and treatment must be based on the independent medical judgment of the treating physician, taking into consideration all applicable information concerning the patient's condition, such as patient and family history, physical examinations, information from other diagnostic tests, and patient preferences, in accordance with the standard of care in a given community. A treating physician's decisions should not be based on a single test, such as this Test, or the information contained in this Report.

## REPORT HIGHLIGHTS

The Report Highlights includes select genomic and therapeutic information with potential impact on patient care and treatment that is specific to the genomics and tumor type of the sample analyzed. This section may highlight information including targeted therapies with potential sensitivity or resistance; evidence-matched clinical trials; and variants with potential diagnostic, prognostic, nontargeted treatment, germline, or clonal hematopoiesis implications. Information included in the Report Highlights is expected to evolve with advances in scientific and clinical research. Findings included in the Report Highlights should be considered in the context of all other information in this report and other relevant patient information. Decisions on patient care and treatment are the responsibility of the treating physician.

## HRD SIGNATURE

Homologous recombination deficiency (HRD) produces characteristic genome-wide changes that can be captured by analyzing segmented copy number (CN) profiles. HRD signature (HRDsig) is a biomarker developed and validated to classify HRD status in pan-cancer samples using hundreds of CN features detected by the FoundationOne CDx test. HRDsig may be reported as a laboratory professional service for any solid tumor sample. Samples with score ≥0.7 are reported as "HRDsig Positive" and samples with score <0.7 are reported as "HRDsig Negative." The HRDsig score is not an HRD accumulation or probability score, but rather a model score; it ranges from 0–1 and has a bimodal distribution, with most pan-cancer results falling between 0–0.2 or 0.8–1. The score is provided as additional information but has not been validated as a stand-alone biomarker to support clinical decision making and should be integrated with other patient-specific factors, including cancer type and other genomic findings; for more information about the score, please contact med.info@foundationmedicine.com. HRDsig is reported as "Cannot Be Determined" if the sample is not of sufficient quality to confidently determine CN features.

## MICROSATELLITE STATUS

Microsatellite Instability (MSI) results categorized as "MS-Stable" with median exon coverage <300X, "MS-Equivocal," or "Cannot Be Determined" should receive confirmatory testing using a validated orthogonal (alternative) method.

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATIONONE®CDx**

| | | |
|---|---|---|
| PATIENT | TUMOR TYPE | REPORT DATE |
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX** | Information Provided as a Professional Service

## TUMOR MUTATIONAL BURDEN

Tumor Mutational Burden (TMB) is determined by measuring the number of somatic mutations in sequenced genes on the FoundationOne CDx test and extrapolating to the genome as a whole. TMB is assayed for all FoundationOne CDx samples and is reported in Professional Services as the number of mutations per megabase (Muts/Mb) rounded to the nearest integer. Tumor Mutational Burden is reported as "Cannot Be Determined" if the sample is not of sufficient quality to confidently determine Tumor Mutational Burden.

## VARIANT ALLELE FREQUENCY

Variant Allele Frequency (VAF) represents the fraction of sequencing reads in which the variant is observed. This attribute is not taken into account for therapy inclusion, clinical trial matching, or interpretive content. Caution is recommended in interpreting VAF to indicate the potential germline or somatic origin of an alteration, recognizing that tumor fraction and tumor ploidy of samples may vary.

*Precision of VAF for base substitutions and indels*

| BASE SUBSTITUTIONS | %CV* |
|---|---|
| Repeatability | 5.11 - 10.40 |
| Reproducibility | 5.95 - 12.31 |

| INDELS | %CV* |
|---|---|
| Repeatability | 6.29 - 10.00 |
| Reproducibility | 7.33 - 11.71 |

*\*Interquartile Range = 1st Quartile to 3rd Quartile*

## VARIANTS TO CONSIDER FOR FOLLOW-UP GERMLINE TESTING

The variants indicated for consideration of follow-up germline testing are 1) limited to reportable short variants with a protein effect listed in the ClinVar genomic database (Landrum et al., 2018; 29165669) as Pathogenic, Pathogenic/Likely Pathogenic, or Likely Pathogenic (by an expert panel or multiple submitters), 2) associated with hereditary cancer-predisposing disorder(s), 3) detected at an allele frequency of >10%, and 4) in select genes informed by the ESMO Precision Medicine Working Group (Kuzbari et al., 2023; 36529447) and ASCO Guidelines (Tung et al., 2024; 38759122). The selected genes are *ATM, BAP1, BARD1, BRCA1, BRCA2, BRIP1, CHEK2, FH, FLCN, MLH1, MSH2, MSH6, MUTYH, PALB2, PMS2, POLD1, POLE, PTCH1, RAD51C, RAD51D, RET, SDHA, SDHB, SDHC, SDHD, SMARCB1, SUFU, TSC2,* and *VHL,* and are not inclusive of all cancer susceptibility genes. The content in this report should not substitute for

genetic counseling or follow-up germline testing, which is needed to distinguish whether a finding in this patient's tumor sequencing is germline or somatic. Interpretation should be based on clinical context.

## VARIANTS THAT MAY REPRESENT CLONAL HEMATOPOIESIS

Variants that may represent clonal hematopoiesis (CH) are limited to select reportable short variants in defined genes identified in solid tumors only. Variant selection was determined based on gene tumor-suppressor or oncogene status, known role in solid tumors versus hematological malignancies, and literature prevalence. The defined genes are *ASXL1, CBL, DNMT3A, IDH2, JAK2, KMT2D (MLL2), MPL, MYD88, SF3B1, TET2,* and *U2AF1* and are not inclusive of all CH genes. The content in this report should not substitute for dedicated hematological workup. Comprehensive genomic profiling of solid tumors detects nontumor alterations that are due to CH. Patient-matched peripheral blood mononuclear cell sequencing is required to conclusively determine if this alteration is present in tumor or is secondary to CH. Interpretation should be based on clinical context.

*Genomic Findings with Evidence of Clinical Significance* Genomic findings listed at Level 2 are associated with clinical significance. Clinical significance may be indicated by evidence of therapeutic sensitivity or resistance and/or diagnostic, prognostic or other clinically relevant implications. Included in this category will be findings associated with clinical validity as supported by professional guidelines and/or peer-reviewed publications.

*Genomic Findings with Potential Clinical Significance* Genomic findings listed at Level 3 are cancer-related mutations and biomarkers with potential clinical significance. These include findings in genes known to be associated with cancer and are supported by evidence from publicly available databases, and/or peer-reviewed publications.

*A Fluid Approach to Reporting Levels* As additional information becomes available, as recognized by the clinical community (professional guidelines and/or peer-reviewed publications), findings may move between Levels 2 and 3 in accordance with the above descriptions.

## SELECT ABBREVIATIONS

| ABBREVIATION | DEFINITION |
|---|---|
| CR | Complete response |
| ctDNA | Circulating tumor DNA |
| DCR | Disease control rate |

| ABBREVIATION | DEFINITION |
|---|---|
| DFS | Disease-free survival |
| DOR | Duration of response |
| EFS | Event-free survival |
| ER | Estrogen receptor |
| HR +/- | Hormone-receptor positive/negative |
| ITD | Internal tandem duplication |
| MR | Molecular response |
| MMR | Mismatch repair |
| Muts/Mb | Mutations per megabase |
| NOS | Not otherwise specified |
| ORR | Objective response rate |
| OS | Overall survival |
| mOS | Median overall survival |
| PD | Progressive disease |
| PFS | Progression-free survival |
| mPFS | Median progression-free survival |
| PR | Partial response |
| PSA | Prostate-specific antigen |
| R/R | Relapsed or refractory |
| SD | Stable disease |
| TKI | Tyrosine kinase inhibitor |
| CRC | Colorectal cancer |
| HCC | Hepatocellular carcinoma |
| HNSCC | Head and neck squamous cell carcinoma |
| NSCLC | Non-small cell lung cancer |
| RCC | Renal cell carcinoma |
| SCC | Squamous cell carcinoma |

## REFERENCE SEQUENCE INFORMATION

Sequence data is mapped to the human genome, Genome Reference Consortium Human Build 37 (GRCh37), also known as hg19.

*The content provided as a professional service by Foundation Medicine, Inc., has been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

**FOUNDATION**ONE®CDx

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

**APPENDIX** | References Associated with Professional Services Content

1. Lal N, et al. Oncoimmunology (2015) pmid: 25949894
2. Gatalica Z, et al. Cancer Epidemiol. Biomarkers Prev. (2014) pmid: 25392179
3. Kroemer G, et al. Oncoimmunology (2015) pmid: 26140250
4. Overman et al., 2016; ASCO Abstract 3501
5. Le DT, et al. N. Engl. J. Med. (2015) pmid: 26028255
6. Ayers et al., 2016; ASCO-SITC Abstract P60
7. Ciardiello et al., 2018; ESMO Abstract LBA-004
8. Parikh AR, et al. Nat Cancer (2021) pmid: 35122060
9. Fukuoka S, et al. J. Clin. Oncol. (2020) pmid: 32343640
10. Kim et al., 2020; DOI: 10.1016/j.annonc.2020.04.073
11. Zhang Y, et al. BMC Gastroenterol (2021) pmid: 34688262
12. Fakih et al., 2025; ASCO GI Abstract 23
13. Bullock AJ, et al. Nat Med (2024) pmid: 38871975
14. Kasi et al., 2024; ASCO GI Abstract 117
15. Sinicrope FA, et al. J. Clin. Oncol. (2013) pmid: 24019539
16. Gavin PG, et al. Clin. Cancer Res. (2012) pmid: 23045248
17. Bertagnolli MM, et al. J. Clin. Oncol. (2009) pmid: 19273709
18. Van Cutsem E, et al. J. Clin. Oncol. (2009) pmid: 19451425
19. Ribic CM, et al. N. Engl. J. Med. (2003) pmid: 12867608
20. Sargent DJ, et al. J. Clin. Oncol. (2010) pmid: 20498393
21. Fallik D, et al. Cancer Res. (2003) pmid: 14522894
22. Kocarnik JM, et al. Gastroenterol Rep (Oxf) (2015) pmid: 26337942
23. Pawlik TM, et al. Dis. Markers (2004) pmid: 15528785
24. Guastadisegni C, et al. Eur. J. Cancer (2010) pmid: 20627535
25. Histopathology (2007) pmid: 17204026
26. Nature (2012) pmid: 22810696
27. Samowitz WS, et al. Cancer Epidemiol. Biomarkers Prev. (2001) pmid: 11535541
28. Elsaleh H, et al. Clin Colorectal Cancer (2001) pmid: 12445368
29. Brueckl WM, et al. Anticancer Res. () pmid: 12820457
30. Guidoboni M, et al. Am. J. Pathol. (2001) pmid: 11438476
31. Gryfe R, et al. N. Engl. J. Med. (2000) pmid: 10631274
32. Sinicrope FA, et al. Gastroenterology (2006) pmid: 16952542
33. Laghi L, et al. Dig Dis (2012) pmid: 22722556
34. You JF, et al. Br. J. Cancer (2010) pmid: 21081928
35. Bairwa NK, et al. Methods Mol. Biol. (2014) pmid: 24623249
36. Boland CR, et al. Cancer Res. (1998) pmid: 9823339
37. Boland CR, et al. Gastroenterology (2010) pmid: 20420947
38. Triner et al., 2024; ASCO GU Abstract 186
39. Batalini F, et al. JCO Precis Oncol (2023) pmid: 37992259
40. Moore JA, et al. JCO Precis Oncol (2023) pmid: 37769224
41. Richardson DL, et al. Clin Cancer Res (2024) pmid: 39078736
42. Chen KT, et al. Oncologist (2023) pmid: 37354528
43. Richardson et al., 2023; ASCO Abstract 5583
44. Legrand et al., 2018; ASCO Abstract 12000
45. Samstein RM, et al. Nat. Genet. (2019) pmid: 30643254
46. Goodman AM, et al. Mol. Cancer Ther. (2017) pmid: 28835386
47. Goodman AM, et al. Cancer Immunol Res (2019) pmid: 31405947
48. Marabelle et al., 2019; ESMO Abstract 11920

49. Cristescu R, et al. Science (2018) pmid: 30309915
50. Hodi et al., 2019; AACR abstract CT037
51. Lee et al., 2019; ASCO Abstract 641
52. Rizvi et al., 2017; WCLC Abstract 1106
53. Ready N, et al. J. Clin. Oncol. (2019) pmid: 30785829
54. Hellmann MD, et al. N. Engl. J. Med. (2018) pmid: 29658845
55. Hellmann MD, et al. Cancer Cell (2018) pmid: 29657128
56. Hellmann MD, et al. Cancer Cell (2018) pmid: 29731394
57. Rozeman EA, et al. Nat Med (2021) pmid: 33558721
58. Sharma P, et al. Cancer Cell (2020) pmid: 32916128
59. Fabrizio DA, et al. J Gastrointest Oncol (2018) pmid: 30151257
60. Gandara DR, et al. J Immunother Cancer (2025) pmid: 39915003
61. George et al., 2016; ASCO Abstract 3587
62. Nagahashi et al., 2016; ASCO Abstract e15103
63. Stadler ZK, et al. J. Clin. Oncol. (2016) pmid: 27022117
64. Shao C, et al. JAMA Netw Open (2020) pmid: 33119110
65. Schwartz et al., 2018; ASCO Abstract 572
66. Innocenti F, et al. J Clin Oncol (2019) pmid: 30865548
67. Lee DW, et al. Clin Cancer Res (2019) pmid: 31285374
68. Randon G, et al. Eur J Cancer (2022) pmid: 34933155
69. Loree et al., 2021; ASCO GI Abstract 61
70. Chen EX, et al. JAMA Oncol (2020) pmid: 32379280
71. Pfeifer GP, et al. Mutat. Res. (2005) pmid: 15748635
72. Hill VK, et al. Annu Rev Genomics Hum Genet (2013) pmid: 23875803
73. Pfeifer GP, et al. Oncogene (2002) pmid: 12379884
74. Rizvi NA, et al. Science (2015) pmid: 25765070
75. Johnson BE, et al. Science (2014) pmid: 24336570
76. Choi S, et al. Neuro-oncology (2018) pmid: 29452419
77. Cancer Genome Atlas Research Network, et al. Nature (2013) pmid: 23636398
78. Briggs S, et al. J. Pathol. (2013) pmid: 23447401
79. Heitzer E, et al. Curr. Opin. Genet. Dev. (2014) pmid: 24583393
80. Roberts SA, et al. Nat. Rev. Cancer (2014) pmid: 25568919
81. Marabelle A, et al. Lancet Oncol. (2020) pmid: 32919526
82. Garrido-Laguna et al., 2025; ASCO Abstract 722
83. Luo et al., 2025; AACR Abstract LB218
84. Spira et al., 2023; AACR-NCI-EORTC Abstract PR010
85. Wolpin et al., 2024; AACR-NCI-EORTC Abstract 514LBA
86. Jiang J, et al. Cancer Discov (2024) pmid: 38593348
87. Devoe et al., 2024; ASCO Abstract 2636
88. Palmer DH, et al. Br J Cancer (2020) pmid: 32063605
89. Wedén S, et al. Int J Cancer (2011) pmid: 20473937
90. Toubaji A, et al. Cancer Immunol Immunother (2008) pmid: 18297281
91. Pant S, et al. Nat Med (2024) pmid: 38195752
92. Gjertsen MK, et al. Int J Cancer (2001) pmid: 11291084
93. Haldar et al., 2023; AACR Abstract CT036
94. Wang et al., 2025; AACR Abstract CT264
95. Park et al., 2024; ESMO Abstract 608O
96. Nagashima et al., 2023; AACR Abstract 5735
97. Xiong et al., 2025; ESMO Abstract 915O
98. Zhou C, et al. Cancer Cell (2024) pmid: 38942026
99. Jiang et al., 2023; AACR Abstract 526
100. Spira et al., 2025; ASCO GI Abstract 724
101. Lu et al., 2025; WCLC Abstract MA02.07
102. Ai et al., 2025; ASCO Abstract 3013
103. Desai et al., 2025; ESMO Abstract 916O

104. Morelli et al., 2023; ASCO Abstract 2547
105. Leidner R, et al. N Engl J Med (2022) pmid: 35648703
106. Tran E, et al. N Engl J Med (2016) pmid: 27959684
107. Wang QJ, et al. Cancer Immunol Res (2016) pmid: 26701267
108. Choi J, et al. Cell Rep Methods (2021) pmid: 35474673
109. Gadgeel et al., 2019; ASCO Abstract 9021
110. Weekes CD, et al. Clin. Cancer Res. (2013) pmid: 23434733
111. Blumenschein GR, et al. Ann. Oncol. (2015) pmid: 25722381
112. Leijen S, et al. Clin. Cancer Res. (2012) pmid: 22767668
113. Zimmer L, et al. Clin. Cancer Res. (2014) pmid: 24947927
114. Jänne PA, et al. JAMA (2017) pmid: 28492898
115. Infante JR, et al. Lancet Oncol. (2012) pmid: 22805291
116. Shapiro et al., 2017; AACR Abstract CT046
117. Shapiro et al., 2024; AACR Abstract SY20
118. Tolcher et al., 2025; AACR Abstract CT268
119. Guo C, et al. Lancet Oncol (2020) pmid: 33128873
120. Krebs et al., 2021; AACR Abstract CT019
121. Shinde et al., 2020; AACR Abstract CT143
122. Grisham et al., 2025; SGO Abstract 19
123. Grisham et al., 2025; SGO Abstract 47
124. Haling et al., 2022; AACR Abstract ND02
125. Hofmann et al., 2022; AACR Abstract 3255
126. Norgard et al., 2022; AACR Tumor Immunology and Immunotherapy Abstract B23
127. Savarese et al., 2021; AACR Abstract 1271
128. Hofmann MH, et al. Cancer Discov (2021) pmid: 32816843
129. He H, et al. J Med Chem (2022) pmid: 36173339
130. Zhang S, et al. J Med Chem (2022) pmid: 36384290
131. Liu M, et al. ACS Med Chem Lett (2023) pmid: 36793426
132. Ramharter J, et al. J Med Chem (2021) pmid: 33719426
133. Ketcham JM, et al. J Med Chem (2022) pmid: 35833726
134. Plangger A, et al. Discov Oncol (2022) pmid: 36048281
135. Ma Y, et al. Cancers (Basel) (2022) pmid: 36139627
136. Bendell et al., 2020; EORTC-NCI-AACR Abstract 5
137. Brana et al., 2021; ASCO Abstract 3005
138. Koczywas et al., 2021; AACR Abstract LB001
139. McKean et al., 2023; AACR Abstract CT184
140. Negrao et al., 2023; WCLC Abstract MA06.03
141. Lu H, et al. Mol Cancer Ther (2019) pmid: 31068384
142. Mainardi S, et al. Nat Med (2018) pmid: 29808006
143. Ahn DH, et al. J Clin Oncol (2024) pmid: 39475591
144. Van Cutsem E, et al. J. Clin. Oncol. (2011) pmid: 21502544
145. Bokemeyer C, et al. Ann. Oncol. (2011) pmid: 21228335
146. Karapetis CS, et al. N. Engl. J. Med. (2008) pmid: 18946061
147. De Roock W, et al. Ann. Oncol. (2008) pmid: 17998284
148. Douillard JY, et al. Ann. Oncol. (2014) pmid: 24718886
149. Douillard JY, et al. N. Engl. J. Med. (2013) pmid: 24024839
150. Amado RG, et al. J. Clin. Oncol. (2008) pmid: 18316791
151. van de Haar J, et al. Nat Med (2023) pmid: 36864254
152. Lièvre A, et al. Cancer Res. (2006) pmid: 16618717
153. De Roock W, et al. Lancet Oncol. (2011) pmid: 21163703
154. Chen J, et al. BMC Cancer (2016) pmid: 25367198
155. Li W, et al. BMC Cancer (2015) pmid: 25929517
156. Hu J, et al. Medicine (Baltimore) (2016) pmid: 27977612
157. Zekri J, et al. Genet. Mol. Res. (2017) pmid: 28218784
158. Staudacher JJ, et al. Clin Transl Gastroenterol (2017) pmid: 29048416

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

FOUNDATION**ONE**®CDx

| PATIENT | TUMOR TYPE | REPORT DATE |
|---|---|---|
| Chen, Binjing | Colon adenocarcinoma (CRC) | 16 Jan 2026 |

ORDERED TEST # ORD-2261621-01

159. Wang Y, et al. Virchows Arch. (2018) pmid: 29705968
160. Guo F, et al. Sci Rep (2018) pmid: 29666387
161. Mármol I, et al. Int J Mol Sci (2017) pmid: 28106826
162. Kwak MS, et al. Medicine (Baltimore) (2017) pmid: 28858102
163. Pylayeva-Gupta Y, et al. Nat. Rev. Cancer (2011) pmid: 21993244
164. Kahn S, et al. Anticancer Res. () pmid: 3310850
165. Akagi K, et al. Biochem. Biophys. Res. Commun. (2007) pmid: 17150185
166. Bollag G, et al. J. Biol. Chem. (1996) pmid: 8955068
167. Buhrman G, et al. Proc. Natl. Acad. Sci. U.S.A. (2010) pmid: 20194776
168. Sci. STKE (2004) pmid: 15367757
169. Edkins S, et al. Cancer Biol. Ther. (2006) pmid: 16969076
170. Feig LA, et al. Mol. Cell. Biol. (1988) pmid: 3043178
171. Gremer L, et al. Hum. Mutat. (2011) pmid: 20949621
172. Janakiraman M, et al. Cancer Res. (2010) pmid: 20570890
173. Kim E, et al. Cancer Discov (2016) pmid: 27147599
174. Lukman S, et al. PLoS Comput. Biol. (2010) pmid: 20838576
175. Naguib A, et al. J Mol Signal (2011) pmid: 21371307
176. Prior IA, et al. Cancer Res. (2012) pmid: 22589270
177. Privé GG, et al. Proc. Natl. Acad. Sci. U.S.A. (1992) pmid: 1565661
178. Scheffzek K, et al. Science (1997) pmid: 9219684
179. Scholl C, et al. Cell (2009) pmid: 19490892
180. Smith G, et al. Br. J. Cancer (2010) pmid: 20147967
181. Tyner JW, et al. Blood (2009) pmid: 19075190
182. Valencia A, et al. Biochemistry (1991) pmid: 2029511
183. White Y, et al. Nat Commun (2016) pmid: 26854029
184. Wiest JS, et al. Oncogene (1994) pmid: 8058307
185. Angeles AKJ, et al. Oncol Lett (2019) pmid: 31289513
186. Tong JH, et al. Cancer Biol. Ther. (2014) pmid: 24642870
187. Loree JM, et al. Clin Cancer Res (2021) pmid: 34117033
188. Pentheroudakis G, et al. BMC Cancer (2013) pmid: 23374602
189. Vaughn CP, et al. Genes Chromosomes Cancer (2011) pmid: 21305640
190. Janku F, et al. Target Oncol (2013) pmid: 23400451
191. De Roock W, et al. Lancet Oncol. (2010) pmid: 20619739
192. Irahara N, et al. Diagn. Mol. Pathol. (2010) pmid: 20736745
193. Schirripa M, et al. Int. J. Cancer (2015) pmid: 24806288
194. Cercek A, et al. Clin. Cancer Res. (2017) pmid: 28446505
195. Zhan T, et al. Oncogene (2017) pmid: 27617575
196. Jung YS, et al. Exp Mol Med (2020) pmid: 32037398
197. Krishnamurthy N, et al. Cancer Treat Rev (2018) pmid: 29169144
198. Kawazoe et al., 2021; ESMO Abstract 473P
199. Yamada K, et al. Cancer Res (2021) pmid: 33408116
200. Kanda Y, et al. Biochem Biophys Res Commun (2022) pmid: 34837838
201. Gounder M, et al. N Engl J Med (2023) pmid: 36884323
202. Kummar S, et al. J Clin Oncol (2017) pmid: 28350521

203. Chan D, et al. Curr Oncol (2021) pmid: 34590610
204. Ohnmacht AJ, et al. Nat Commun (2023) pmid: 37666855
205. Nunes L, et al. Nature (2024) pmid: 39112715
206. Christie M, et al. Oncogene (2013) pmid: 23085758
207. Wang C, et al. Oncologist (2021) pmid: 33230914
208. Logan CY, et al. Annu. Rev. Cell Dev. Biol. (2004) pmid: 15473860
209. Eklof Spink K, et al. EMBO J. (2001) pmid: 11707392
210. Liu J, et al. J. Mol. Biol. (2006) pmid: 16753179
211. Dikovskaya D, et al. J. Cell. Sci. (2010) pmid: 20144988
212. Murphy SJ, et al. Dig. Dis. Sci. (2007) pmid: 17410430
213. Aretz S, et al. Hum. Mutat. (2004) pmid: 15459959
214. Landrum MJ, et al. Nucleic Acids Res. (2018) pmid: 29165669
215. Kerr SE, et al. J Mol Diagn (2013) pmid: 23159591
216. Annu Rev Pathol (2011) pmid: 21090969
217. Kastritis E, et al. Int. J. Cancer (2009) pmid: 18844223
218. Half E, et al. Orphanet J Rare Dis (2009) pmid: 19822006
219. Hirai H, et al. Cancer Biol. Ther. (2010) pmid: 20107315
220. Bridges KA, et al. Clin. Cancer Res. (2011) pmid: 21799033
221. Rajeshkumar NV, et al. Clin. Cancer Res. (2011) pmid: 21389100
222. Osman AA, et al. Mol. Cancer Ther. (2015) pmid: 25504633
223. Leung et al., 2021; ASCO Abstract 4139
224. Xu L, et al. Mol. Cancer Ther. (2002) pmid: 12489850
225. Xu L, et al. Mol. Med. (2001) pmid: 11713371
226. Camp ER, et al. Cancer Gene Ther. (2013) pmid: 23470564
227. Kim SS, et al. Nanomedicine (2015) pmid: 25240597
228. Pirollo KF, et al. Mol. Ther. (2016) pmid: 27357628
229. Leijen S, et al. J. Clin. Oncol. (2016) pmid: 27601554
230. Moore et al., 2019; ASCO Abstract 5513
231. Embaby A, et al. Gynecol Oncol (2023) pmid: 37236033
232. Oza et al., 2015; ASCO Abstract 5506
233. Lee J, et al. Cancer Discov (2019) pmid: 31315834
234. Méndez E, et al. Clin. Cancer Res. (2018) pmid: 29535125
235. Seligmann JF, et al. J Clin Oncol (2021) pmid: 34538072
236. Gourley et al., 2016; ASCO Abstract 5571
237. Park H, et al. ESMO Open (2022) pmid: 36084396
238. Fong et al., 2022; ASCO GI Abstract 57
239. Han SW, et al. PLoS ONE (2013) pmid: 23700467
240. Peeters M, et al. Clin. Cancer Res. (2013) pmid: 23325582
241. Malhotra P, et al. Tumour Biol. (2013) pmid: 23526092
242. Di Bartolomeo M, et al. Target Oncol (2014) pmid: 23821376
243. Goh HS, et al. Cancer Res. (1995) pmid: 7585578
244. Berg M, et al. PLoS ONE (2010) pmid: 21103049
245. Wangefjord S, et al. Diagn Pathol (2013) pmid: 23337059
246. Russo A, et al. J. Clin. Oncol. (2005) pmid: 16172461
247. Brown CJ, et al. Nat. Rev. Cancer (2009) pmid: 19935675
248. Joerger AC, et al. Annu. Rev. Biochem. (2008) pmid: 18410249

249. Kato S, et al. Proc. Natl. Acad. Sci. U.S.A. (2003) pmid: 12826609
250. Kamada R, et al. J. Biol. Chem. (2011) pmid: 20978130
251. Zerdoumi Y, et al. Hum. Mol. Genet. (2017) pmid: 28472496
252. Yamada H, et al. Carcinogenesis (2007) pmid: 17690113
253. Bougeard G, et al. J. Clin. Oncol. (2015) pmid: 26014290
254. Sorrell AD, et al. Mol Diagn Ther (2013) pmid: 23355100
255. Nichols KE, et al. Cancer Epidemiol. Biomarkers Prev. (2001) pmid: 11219776
256. Kleihues P, et al. Am. J. Pathol. (1997) pmid: 9006316
257. Gonzalez KD, et al. J. Clin. Oncol. (2009) pmid: 19204208
258. Lalloo F, et al. Lancet (2003) pmid: 12672316
259. Mandelker D, et al. Ann. Oncol. (2019) pmid: 31050713
260. Jaiswal S, et al. N. Engl. J. Med. (2014) pmid: 25426837
261. Genovese G, et al. N. Engl. J. Med. (2014) pmid: 25426838
262. Xie M, et al. Nat. Med. (2014) pmid: 25326804
263. Acuna-Hidalgo R, et al. Am. J. Hum. Genet. (2017) pmid: 28669404
264. Severson EA, et al. Blood (2018) pmid: 29678827
265. Fuster JJ, et al. Circ. Res. (2018) pmid: 29420212
266. Hematology Am Soc Hematol Educ Program (2018) pmid: 30504320
267. Chabon JJ, et al. Nature (2020) pmid: 32269342
268. Razavi P, et al. Nat. Med. (2019) pmid: 31768066
269. Cunningham D, et al. N. Engl. J. Med. (2004) pmid: 15269313
270. Jonker DJ, et al. N. Engl. J. Med. (2007) pmid: 18003960
271. Papamichael D, et al. Eur J Cancer (2022) pmid: 35033994
272. Karapetis CS, et al. Clin. Cancer Res. (2014) pmid: 24218517
273. Chibaudel et al., 2022; ASCO Abstract 3504
274. Moiseyenko VM, et al. Clin Drug Investig (2018) pmid: 29470838
275. Stein A, et al. J Immunother Cancer (2021) pmid: 34315821
276. Kang S, et al. J Cancer Res Clin Oncol (2023) pmid: 37031435
277. Price TJ, et al. Lancet Oncol. (2014) pmid: 24739896
278. Sakai D, et al. Eur J Cancer (2020) pmid: 32526634
279. Ciardiello D, et al. JAMA Netw Open (2024) pmid: 38592721
280. Van Cutsem E, et al. J. Clin. Oncol. (2007) pmid: 17470858
281. Peeters M, et al. Clin. Cancer Res. (2015) pmid: 26341920
282. Watanabe J, et al. Int J Cancer (2022) pmid: 35723084
283. Kim TW, et al. Clin Colorectal Cancer (2018) pmid: 29703606
284. Shitara K, et al. Cancer Sci (2016) pmid: 27712015
285. Watanabe J, et al. JAMA (2023) pmid: 37071094
286. Pietrantonio F, et al. JAMA Oncol (2019) pmid: 31268481
287. Modest et al., 2024; ASCO Abstract 3506

*The content provided as a professional service by Foundation Medicine, Inc., has not been reviewed or approved by the FDA.*

© 2026 Foundation Medicine, Inc. All rights reserved.

Electronically signed by J. Keith Killian, M.D. | 16 January 2026
Lauren L. Ritterhouse Casariego, M.D., Ph.D., Laboratory Director CLIA: 22D2027531
Douglas A. Mata, M.D., M.P.H., Laboratory Director CLIA: 34D2044309
Foundation Medicine, Inc. | 1.888.988.3639

Sample Preparation: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Sample Analysis: 400 Summer Street, Boston, MA 02210 · CLIA: 22D2027531
Post-Sequencing Analysis: 400 Summer St., Boston, MA 02210· CLIA: 22D2027531

Case 1:26-cv-02402-AMD    Document 1-2    Filed 04/21/26    Page 142 of 198 PageID #: 158

Name: Binjing Chen | DOB: 11/19/1978 | MRN: 6472049 | PCP: Provider Unknown, MD | Legal Name: Binjing Chen

# Office Visit - Dec 03, 2025
with Thomas E. Cataldo, MD at BIDMC Rectal Cancer Clinic (Surgical Specialties)

## Notes from Care Team

### Daily Progress Notes

Darian Hoagland, MD at 12/3/2025  2:30 PM

Attestation signed by Thomas E. Cataldo, MD at 12/8/2025  9:30 AM

I saw and evaluated the patient.  Plan of care reviewed with the resident(s). I agree with the findings and the plan of care as documented in the resident(s) note.

From a colorectal surgical point of view she has a fairly straightforward sigmoid colon cancer.  We reviewed with her the indications risk benefits and potential outcomes of the laparoscopic sigmoid resection and she has agreed to proceed.  She will be given detailed perioperative instructions.

We plan for her to have a transbronchial biopsy of the thoracic mass prior to surgery.  However, looking at the images I think it is highly unlikely that this represents metastatic disease to the chest.  If it were then this might change her operative plan.

I will keep you updated as to any progress or changes from my point of view.  Thank you for allowing me to participate in your patient's care

Yours sincerely,
Thomas E Cataldo, MD FACS FASCRS
This note was written using voice recognition software
please excuse any typographical, or language errors.

https://www.bidmc.org/centers-and-departments/colon-and-rectal-surgery
330 Brookline Avenue, 3rd Floor
Boston, MA 02215
CRS@bidmc.harvard.edu
Phone: 617-667-4159
Fax: 617-667-2978

**Colon and Rectal Surgery Clinic H&P**

**Date of Service:** 12/3/2025

**Patient:** Binjing Chen
**DOB:** 11/19/1978
**MRN#:** 6472049

**HPI - History of Present Illness:**
Binjing Chen is a 47 y.o. female found to have descending colon cancer on screening colonoscopy here to establish care.

On 11/21/25, she underwent EGD for dyspepsia eval and screening colonoscopy, at which time a mass was seen 30cm from anal verge (tattooed distally) and a 10mm sigmoid polyp was resected. Pathology of the descending colon mass revealed invasive moderately differentiated adenocarcinoma with LVI. Staging workup revealed small pulmonary nodules consistent with prior granulomatous disease and 3.5cm LUL intrabronchial soft tissue mass for which she is scheduled to see Interventional Pulmonology for evaluation. CT also with 7mm mesenteric lymph node adjacent to the likely area of mass but otherwise no signs of metastatic disease.

History obtained with assistance of telephone Mandarin interpreter.Today, she is here with her husband and reports she is here to understand her diagnosis and next steps. Reports she underwent EGD due to bloating for about one month and had one episode of upper abdominal pain in this time. Had some low appetite briefly but this has improved, and also had some weight loss at that time that she has recovered. Has had trouble sleeping as well. Regarding BM, denies hematochezia or melena; endorses constipation (daily BM but requires straining).


**HISTORY:**
**Problem List**
There is no problem list on file for this patient.
Thyroid nodule, cervical lymph node

**Past Surgical History**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • LYMPH NODE BIOPSY | | 1/8/2021 |
| *US BIOPSY SUPERFICIAL LYMPH NODE W1 BIDMC HISTORICAL ENC* | | |
| • EGD | | 11/21/2025 |
| *EGD Judy Nee, MD BIDMC ST3 ENDOSCOPY* | | |
| • COLONOSCOPY | | 11/21/2025 |
| *COLONOSCOPY 11/21/2025 Judy Nee, MD BIDMC ST3 ENDOSCOPY* | | |

Denies abdominal surgery

**Family History**
No family history on file.
Denies FH of colorectal or other cancers.

**Social History**
**Social History**
Socioeconomic History
 • Marital status:            Married
Tobacco Use
 • Smoking status:         Never
 • Smokeless tobacco:   Never
Substance and Sexual Activity

- Alcohol use:       Never
- Drug use:       Never

Lives with her husband and 25yo son. Does not work outside of the home. Denies tobacco, etoh, drugs.

**PHYSICAL EXAM:**

**Current Vitals:**
Temp: 98.1 °F (36.7 °C)
Heart Rate: 90
BP: 94/62
SpO2: 99 %

General: no acute distress, awake and alert
CV: RRR
Resp: unlabored breathing on room air
Abd: soft, nondistended, nontender to palpation, no rebound or guarding, no surgical scars
Extremities: WWP, no edema bilaterally

**IMAGING**
CT chest 11/28/25
IMPRESSION:
There is an intrabronchial lobular soft tissue mass within the proximal aspect of the lingular bronchus of the left upper lobe bronchus measuring at least 3.5 cm x 2.2 cm, extending into the lingular branch of the left upper lobe bronchus and resulting in partial atelectasis of the lateral aspect of the lingula.
Two solid pulmonary nodules measuring up to 3 mm in the right lower lobe.
Numerous calcified nodules measuring up to 4 mm in the left lung apex and several nonenlarged calcified mediastinal and right hilar lymph nodes, findings compatible with prior granulomatous disease.

CT A/P 11/28/25
IMPRESSION:
*Focal circumferential wall thickening of the distal descending colon likely corresponding to the lesion found on recent colonoscopy. An adjacent 7 mm mesenteric lymph node medial to the lesion. No additional lymphadenopathy
*No other findings to suggest metastasis in the abdomen or pelvis.
*The uterus is mildly enlarged and lobulated, likely reflecting a fibroid uterus.
*Incidental note made of a 2 mm nonobstructing stone in the lower pole of the right kidney.

Colonoscopy 11/21/25
Impression
- Single mass in the descending colon 30 cm from the anal verge; bleeding occurred after intervention; performed cold forceps biopsy with partial removal and retrieved specimen; tattooed distal to the finding
- One 10 mm polyp in the sigmoid colon; performed hot snare removal
- Normal.

Component
Final Diagnosis

    Gastrointestinal mucosal samples, four:

Case 1:26-cv-02402-AMD     Document 1-2     Filed 04/21/26     Page 145 of 198 PageID #: 161

A. Duodenum, biopsy: Within normal limits.

B. Stomach, biopsy:
- Corpus mucosa (confirmed by absent gastrin (+) cells on immunohistochemistry) showing chronic mildly active gastritis with virtual complete loss of oxyntic glands, consistent with chronic active atrophic gastritis; immunohistochemical stain for chromogranin showing patchy linear hyperplasia of enterochromaffin-like cells .
- Antral mucosa (confirmed by presence of gastrin (+) cells on immunohistochemistry) showing mild chronic inactive gastritis.
- Immunohistochemical stain for H. pylori negative for organisms with satisfactory control.

C. Descending colon mass at 30 cm, biopsy: Superficial fragments of invasive moderately differentiated adenocarcinoma with focus suspicious for lymphatic vascular invasion (LVI); additional levels examined. See note.

Immunohistochemistry for DNA mismatch repair proteins shows intact staining for MLH1, MSH2, MSH6, and PMS2 in the tumor cells; internal controls are adequate
D. Sigmoid colon, polypectomy: Tubular adenoma; evaluated cauterized tissue edge free of adenoma

**Assessment/Plan:**
Binjing Chen is a 47 y.o. female with newly diagnosed sigmoid colon adenocarcinoma, MMR intact. No hepatic mets seen, but peribronchial mass (though atypical in appearance for CRC met) needs evaluation to rule out lung metastasis. Otherwise will plan for operation resection once staging workup is complete.

We had an extensive discussion with the patient and her husband regarding her diagnosis, the remaining workup, and the treatment plan. We discussed that surgical resection is the main treatment for non-metastatic colon cancer. We discussed the risks of the operation and their questions were answered to their satisfaction.

[] Interventional Pulmonology referral for evaluation and possible biopsy of peribronchial mass to rule out malignancy
[] Plan for laparoscopic sigmoid colectomy after results of IP biopsy
[] CEA prior to operation

Darian L. Hoagland MD
General Surgery Resident PGY4

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Name: Binjing Chen | DOB: 11/19/1978 | MRN: 6472049 | PCP: Provider Unknown, MD | Legal Name: Binjing Chen


Beth Israel Lahey Health
Beth Israel Deaconess Medical Center

BIDMC EAST OR
330 BROOKLINE AVENUE, 3RD FLOOR
BOSTON MA 02215
Dept Phone: 617-667-7000
Dept Fax: 555-555-5555

12/22/25

Patient: Binjing Chen

Date of Birth: 11/19/1978

To Whom It May Concern:

Binjing Chen underwent surgery today for metastatic colon cancer.
She is going to be recovering from surgery for more than the next 2 weeks.  She also is going to be started on chemotherapy within the next few weeks.  She is going to need significant additional help at home by her daughter and other family members.

Her daughter is going to need to be away from work for at least 2 weeks if not longer caring for her mother.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Thomas E. Cataldo, MD

CC: No Recipients

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

# EXHIBIT B

Steven Jiang

25 Alberta Ave

Staten Island, NY 10314

(+1)612-860-1193

jiangsteven1@gmail.com

12/26/2025

**Dear Immigration Officer,**

My name is Steven Jiang, and I am writing to respectfully request the stay and release of my father, Li Xiang Jiang, in the United States. My father has been an essential part of my life and our family, which consists of my mother, Bin Jing Chen; my sister, Hefi Jiang; and me.

My father has always been a hardworking man who provided a roof over our heads and food on our table. My sister and I firmly believe that he is the foundation of who we are today. He supported us through college without causing any financial burden, allowing us to focus on building our careers in the financial field without significant obstacles.

I believe that my father's detention was a mistake. I have filed an immigration petition on his behalf, and the application (Form I-130) was approved by USCIS earlier this year. This approval indicates that my father is currently in the process of applying for lawful permanent residency, and that his green card application will eventually be approved whether he is inside or outside of the United States. Under these circumstances, detaining him is a waste of resources, time, and space.

My father has lived quietly in the United States for more than 25 years, has no prior criminal record, and has worked diligently to support our family, as described above. I truly believe that the wrong person has been detained, and I respectfully request his immediate release.

I understand that the process my father is undergoing can be complex and challenging, and I am more than willing to provide any additional information or documentation that may be required. I humbly ask for your cooperation and understanding in this matter, and I am confident that, with your assistance, this situation can be resolved.

Thank you for taking the time to review my request.

**Sincerely,**

Hefi Jiang
25 Alberta Ave
Staten Island, NY 10314
(+1) 9176551082
jianghefi823@gmail.com
12/26/2025

Dear Immigration Officer,

My name is Hefi Jiang, and I am 23 years old. I am a United States citizen, born in Minnesota, and I have lived in the United States my entire life. I currently reside at the address listed above. I am employed as a Risk Analyst at Bank of America. Prior to this role, I interned in the banking department at JPMorgan and graduated from Babson College in 2024.

I am writing this letter in strong support of my father, Li Xiang Jiang's, request to be released from ICE custody under an Order of Supervision. I have known him my entire life, as he is my father, and I can attest to his character as a devoted family man with deep ties to our community. My father is fully willing to comply with all conditions of release, including wearing an electronic monitor, to ensure full compliance while being able to support our family during this critical time. He has a proven record of responsibility, having attended every annual check-in with immigration officers without fail and maintaining a spotless history with no criminal record whatsoever.

My father has been the most caring, involved, and supportive parent throughout my upbringing. He immigrated to the United States to pursue the American Dream and provide a better life for our family, arriving alone at a young age with no relatives here. He came when he was approximately 19 years old and has lived and worked in the US for over 30 years, building everything from nothing through tireless hard work. Growing up as the first generation in our family to be born here, I was deeply inspired by his stories of perseverance. He often reminded me and my brother, Steven Jiang, to "study hard, achieve excellence in school, secure a stable professional career, and always give back to the community as responsible citizens." These words motivated me through every challenge, from the college application process to choosing my career path. I attribute much, if not all, of my success–graduating from a top college and landing roles at firms like JPMorgan and Bank of America–directly to his guidance, encouragement, and sacrifices.

To support our family and afford both my brother and I's education, my father worked extremely long hours as a Credit Card Agent while taking on multiple side hustles. Despite these demands, he remained actively involved in our lives. He has deep roots in the United States: he owns a home, consistently pays taxes, and participates in community events at my alma mater, Babson College. These strong family and community ties demonstrate that he poses no flight risk and will faithfully attend all future court hearings.

Tragically, our family is enduring profound hardship due to my mother's recent cancer diagnosis at just 47 years old. On November 21, 2025, she was officially diagnosed with colon adenocarcinoma—a serious and aggressive form of cancer—and a simultaneous CT scan revealed a lung nodule; at that time, the doctor noted it was "highly unlikely" to represent metastatic disease, offering us a fragile thread of hope (I have attached her MyChart records with her doctor's commentary). A lung biopsy was performed on December 18, 2025 to confirm. On December 22, the very day of her major colon resection surgery, the pathology results confirmed the lung tumor is malignant, advancing her diagnosis to **stage 4 cancer.** With my father detained and unable to be there, I was forced to sit with the surgeons as they presented me with three revised operative options, explaining that the original colon resection might no longer be the most appropriate path forward–this was the moment I had dreaded most, having to weigh the "best" choice for treatment with my mother's life hanging in the balance. This heartbreaking news has devastated us all, made infinitely worse by my father's ongoing detention, leaving my mother without her primary caregiver and emotional pillar during her recovery and upcoming treatments. I have now stepped in as her main caregiver at 23 years old, signing a hospital proxy form (attached) to make medical decisions if she becomes unable, and I have put my own career on hold by requesting to defer my January 12, 2026, start date at my new finance job in New York City–attached are my emails to my employer, their responses, and the supporting doctor's letter detailing the situation. My mother now faces aggressive chemotherapy, possible radiation, and ongoing discussions of lung surgery that could further delay critical treatment; the uncertainty is overwhelming, and with my father absent, the full burden falls on my brother Steven and me as he balances work, hospital visits, and this unbearable emotional strain. As a 23-year-old, taking a career break could be detrimental to my future, but my mom is my life, my everything. The cancer tearing through her body feels like it's tearing through mine. I desperately need my father home so that we can support her together and help her fight to the very end.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Thank you for your careful consideration of this request to release my father, Li Xiang Jiang, from detention. As his daughter, I am profoundly grateful for your compassion during this difficult time for our family.

Sincerely,
Hefi Jiang

(+1) 9176551082

HongQi Chen
+1 (646) 641-2238
53-25 72nd St
Maspeth, NY 11378
12/20/2025

Dear Immigration Judge,

My name is HongQi Chen, I am 24 years old and a US citizen. I was born in China, but my family moved here when I was little. As a child, things were kind of tough for my parents financially growing up, so from the time I was 12 until I was 17, I lived with my uncle, Li Xiang Jiang. He opened his home to me and treated me like his own son when my family needed help the most. I am begging and requesting that you please release my uncle on parole.

Uncle Li is the kindest, and most humble person I have ever known. He is super down to earth and has always put others first. He was a huge part of my teenage years: he taught me how to drive, and was always talking to me about how important it is to be a good person, to work hard, stay honest, and help people whenever you can. Those talks stuck with me, and I'm who I am today because of his lectures. I really would not be the person I want to be without him guiding me through my childhood. I'll never forget my sweet 16 birthday. Even though money was not easy for him either, he surprised me with a used Nissan. He said every kid needs their own car to feel free and independent, and he made it happen for me. Seeing how happy he was when I drove it for the first time, that memory means everything to me. My uncle is just that kind of guy, he helps everyone, not just family. He's always volunteering, looking out for neighbors, and giving whatever he can to make people's lives better. Right now my aunt is really sick with cancer, and he's the main person taking care of her. It hurts so much thinking about her going through this without him by her side. That is why I am begging you to please let my uncle come home on parole. He is truly the best uncle he thrives to be. He deserves to be with family, taking care of my aunt, and keep being the amazing, generous guy he's always been. We all need him so badly right now. Thank you so much for reading my letter and for your consideration of letting him come back home. Happy holidays to you and your family.

Best regards,
HongQi Chen

尊敬的移民官.

我是朱淑娇我今年79岁.我是美國绿卡的居民.我的儿子叫江黎祥.我恳求法官把我儿子释放出来.我儿媳妇得了肺癌晚期她精神状况都不好.需要我儿子照顾.我已经79岁老人照顾不了她.我本身都有高血压.心脏病.我儿子在美國三十九年.他是个守法的.每次报到都是准时的.从来没有犯罪记录.我也尊重美國的法律.自从儿子关进去以后.我整夜都睡不着.我整个人都崩溃.我含着泪写的这封信.我再次恳求法官把我儿子释放出来.

致此敬礼,

朱淑娇

12/27/2025

Dear Immigration Officer:

My name is Zhu Shujiao, and I am 79 years old this year. I am a lawful permanent resident of the United States (green card holder). My son's name is Jiang Lixiang. I earnestly beg the judge to release my son. My daughter-in-law has been diagnosed with late-stage colon cancer, and her mental condition is very poor. She needs my son to take care of her. I am already a 79 year old woman and am unable to care for her myself. I suffer from high blood pressure and heart disease. My son has lived in the United States for more than thirty years. He is a law abiding person who has always reported on time as required and has never had any criminal record. I also respect American laws. Ever since my son was detained, I have not been able to sleep at night. I have completely fallen apart emotionally. I am writing this letter with tears in my eyes. I once again sincerely plead to the judge to release my son.

Respectfully,

Zhu Shujiao

December 27, 2025

Dan Qing Jiang
810 E Slaughter LN
Austin, Texas 78744
917-293-8881
12/25/2025


Dear Immigration Officer,

My name is Dan Qing Jiang. I am the older sister of Li Xiang Jiang. I am writing this letter with a heavy heart to respectfully request that you release him back to his family in the United States.

My younger brother Li Jiang is a good and hardworking man all his life. He came to America when he was only 19 years old, worked very hard, married my sister-in-law Bin Jing Chen, and raised two wonderful children, Steven Jiang and Hefi Jiang. For more than 20 years, he always put his family first and provided everything for them. He never caused any trouble and is just a quiet, responsible father and husband.

Now everything has fallen apart since he has been detained. My sister-in-law Bin recently received terrible news. She has been diagnosed with stage IV cancer in the colon and lung. The doctors say it is very serious. Before this happened, I was working as a waiter in a restaurant, but when I learned about Bin's diagnosis, I immediately stopped my job and bought a one-way ticket to fly here and care for her full time. I cannot return to work now because she needs someone with her every day to help with medicine, meals, and everything else. My nephew Steven and niece Hefi are only in their early twenties. They are trying so hard to stay strong for their mother, going to the hospital and comforting her, but they also have jobs in big companies and cannot risk their careers. The whole family is under great stress and sadness during this extremely difficult time. On top of this, my own health is not good. I suffer from high blood pressure and was recently hospitalized for evaluation. The doctor says I must rest more and cannot handle too much heavy caregiving. I am doing my best for Bin, but I get tired quickly and sometimes feel dizzy. It is not fair to her. I don't think I am strong enough to provide the care she truly needs. Only my brother Li Jiang can do this properly. He is her husband. He knows how to care for her best and hold her hand through all the pain and treatments. He is the real father and husband this family needs right now.

I understand that the immigration process is strict and difficult, but please, sir or madam, consider our family's suffering on humanitarian grounds. Without him here, everything is too heavy for us. Please allow him to come home, even under supervision or with a monitor. He will follow all rules, as he always has, with no criminal record ever.

I can provide any additional papers or information you need. Thank you very much for reading my letter and for your kind understanding during this hard time. I pray you can help bring my brother back to his sick wife and children.

Thank you from the bottom of my heart.

Sincerely,
Dan Qing Jiang

**DISTRICT OFFICE**
2015 STILLWELL AVENUE
BROOKLYN, NY 11223
**TEL: 718-307-7151**
**FAX:** (718-996-1300)

**CITY HALL OFFICE**
250 BROADWAY, SUITE 1804
NEW YORK, NY 10007
**TEL: (212) 788-7363**
**FAX:** (212) 442-5875

THE COUNCIL
OF
THE CITY OF NEW YORK

**Susan Zhuang**

COUNCIL  MEMBER, 43rd DISTRICT, BROOKLYN

**CHAIR OF COMMITTEE ON AGING**
MEMBER OF:
COMMITTEE ON EDUCATION
COMMITTEE ON GOVERNMENTAL
OPERATIONS, STATE & FEDERAL
LEGISLATION
COMMITTEE ON HOUSING AND
BUILDINGS
COMMITTEE ON LAND USE
COMMITTEE ON OVERSIGHT AND
INVESTIGATIONS
COMMITTEE ON SANITATION AND SOLID
WASTE MANAGEMENT

Dear Honorable Judge,

Today, Li Xiang Jiang, a much-loved and respected member of the New York City community, was detained by ICE. He has no history of violence – quite to the contrary; he is a peaceful and caring man.

In addition, his wife is currently facing stage four colon cancer and needs his continuing care. The longer he is detained, the harder her care will be, and the fewer days he will get to spend with his sick wife, whose prognosis is guarded.

We ask that you release him immediately in recognition of his nonviolent history, positive reputation as a member of the community, and imminent caregiving needs.

Sincerely,

Council Member Susan Zhuang

# EXHIBIT C

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06 26 2025
Response Date: 06-26-2025
Tracking Number: 108308772831

SSN Provided:  XXX-XX-6665
Tax Period Requested:  December, 2024

Form W-2 Wage and Tax Statement

Employer:
  Employer Identification Number (EIN):XXXXX8500
  RAYT
  PO BOX

Employee:
  Employee's Social Security Number:XXX-XX-6665
  STEV JIAN
  5 DANF

Submission Type:.....................................Original document
Wages, Tips and Other Compensation:...............................$14,193.00
Federal Income Tax Withheld:......................................$1,553.00
Social Security Wages:............................................$14,193.00
Social Security Tax Withheld:.....................................$880.00
Medicare Wages and Tips:..........................................$14,193.00
Medicare Tax Withheld:............................................$205.00
Social Security Tips:.............................................$0.00
Allocated Tips:..................................................$0.00
Dependent Care Benefits:.........................................$0.00
Deferred Compensation:...........................................$0.00
Code "Q" Nontaxable Combat Pay:..................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.............$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:............................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:............................................................$0.00
Code "R" Employer's Contribution to MSA:.........................$0.00
Code "S" Employer's Contribution to Simple Account:..............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..............$0.00
Code "V" Income from exercise of non-statutory stock options:............$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:...$721.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:................$1,924.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:............................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.......................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:............................................$0.00
Code "II" Medicaid waiver payments excluded from gross income:..........$0.00

Third Party Sick Pay Indicator:...........................................Unanswered
Retirement Plan Indicator:............................Yes - retirement plan
Statutory Employee:................................Not Statutory Employee
W2 Submission Type:.................................................Original
W2 WHC SSN Validation Code:......................................Correct SSN


                    Form W-2 Wage and Tax Statement

Employer:
 Employer Identification Number (EIN):XXXXX1558
 THE
 500 RO

Employee:
 Employee's Social Security Number:XXX-XX-6665
 STEV JIAN
 5 DANF

Submission Type:.......................................Original document
Wages, Tips and Other Compensation:...........................$39,572.00
Federal Income Tax Withheld:...................................$3,657.00
Social Security Wages:........................................$39,572.00
Social Security Tax Withheld:..................................$2,453.00
Medicare Wages and Tips:......................................$39,572.00
Medicare Tax Withheld:..........................................$573.00
Social Security Tips:.............................................$0.00
Allocated Tips:..................................................$0.00
Dependent Care Benefits:.........................................$0.00
Deferred Compensation:...........................................$0.00
Code "Q" Nontaxable Combat Pay:..................................$0.00
Code "W" Employer Contributions to a Health Savings Account:.....$0.00
Code "Y" Deferrals under a section 409A nonqualified Deferred Compensation
plan:............................................................$0.00
Code "Z" Income under section 409A on a nonqualified Deferred Compensation
plan:............................................................$0.00
Code "R" Employer's Contribution to MSA:.........................$0.00
Code "S" Employer's Contribution to Simple Account:..............$0.00
Code "T" Expenses Incurred for Qualified Adoptions:..............$0.00
Code "V" Income from exercise of non-statutory stock options:....$0.00
Code "AA" Designated Roth Contributions under a Section 401(k) Plan:.$2,657.00
Code "BB" Designated Roth Contributions under a Section 403(b) Plan:.....$0.00
Code "DD" Cost of Employer-Sponsored Health Coverage:...................$0.00
Code "EE" Designated ROTH Contributions Under a Governmental Section 457(b)
Plan:............................................................$0.00
Code "FF" Permitted benefits under a qualified small employer health
reimbursement arrangement:.......................................$0.00
Code "GG" Income from Qualified Equity Grants Under Section 83(i):.......$0.00
Code "HH" Aggregate Deferrals Under Section 83(i) Elections as of the Close
of the Calendar Year:............................................$0.00
Code "II" Medicaid waiver payments excluded from gross income:...........$0.00
Third Party Sick Pay Indicator:.............................Unanswered
Retirement Plan Indicator:................................Yes - retirement plan
Statutory Employee:.....................................Not Statutory Employee
W2 Submission Type:.................................................Original
W2 WHC SSN Validation Code:......................................Correct SSN


                         Form 1099-DIV

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX3567
 NATI
 499 WA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:......................................Original document
Account Number (Optional):................................XXXXXX8373
Tax Withheld:.................................................$0.00
Capital Gains:...............................................$0.00
Non-Dividend Distribution:...................................$0.00
Cash Liquidation Distribution:...............................$0.00
Non-Cash Liquidation Distribution:...........................$0.00
Investment Expense:..........................................$0.00
Ordinary Dividend:..........................................$18.00
Collectibles (28%) Gain:.....................................$0.00
Unrecaptured Section 1250 Gain:..............................$0.00
Section 1202 Gain:...........................................$0.00
Foreign Tax Paid:............................................$0.00
Qualified Dividends:........................................$16.00
Section 199A REIT Dividends:.................................$0.00
Second Notice Indicator:..........................No Second Notice
FATCA Filing Requirement:..............Box not checked no Filing Requirement
Exempt Interest Dividends:...................................$0.00
Specified Private Activity Bond Interest Dividend:...........$0.00
Section 897 Ordinary Dividends:..............................$0.00
Section 897 Capital Gain:....................................$0.00




                         Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX1598
 GOLD
 PO BOX

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:......................................Original document
Account Number (Optional):................................XXXXXXXX8437
Interest:...................................................$72.00
Tax Withheld:...............................................$17.00
Savings Bonds:...............................................$0.00
Investment Expense:..........................................$0.00
Interest Forfeiture:.........................................$0.00
Foreign Tax Paid:............................................$0.00
Tax-Exempt Interest:.........................................$0.00
Specified Private Activity Bond Interest:....................$0.00
Market Discount:.............................................$0.00
Bond Premium:................................................$0.00
Bond Premium on Tax Exempt Bond:.............................$0.00
Bond Premium on Treasury Obligations:........................$0.00
Second Notice Indicator:..........................No Second Notice
```

Foreign Country or US Possession:.............................................
CUSIP Number:..............................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement


Form 1099-INT

Payer:
 Payer's Federal Identification Number (FIN):XXXXX7207
 NEAL
 261 HA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:.....................................Original document
Account Number (Optional):...........................XXXX5TG4
Interest:............................................$504.00
Tax Withheld:........................................$0.00
Savings Bonds:.......................................$0.00
Investment Expense:..................................$0.00
Interest Forfeiture:.................................$0.00
Foreign Tax Paid:....................................$0.00
Tax-Exempt Interest:.................................$0.00
Specified Private Activity Bond Interest:............$0.00
Market Discount:.....................................$0.00
Bond Premium:........................................$0.00
Bond Premium on Tax Exempt Bond:.....................$0.00
Bond Premium on Treasury Obligations:................$0.00
Second Notice Indicator:.............................No Second Notice
Foreign Country or US Possession:...................................
CUSIP Number:......................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement


Form 1099-R Distributions from Pensions, Annuities, Retire or  Profit-Sharing Plan

 Payer:
 Payer's Federal Identification Number (FIN):XXXXX3567
 NATI
 499 WA

Recipient:
 Recipient's Identification Number:XXX-XX-6665
 STEV JIAN
 2724 K

Submission Type:.....................................Original document
Account Number (Optional):...........................XXXXXXXXX5001
Distribution Code Value:.....................Early distribution from a Roth IRA
Distribution Code:..................................................J
Distribution Code Value:............................Not significant
Distribution Code:..............................................Blank
Tax Amount Undetermined Code:......................Tax amount not determined
Total Distribution Code:..........................Not checked
First Year Roth Contribution:........................0000
SEP Indicator:....................IRA/SEP/SIMP box not checked

```
FATCA Indicator:.......................................................not FATCA
Date of Payment for Reportable Death Benefits under Section 6050Y:..00-00-0000
Tax Withheld:.........................................................$0.00
Total Employee Contributions:.........................................$0.00
Unrealized Appreciation:..............................................$0.00
Other Income:.........................................................$0.00
Gross Distribution:.................................................$800.00
Taxable Amount:.......................................................$0.00
Eligible Capital Gains:...............................................$0.00
Amount to IRR:........................................................$0.00
```

This Product Contains Sensitive Taxpayer Data

# EXHIBIT D

# 出 生 证 明 书

## （ 9 3 ）闽证字第 1 6 6 9 号

兹证明江綮祥（男）于一九七三年四月十二日在福建省福州市出生。江綮祥的父亲是江敬星，江綮祥的母亲是朱淑娇。



中华人民共和国福建省公证处

公 证 员：

一九九○年三月○二日



ORIGINAL SEEN & RETURNED
ASYLUM OFFICER ZNK _44_
DATE: _2/1/97_

022932

77

# NOTARIAL    CERTIFICATE

(Translation)

(93)Min Zi, No. 1669

This is to certify that Jiang Lixiang, male, was born on Apr. 12, 1973, at Fuzhou City, Fujian Province. His father's name is Jiang Jingxing and his mother's name is Zhu Shujiao.

Notary: Bao Minsheng

Fujian Province Notary Public

Office

The People's Republic of China

Mar. 12, 1993

022933

78

# EXHIBIT E

# Affidavit of Support Under Section 213A of the INA

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form I-864
OMB No. 1615-0075
Expires 10/31/2027

| | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| **For USCIS Use Only** | ☐ Petitioner<br>☐ 1st Joint Sponsor<br>☐ 2nd Joint Sponsor<br>☐ Substitute Sponsor<br>☐ 5% Owner | ☐ MEETS requirements ☐ DOES NOT MEET requirements<br><br>Reviewed By:_____<br>Office: _____<br>Date (mm/dd/yyyy): _____ | ☐ 1 ☐ 2<br><br>**Remarks** |

| To be completed by an Attorney or Accredited Representative (if any). | ☒ Select this box if Form G-28 or G-28I is attached. | **Attorney State Bar Number** (if applicable)<br><br>1938539 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|

► **START HERE** - Type or print in black ink.

## Part 1. Basis For Filing Affidavit of Support

I am the sponsor submitting this affidavit of support because (Select **only one** box).

**1.a.** ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

**1.c.** ☐ I have an ownership interest of at least 5 percent in _____ which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

_____

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☐ I am the ☐ first ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's _____

**NOTE:** As a sponsor, you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About You (Sponsor)

**1.** Sponsor's Full Legal Name (**Do not provide a nickname**)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| JIANG | STEVEN | |

## Part 2. Information About You (Sponsor) (continued)

2.  Sponsor's Current Mailing Address

In Care Of Name (if any)

_____

Street Number and Name          Apt. Ste. Flr.  Number
5 DANFORTH AVE                   ☐ ☐ ☐          _____

City or Town                     State   ZIP Code
WOBURN                           MA      01801

Province          Postal Code          Country
                                        USA

3.  Is your current mailing address the same as your physical address?          ☒ Yes   ☐ No

If you answered "No" to **Item Number 3.**, provide your physical address in **Item Number 4.**

4.  Sponsor's Physical Address (if different from the address above)

Street Number and Name          Apt. Ste. Flr.  Number
                                 ☐ ☐ ☐          _____

City or Town                     State   ZIP Code

Province          Postal Code          Country

## Other Information

5.  Country of Domicile          6.  Date of Birth (mm/dd/yyyy)     7.  Country of Birth
USA                                  11/29/2000                         USA

8.  U.S. Social Security Number (Required)
    ▶ 4 7 0 3 9 6 6 6 5

9.  Immigration Status

    ☒ I am a U.S. citizen.

    ☐ I am a U.S. national.

    ☐ I am a lawful permanent resident.

10. Sponsor's A-Number (if any)          11. USCIS Online Account Number (if any)
    ▶ A-                                     ▶

Military Service (To be completed by petitioner sponsors only.)

12. I am currently on **active duty** in the United States Armed Forces or U.S. Coast Guard.          ☐ Yes   ☒ No

## Part 3.  Information About the Principal Immigrant

1. Principal Immigrant's Full Legal Name (**Do not** provide a nickname)

   Family Name (Last Name)

   JIANG

   Given Name (First Name)

   LIXIANG

   Middle Name (if applicable)

2. Current Mailing Address

   In Care Of Name (if any)

   JOHN CHANG ESQ

   Street Number and Name

   401 BROADWAY

   Apt. Ste. Flr.   Number

   ☐ ☒ ☐   905

   City or Town

   NEW YORK

   State

   NY

   ZIP Code

   10013

   Province

   Postal Code

   Country

   USA

Other Information

3. Country of Citizenship or Nationality

   CHINA

4. Date of Birth (mm/dd/yyyy)

   04/12/1973

5. Alien Registration Number (A-Number) (if any)

   ► A- 0 7 1 8 2 4 2 0 7

6. USCIS Online Account Number (if any)

   ►

7. Daytime Telephone Number

## Part 4.  Information About the Immigrants You Are Sponsoring

1. I am sponsoring the principal immigrant named in **Part 3.**

   ☒ Yes   ☐ No, I am sponsoring family members in **Part 4.** as the second joint sponsor or I am sponsoring family members who are immigrating more than six months after the principal immigrant.

2. ☐ I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 3.** (List family members in **Item Numbers 4. - 7.** Do not include any relative listed on a separate visa petition.)

3. ☐ I am sponsoring the following family members who are immigrating more than six months after the principal immigrant.  (List family members in **Item Numbers 4. - 7.**)

4. **Family Member 1**

   Family Name (Last Name)

   Given Name (First Name)

   Middle Name (if applicable)

   Relationship to Principal Immigrant

   Date of Birth (mm/dd/yyyy)   Alien Registration Number (A-Number, if any)

   ►

   USCIS Online Account Number (if any)

   ►

**Part 4. Information About the Immigrants You Are Sponsoring** (continued)

5. **Family Member 2**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
►

USCIS Online Account Number (if any)
►

6. **Family Member 3**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
►

USCIS Online Account Number (if any)
►

7. **Family Member 4**

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

Relationship to Principal Immigrant

Date of Birth (mm/dd/yyyy)

Alien Registration Number (A-Number, if any)
►

USCIS Online Account Number (if any)
►

If you need additional space, use the space provided in **Part 11. Additional Information.**

| For USCIS Use Only | |
|---|---|

## Part 5. Sponsor's Household Size

**NOTE: Do not count any member of your household more than once.**

Persons you are sponsoring in this affidavit:

1. Enter the total number of immigrants you are sponsoring on this affidavit which includes the principal immigrant listed in **Part 3.**, any immigrants listed in **Part 4., Item Numbers 4. - 7.** and, any additional sponsored immigrants you listed in **Part 11. Additional Information.** Do not count the principal immigrant if you are only sponsoring family members entering more than six months after the principal immigrant. → 1

**Persons NOT sponsored in this affidavit:**

2. Yourself. → 1

3. If you are currently married, enter "1" for your spouse. (**NOTE:** Enter "0" if you already counted your spouse in **Item Number 1.**) → 

4. If you have dependent children, enter the number here. (**NOTE:** Enter "0" if you already counted your dependent children in **Item Number 1.**) → 

5. If you have any other dependents, enter the number here. (**NOTE:** Enter "0" if you already counted your other dependents in **Item Number 1.**) → 

6. If you have sponsored any other persons on Form I-864 or Form I-864EZ who are now lawful permanent residents and you are still obligated to support, enter the number here. (**NOTE:** Enter "0" if you already counted these persons in **Item Number 1.**) → 

7. If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here. (**NOTE:** Enter "0" if you already counted these persons in **Item Number 1.**) → 

8. Add together **Part 5., Item Numbers 1. - 7.** and enter the number here.

**Household Size:** → 2

## Part 6. Sponsor's Employment and Income

I am currently:

1. ☒ Employed as a/an → FINANCIAL ANALYST
2. Name of Employer 1 → RAYTHEON
3. Name of Employer 2 (if applicable) → 
4. ☐ Self-Employed as a/an (Occupation) → 
5. ☐ Retired Since (mm/dd/yyyy) → 
6. ☐ Unemployed Since (mm/dd/yyyy) → 
7. My current individual annual income is: → $ 54,000.00

**Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant.** (See Form I-864 Instructions.) Please indicate name, relationship, and income.

| For USCIS Use Only | |
|---|---|

## Part 6. Sponsor's Employment and Income (continued)

**8.** Person 1

Name _____  Relationship _____

Current Income  $ _____

**9.** Person 2

Name _____  Relationship _____

Current Income  $ _____

**10.** Person 3

Name _____  Relationship _____

Current Income  $ _____

**11.** Person 4

Name _____  Relationship _____

Current Income  $ _____

If you need additional space, use the space provided in **Part 11. Additional Information**

**Remarks**

**12.** **My Current Annual Household Income** (Total all lines from Part 6. Item Numbers 7. - 11.; the total will be compared to Federal Poverty Guidelines on Form I-864P.)    $ 54,000.00

**13.** ☐ The people listed in **Item Numbers 8. - 11.** have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.

**14.** ☐ One or more of the people listed in **Item Numbers 8. - 11.** do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents.

## Federal Tax Return Information

**15.** Have you filed a Federal income tax return for each of the three most recent tax years?    ☒ Yes  ☐ No

**NOTE:** You **MUST** attach a photocopy or transcript of your Federal income tax return for only the most recent tax year and complete Item Number 16.a. If you believe additional returns may help you to establish your ability to maintain sufficient income, you may submit transcripts or photocopies of your Federal individual income tax returns for the three most recent years and complete **Item Numbers 16.a. - 16.c.**

Type or print the most recent tax year and your total income for that most recent tax year. If the amount was zero, type or print "zero" or if you were not required to file a Federal income tax return type or print "N/A" for not applicable. Type or print "N/A" for not applicable for Item Numbers 16.b. - 16.c. if you do are not submitting any additional tax returns.

| For USCIS Use Only | |
|---|---|

## Part 6. Sponsor's Employment and Income (continued)

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal income tax returns for the most recent year was:

| | Tax Year | Total Income |
|---|---|---|
| 16.a. Most Recent | 2024 | $ 34,778 |
| 16.b. 2nd Most Recent | | $ |
| 16.c. 3rd Most Recent | | $ |

17. ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

| | Household Size | Poverty Guideline | Sponsor's Household Income (Page 5, Line 10) | Remarks |
|---|---|---|---|---|
| For USCIS Use Only | ☐ 1   ☐ 2   ☐ 3<br>☐ 4   ☐ 5   ☐ 6<br>☐ 7   ☐ 8   ☐ 9<br>☐ Other_____ | Year: 2 0 ____<br><br>Poverty Line:<br>$ _____ | $ _____<br><br>*The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USCs, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* | |

## Part 7. Use of Assets to Supplement Income (if Applicable)

If your income, or the total income for you and your household, from **Part 6., Item Numbers 12.** or **16.** exceeds the Federal Poverty Guidelines for your household size, **YOU ARE NOT REQUIRED** to complete this **Part 7.** Skip to **Part 8.**

**Your Assets (if applicable)**

1. Enter the balance of all cash, savings, and checking accounts.                                          $ _____

2. Enter the net cash value of real-estate holdings. (Net value means assessed value minus mortgage debt.) $       $ _____

3. Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in **Item Number 1.** or **Item Number 2.**                                          $ _____

4. Add together **Item Numbers 1. - 3.** and enter the number here.                                          $ _____

**Assets of your household members (if applicable)**

Your household members who are combining their income with yours, report their assets on Form I-864A **Part 4.**, in **Item Number 6.**

5. Add together the household members' assets reported on all the Form I-864A **Part 4., Item Number 6.** and enter the number here.                                          **TOTAL:** $ _____

## Part 7. Use of Assets to Supplement Income (if Applicable) (continued)

**Assets of the principal sponsored immigrant** (if applicable).

The principal sponsored immigrant is the person listed in **Part 3., Item Number 1.** Only include the assets if the principal immigrant is being sponsored by this affidavit of support.

6. Enter the balance of the principal immigrant's savings and checking accounts.                                   $ [_____]

7. Enter the net cash value of all the principal immigrant's real estate holdings. (Net value means investment value minus mortgage debt.)                                   $ [_____]

8. Enter the current cash value of the principal immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**                                   $ [_____]

9. Add together **Item Numbers 6. - 8.** and enter the number here.                                   $ [_____]

**Total Value of Assets**

10. Add together **Item Numbers 4., 5.,** and **9.** and enter the number here.          **TOTAL:** $ [_____]

## Part 8. Sponsor's Contract, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-864 Instructions before completing this part.

*Sponsor's Contract*

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

**What is the Legal Effect of My Signing Form I-864?**

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

**What If I Choose Not to Sign Form I-864?**

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

**What Does Signing Form I-864 Require Me To Do?**

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

A. Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and

B. Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

Form I-864   Edition   10/17/24                                                                      Page 8 of 12

| Part 8. | Sponsor's Contract, Contact Information, Certification, and Signature (continued) |
|---|---|

## What Other Consequences Are There?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does not apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

## What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

## When Will These Obligations End?

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

A. Becomes a U.S. citizen;

B. Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

C. No longer has lawful permanent resident status and has departed the United States;

D. Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

E. Dies.

**NOTE:** Divorce **does not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.** If applicable, select the box for **Item Number 2.**

## Part 8.  Sponsor's Contract, Contact Information, Certification, and Signature (continued)

### Sponsor's Statement

1. Sponsor's Statement Regarding the Interpreter

   A.  ☒ I can read and understand English, and I have read and understand every question and instruction on this affidavit and my answer to every question.

   B.  ☐ The interpreter named in **Part 9.** read to me every question and instruction on this affidavit and my answer to every question in [                    ], a language in which I am fluent, and I understood everything.

2. ☒ At my request, the preparer named in **Part 10.**, [JOHN  CHANG], prepared this affidavit for me based only upon information I provided or authorized.

### Sponsor's Contact Information

3. Sponsor's Daytime Telephone Number

   2123431138

4. Sponsor's Mobile Telephone Number (if any)

5. Sponsor's Email Address (if any)

   LAWOFFICE.2001@YAHOO.COM

### Sponsor's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date.  Furthermore, I authorize the release of any information from any of my records that USCIS or DOS may need to determine my eligibility for the immigration benefit I seek.

I furthermore authorize release of information contained in this affidavit, in supporting documents, and in my USCIS or DOS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my affidavit and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my affidavit, and that all of this information is complete, true, and correct.

   A.  I know the contents of this affidavit of support that I signed;

   B.  I have read and I understand each of the obligations described in **Part 8.**, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrant indicated in **Part 3.** to become a lawful permanent resident of the United States;

   C.  I agree to submit to the personal jurisdiction of any Federal or state court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864EZ;

   D.  Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the IRS;

   E.  I understand that, if I am related to the sponsored immigrant by marriage, the termination of the marriage (by divorce, dissolution, annulment, or other legal process) will not relieve me of my obligations under this Form I-864EZ; and

   F.  I authorize the Social Security Administration to release information about me in its records to the USCIS and DOS.

### Sponsor's Signature

6. Sponsor's Signature

   ➡ X  _~~~~_

   Date of Signature (mm/dd/yyyy)

   7/10/2025

**NOTE TO ALL SPONSORS:** If you do not completely fill out this affidavit or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your request.

## Part 9. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Full Name

1. Interpreter's Family Name (Last Name)

   Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name

### Interpreter's Contact Information

3. Interpreter's Daytime Telephone Number

4. Interpreter's Mobile Telephone Number (if any)

5. Interpreter's Email Address (if any)

### Interpreter's Certification and Signature

I certify, under penalty of perjury, that: that I am fluent in English and _____, and I have interpreted every question on the affidavit and Instructions and interpreted the sponsor's answers to the questions in that language, and the sponsor informed me that they understood every instruction, question, and answer on the affidavit.

6. Interpreter's Signature

   Date of Signature (mm/dd/yyyy)

## Part 10. Contact Information, Declaration, and Signature of the Person Preparing this Affidavit, if Other Than the Sponsor

### Preparer's Full Name

1. Preparer's Family Name (Last Name)

   CHANG

   Preparer's Given Name (First Name)

   JOHN

2. Preparer's Business or Organization Name

   THE LAW OFFICES OF JOHN CHANG

### Preparer's Contact Information

3. Preparer's Daytime Telephone Number

   2123431138

4. Preparer's Mobile Telephone Number (if any)

5. Preparer's Email Address (if any)

   LAWOFFICE.2001@YAHOO.COM

### Preparer's Certification and Signature

I certify, under penalty of perjury, that I prepared this affidavit for the sponsor at their request and with express consent and that all of the responses and information contained in and submitted with the affidavit are complete, true, and correct and reflects only information provided by the sponsor. The sponsor reviewed the responses and information and informed me that they understand the responses and information in or submitted with the affidavit.

6. Preparer's Signature

   Date of Signature (mm/dd/yyyy)

   7/10/2025

Form I-864   Edition 10/17/24

## Part 11.  Additional Information

If you need extra space to provide any additional information within this contract, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this contract or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| JIANG | STEVEN | |

**2.** A-Number (if any) ▶ A-

**3.** Page Number    Part Number    Item Number

**4.** Page Number    Part Number    Item Number

**5.** Page Number    Part Number    Item Number

**6.** Page Number    Part Number    Item Number



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| IOE0932967831 | | I130 - PETITION FOR ALIEN RELATIVE |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 07/14/2025 | 07/14/2025 | JIANG, STEVEN |

| Notice Date | Page | Beneficiary  A071 824 207 |
|---|---|---|
| 11/01/2025 | 1 of 1 | JIANG, LIXIANG |

JIANG, STEVEN
c/o JOHN CHANG ESQ
401 BROADWAY STE 905
NEW YORK  NY  10013

**Notice Type:** Approval Notice
Section: Parent of U.S Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the beneficiary wishes to apply for adjustment of status to that of a lawful permanent resident. They should submit a copy of this notice, along with a Form I-485, Application to Register Permanent Residence or Adjust Status. The beneficiary can obtain Form I-485 from the USCIS website at www.uscis.gov, by contacting the USCIS Contact Center at 1-800-375-5283, or by visiting the local USCIS field office. Filing address information can be found on the USCIS website at www.uscis.gov.

If the beneficiary decides to apply for an immigrant visa through consular processing outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition with fee, to ask USCIS to send the petition to the U.S. Department of State National Visa Center (NVC) for consular processing. Please refer to the Form I-824 filing instructions at uscis.gov.

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

### THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002



**USCIS Contact Center: www.uscis.gov/contactcenter**

FORM I-797 [REV. 08/01/16]

# EXHIBIT F

# Certificate of Marriage

116-00030673

1003-1565

State of Minnesota      County of _Hennepin_

I hereby certify, that on ___April___  _12_ , 20 _10_ , at _Government Center_

in said County, I the undersigned a ___Judge___ did join in marriage

LI XIANG JIANG

of the County of   HENNEPIN          State of          MINNESOTA

and

BIN JING CHEN

of the County of   HENNEPIN          State of          MINNESOTA

The names of the parties after marriage shall be:

LI XIANG JIANG

and

BIN JING CHEN

_____
(Signature of witness)

_Xing Zhao_
(Type or print witness name)

_____
(Signature of witness)

_Zhaokun Tong_
(Type or print witness name)

_____
(Signature of Officiant)

_Tony N. Leung_
(Type or print name)

_300 South Sixth Street_
(P.O. Address)

_Mpls, MN 55487_
(City, State, Zip)

*** SOUVENIR COPY , NOT FOR CERTIFIED RECORDING ***



## STATE OF MINNESOTA
### CERTIFICATION OF VITAL RECORD

# BIRTH CERTIFICATE

FULL NAME

**STEVEN JIANG**

| | | |
|---|---|---|
| SEX | DATE OF BIRTH | TIME OF BIRTH |
| MALE | NOVEMBER 29, 2000 | 08:08 PM |

| | |
|---|---|
| CITY OR TOWNSHIP OF BIRTH | COUNTY |
| MINNEAPOLIS | HENNEPIN |

| | |
|---|---|
| PARENT(S) | PARENT(S)' BIRTHPLACE |
| BINJING CHEN  (CHN) | CHINA |
| LI XIANG JIANG | CHINA |

S22-000109481

THIS IS A TRUE AND OFFICIAL RECORD OF THE BIRTH REGISTERED IN THE OFFICE OF THE STATE REGISTRAR. DATE FILED: JANUARY 12, 2001

PLACE ISSUED: HENNEPIN

DATE ISSUED:   JANUARY 22, 2001

*Barbara A. Bednarek*

STATE REGISTRAR



# EXHIBIT G











Case 1:25-cv-02452-AMG    Document 1-2    Filed 04/21/06    Page 184 of 198 PageID #: 206

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT / PASAPORTE

# THE UNITED STATES OF AMERICA

USA

Type/Type/Tipo  **P**

Code/Code/Código  **USA**

Passport No./No. du Passeport/No. de Pasaporte  **A02240697**

Surname/Nom/Apellidos
**JIANG**

Given names/Prénoms/Nombres
**HEFI**

Nationality/Nationalité/Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth/Date de naissance/Fecha de nacimiento
**27 AUG 2002**

Sex/Sexe/Sexo
**F**

Place of birth/Lieu de naissance/Lugar de nacimiento
**MINNESOTA, U.S.A.**

Date of issue/Date de délivrance/Fecha de expedición
**18 DEC 2021**

Date of expiration/Date d'expiration/Fecha de caducidad
**17 DEC 2031**

Authority/Autorité/Autoridad
**UNITED STATES DEPARTMENT OF STATE**

P<USAJIANG<<HEFI<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
A022406974USA0208275F3112179346536523<381232



# UNITED STATES OF AMERICA
# PERMANENT RESIDENT

Surname

**ZHU**

Given Name

**SHUJIAO**

Country of Birth

**China**

USCIS#

**232-820-064**

Category

**IR5**

Date of Birth

**20 DEC 1946**

Sex

**F**

Card Expires:

**12/27/34**

Resident Since:

**12/27/24**

Case 1:25-cv-02402-AMD   Document 1-2   Filed 04/21/26   Page 187 of 198 PageID #: 26)

**FORM I-551**
**Rev (12-2021)**

76323079





12L    If found, drop in any US Mailbox.  USPS: Mail to 7 Product Way, Lees Summit, MO 64002

C1USA23282006491OE005098876<<

4612207F3412271CHN<<<<<<<<<<8

ZHU<<SHUJIAO<<<<<<<<<<<<<<<<<

Endorsements / Mentions Spéciales / Anotaciones

If your passport expires within six months of your date of departure, you may be denied entry into some countries.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

**PASSPORT**
PASSEPORT / PASAPORTE

# THE UNITED STATES OF AMERICA

USA

| Type/Type/Tipo | Code/Code/Código | Passport No./No. du Passeport/No. de Pasaporte |
|---|---|---|
| P | USA | A15513800 |

Surname/Nom/Apellidos
JIANG

Given names/Prénoms/Nombres
DAN QING

Nationality/Nationalité/Nacionalidad
UNITED STATES OF AMERICA

Date of birth/Date de naissance/Fecha de nacimiento
20 MAR 1971

Sex/Sexe/Sexo
F

Place of birth/Lieu de naissance/Lugar de nacimiento
CHINA

Date of issue/Date de délivrance/Fecha de expedición
21 APR 2023

Date of expiration/Date d'expiration/Fecha de caducidad
20 APR 2033

Authority/Autorité/Autoridad
UNITED STATES DEPARTMENT OF STATE

P<USAJIANG<<DAN<QING<<<<<<<<<<<<<<<<<<<<<<<<<<<
A155138005USA7103209F3304204796710361<060394

Case 1:26-cv-02402-AMD   Document 1-2   Filed 04/21/26   Page 189 of 198 PageID #:

Dec 16, 2025

 **Reservation confirmed**

Your booking is being finalized. You'll get a confirmation email soon.

Carefully review this itinerary for any error or discrepancies. Any fees incurred due to reissue of this itinerary will be the responsibility of the traveler. All voluntary charges at any time are subject to airline, agency and program rules and penalties. Make sure to print this itinerary for your records.

---

 **Flight confirmed**

Airline reference number: **G4FS35**

Agency reference number: MLXZKO

---

# Austin (AUS) → Boston (BOS)

1 traveler

**Depart:** Wed, Dec 17, 2025

 Delta Air Lines

| 7:25 am | 3h 58m | 12:23 pm |
|---|---|---|
| AUS | Non-stop | BOS |

Delta Main Basic

DL 2098 operated by Delta Air Lines Inc

**Flight details**

---

**Traveler 1:** Dan Qing Jiang

---

Flight total                                                    8

Includes          ees





**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

---

March 2, 2026

*VIA E-MAIL*: Kenneth.Genalo@ice.dhs.gov & Jonathan.j.quizhpi@ice.dhs.gov

Kenneth Genalo, ICE Field Director
Jonathan J. Quizhpi, Deportation Officer
U.S. Immigration and Customs Enforcement (ICE)
Field Office Location
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE:   Custody Review and Request for Release**
**Respondent: LiXiang JIANG a/k/a Chang Chaun Lee**
**Alien Number: 071 824 207 and 070 904 073**

Dear Director Genalo and Officer Quizhpi,

Please find attached our amended letter and the supporting documents for your review. A brief description of each attachment is included below for your convenience. Please let us know if you have any questions or need anything further.

Attachments:
- e-Filed G-28 Form
- 2024 IRS Tax Transcript
- Translated Birth Certificate.
- Form I-864: Affidavit of Support.
- Form I-797: Notice of Action
- Letter from Treating Doctor, Dr. Thomas E. Catalado, for Binjing Chen.
- Marriage Certificate
- U.S. Birth Certificate of Steven Jiang (Son of LiXiang Jiang)
- Medical Report of Binjing Chen
- Steven Jiang's W-2 Wage and Tax Statements
- Images of Steven Jiang's passport and college graduation photo.
- Letters of Support and Copies of U.S. Passports for Hefi Jiang (Daughter of LiXiang Jiang); HongQi Chen (Nephew of Mr. Jiang); Zhu Shujiao (Mother of Mr. Jiang); Dan Qing Jiang (Sister of Mr. Jiang); and City Council Member Susan Zhuang.

Thank you for your time and consideration.

Sincerely,

s/ Michael A. Pizzi, Jr.
Michael Pizzi, Esquire

**LAW OFFICE OF MICHAEL A. PIZZI, JR., P.A.**
6625 Miami Lakes Dr E, Suite 316
Miami Lakes, FL 33014
E-mail: mpizzi@pizzilaw.com
Tel: 786-594-3948

March 26th, 2026

*Via FedEx, USPS Mail, and email:*  Kenneth.Genalo@ice.dhs.gov;
Jonathan.j.quizhpi@ice.dhs.gov; mincheol.n.so@ice.dhs.gov;
Joseph.T.Pujol@ice.dhs.gov; William.P.Joyce@ice.dhs.gov

**William P. Joyce**
Deputy Director
U.S. Immigration and Customs Enforcement (ICE)
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

**RE: Request for Re-Determination of Custody / Release**
**Respondent:** Li Xiang JIANG a/k/a Chang Chaun Lee
**Alien Number:** 071 824 207 and 070 904 073

Dear Director Joyce,

In response to your Decision to Continue Detention and Interim Notice Declining Parole dated March 19th, 2026, we respectfully request that ICE reconsider Mr. Li Xiang Jiang's custody status and grant him immediate release based on the substantial documentation that has been submitted demonstrating that based on the large number of sponsors and guarantors that he is not a flight risk.

In addition to the large number of letters of support from community leaders and public officials demonstrating his decades of law abiding behavior, paying taxes and raising a family of US Citizens, he has provided letters of support and Affidavits from family members willing to guarantee his appearance at any proceedings and to sponsor him. He is an elderly man in not good health whose wife has cancer. He has sponsors and is working to legalize his status. He is willing to post a bond.

I will be in New York the end of this week and early next week and would like to meet with you personally to provide any additional information. Please let me know a convenient time to accommodate your schedule.

In the meantime, a review of all available evidence demonstrates that Mr. Jiang is not a flight risk, not a danger to the community, and presents overwhelming humanitarian and equitable factors warranting release.

As previously demonstrated, Mr. Jiang has been a law-abiding pillar of the community for decades. He is a loving father and devoted husband who has never committed any crimes and remains dedicated to his family, particularly his wife, who is currently battling a life-threatening illness.

Mr. Jiang works, pays taxes, takes care of his family, follows the law, and loves this country. He was taken into custody when he voluntarily appeared before ICE in an effort to legalize his status. He was not evading authorities, and he presented himself in good faith to comply with the law.

**Detention factors overwhelmingly favor release:**

1. **Criminal record:** None

2. **Probation history:** None

3. **Disciplinary problems while incarcerated:** None

4. **Mental health issues:** None

5. **Equities in the U.S.:** Children, and family are U.S. citizens; wife is gravely ill with Stage 4 cancer

6. **Cooperation:** Has always fully cooperated with immigration authorities

7. **Status:** Actively pursuing lawful status through his U.S. citizen family

Mr. Jiang was detained on December 16th, 2025, at this ICE check-in appointment, which he attended earlier than scheduled at the request of his prior counsel. This fact alone strongly demonstrates he is not a flight risk.

Mr. Jiang's wife, Binjing Chen, has been diagnosed with Stage 4 Metastatic Colon Cancer and has undergone major surgery, followed by ongoing chemotherapy treatment.

Her condition is critical, and she requires constant emotional, physical, and logistical support. Mr. Jiang is her primary caregiver, and his absence is causing sever hardship during this devastating time. Without him, she is unable to adequately manage her treatment, transportation, and daily needs.

Mr. Jiang is a long-time resident of Staten Island, New York, where he maintains a stable residence. He has deep-rooted ties to the community, including home ownership and long-standing employment history.

His son, a United States citizen, has filed an I-130 Petition and Affidavit of Support, and Mr. Jiang is actively working toward legalizing his status. His daughter, sister, and mother all lawful residents or citizens further demonstrate his strong family ties in the United States.

Please know that Mr. Jiang is ready and willing to comply with any and all conditions imposed by ice, including electronic monitoring, reporting requirements, or any other supervision deemed appropriate.

ICE's determination that Mr. Jiang has not demonstrated that he is not a flight risk is not supported by the record. On the contrary, the evidence clearly shows that he has consistently acted in good faith, complied with all requirements, and has every incentive to remain present and compliant.

Additionally, the ongoing and worsening medical condition of his wife constitutes a significant change in circumstances, warranting immediate reconsideration of his custody status.

We again affirm that Mr. Jiang is fully committed to attending all immigration proceedings and complying with any conditions of release.

Thank you for your time, understanding, and consideration during this critical moment for Mr. Jiang and his family.

We respectfully request that you exercise your discretion and release Mr. Jiang from detention. His family particularly his critically ill wife urgently awaits his return.

I am available at any time to provide additional documentation or to meet in person regarding this matter.

Sincerely,

*/s/ Michael A. Pizzi, Jr.*
**Michael Pizzi, Esquire**



*Office of Enforcement and Removal Operations*
*Field Office New York City*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278

Li Xiang Jiang                                                    March 19, 2026
C/O MDC Brooklyn                                          A# 071 824 207
80 29th Street
Brooklyn, NY 11232

Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed, and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and upon review of the factors for consideration set forth at 8 C.F.R. § 241.4(e), (f), and (g).

As explained below, after such review, ICE has determined to maintain your custody because you have not demonstrated that, if released, you will not be a flight risk.

ICE has made such determination based upon a review of your immigration history which reveals that on or about September 11, 1992, you entered the United States at or near Los Angeles, CA by vessel without admission or parole by an immigration official under the alias of CHANG, Chaun Lee. On September 12, 1992, the legacy Immigration and Naturalization Service (INS) served you a Form I-122, Notice to Applicant for Admission Detained for Hearing under the Alien Number (A#) 071 824 207. The legacy INS subsequently released you from custody after posting bond. On January 12, 1994, an Immigration Judge (IJ) ordered you excluded from the U.S. to China. On April 26, 1993, you filed a Form I-589, Application for Asylum and for Withholding of Removal under A# 070 904 073 with the legacy INS. On February 18, 1997, the legacy INS served you a Form I-221, Order to Show Cause and Notice of Hearing under A# 070 904 073 due to being indelible to file for the Form I-589 application. On March 11, 1997, you filed an Application for Asylum and for Withholding of Removal before the IJ, which you subsequently withdrew on March 31, 1999. On that same date, the IJ granted you Voluntary Departure from the U.S. on or before August 31, 1999, however you failed to depart the United States by this date thus becoming subject to a deportation order to China. On December 17, 2007, you filed a Form I-918, Petition for U Nonimmigrant Status under A# 070 904 073 with the United States Citizenship and Immigration Services (USCIS). On December 14, 2009, ERO St Paul arrested you pursuant to an outstanding removal order. On the same date, ERO St Paul released you from ICE custody pursuant to a Form I-220B, Order of Supervision (OSUP). On December 17, 2009, USCIS denied your Form I-918 petition. On December 31, 2009, ERO St Paul revoked your OSUP and arrested you pursuant to the outstanding removal order. On April 01, 2010, ERO St Paul released you from ICE custody on a subsequent OSUP. On July 14, 2025, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-130, Petition for Alien Relative under A# 070 904 073 with USCIS. On November 03, 2025, USCIS approved your Form I-130 application. On December 16, 2025, USCIS denied your Form I-485 application under A# 070 904 073. On December 16, 2025, ERO NYC arrested you pursuant to the outstanding removal order and a Form I-200, Warrant of Arrest.

Based on the above, you are to remain in ICE custody pending the outcome of your motion to reopen proceedings and or removal from the United States, as ICE is unable to conclude that the factors set forth at 8 C.F.R. § 241.4(e) have been satisfied. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. § 1253(a).

If necessary, another review of your custody status will be conducted by ICE within the next year. It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions, please contact your case officer.

WILLIAM P JOYCE
Digitally signed by WILLIAM P JOYCE
Date: 2026.03.19 18:13:13 -04'00'

Kenneth Genalo, Field Office Director                                    Date

**PROOF OF SERVICE**

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I_____,_____,
                     Name of ICE Officer                                                    Title

certify that I served _____with a copy of
                                                    Name of detainee

this document at_____on_____, at_____.
                                    Institution                                      Date                        Time

Detainee Signature:_____

( )  cc: Attorney
( )  cc: A-File