UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LI XIANG JIANG,<br><br>        Petitioner,<br><br>  - against -<br><br>KENNETH GENALO, *et al.*,<br><br>        Respondents. | No. 26 Civ. 3242 (MMG)<br><br><br>**STIPULATION AND ORDER OF<br>TRANSFER OF VENUE** |

WHEREAS, petitioner Li Xiang Jiang brought this habeas action under 28 U.S.C. § 2241 on April 21, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody or provided a bond hearing; and

WHEREAS, the petitioner filed his habeas petition while he was detained within the Eastern District of New York, where he has been detained since December 19, 2025; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the Eastern District of New York under 28 U.S.C. § 1631; therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the Eastern District of New York, and that the seven-day waiting period in Local Civil Rule 83.1 is waived.

Miami Lakes, Florida
April 21, 2026

MICHAEL A. PIZZI, JR., ESQ.
*Attorney for Petitioner*

_____
Michael A. Pizzi, Jr., Esq.
6625 Miami Lakes Drive, Suite 316
Miami Lakes, Florida 33014
Tel.  (786) 594-3948

New York, New York
April 22, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

_____
Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2743

SO ORDERED. Dated April 22, 2026

_____
HON. MARGARET M. GARNETT
United States District Judge